FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 30   A 9: 40

US DISTRICT COURT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM)<br><br><br><br>October 29, 2003 |

## JOINT MOTION REGARDING PRE-TRIAL ISSUES

In furtherance of the efficient administration of this proceeding, the parties to this action collectively bring this Joint Motion Regarding Pre-Trial Issues (the "Joint Motion"). The parties respectfully request that the Court grant the following relief: (i) that Plaintiff be permitted to add an affirmative defense; and (ii) that the schedule for expert disclosure be revised without impacting the discovery cut-off date.

The parties are not seeking to extend the final discovery deadline of January 12, 2004. This is the second motion to amend the dates in the Pre-Trial Schedule, and there is good cause to grant this Joint Motion. First, Plaintiff is seeking to amend its Reply to Defendant's counterclaim and in the interest of efficiency, Defendant is not objecting to this amendment.

Second, Defendant is seeking additional time to complete non-rebuttal expert reports required by Fed. R. Civ. P. 26. The reports are currently due on November 10, 2003, and Defendant foresees that, despite reasonable diligence, additional time will be necessary. Plaintiff does not object to an extension of the time to exchange non-rebuttal expert reports, provided that the extension applies to both parties. An adjustment to the pre-trial schedule can be ordered

without impacting the discovery cut-off date. Accordingly, the parties seek to amend the pre-trial schedule as indicated below.

After reviewing the Joint Motion, and finding good cause, the Court hereby ORDERS:

(i) Plaintiff is granted leave to amend its Reply to Defendant's Counterclaim to add the affirmative defense that the mortgage and note were unconscionable;

(ii) The schedule for expert discovery is amended as follows:

| | |
|---|---|
| Non-Rebuttal Expert Reports: | November 26, 2003 |
| Non-Rebuttal Expert Depositions: | December 10, 2003 |
| Rebuttal Expert Reports: | December 30, 2003 |
| Rebuttal Expert Depositions: | January 12, 2004 |

_____
Hon. Donna F. Martinez
United States Magistrate Judge

Dated: October 28, 2003

BEGOS & HORGAN LLP

By: /s/ Patrick W. Begos
Patrick W. Begos, ct19090
327 Riverside Avenue
Westport, CT 06880
Telephone:(203) 226-9990
Facsimile:(203) 222-4833
Email: pwb@begoshorgan.com
Counsel for Plaintiff and Counterclaim Defendant
JULIE DILLON RIPLEY MILLER

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Thomas Friedman
Douglas C. Conroy, ct11555
Thomas P. Friedman, ct24947
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
          thomasfriedman@paulhastings.com
Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of October, 2003, a copy of the foregoing JOINT MOTION REGARDING PRE-TRIAL ISSUES was delivered via U.S. first class mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880

_____
Thomas P. Friedman

STM/261974.1
11413.00021