UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,

        Plaintiff,

    – against –

MERRILL LYNCH CREDIT CORPORATION,

        Defendant.
------------------------------------------------------------x

Case No. 3:03CV1016 (RNC) (DFM)

**DECLARATION OF PATRICK W. BEGOS IN OPPOSITION TO MOTION TO COMPEL**

PATRICK W. BEGOS declares the following to be true under penalty of perjury:

1. I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in opposition to the motion to compel of defendant, Merrill Lynch Credit Corporation ("MLCC").

2. Annexed hereto as Exhibit A is a true copy of the original power of attorney dated December 2, 1999, as recorded in the Norwalk Town Land Records.

3. Annexed hereto as Exhibit B is a true copy of a December 2, 1999, 11:11 a.m. fax from Jay Falini to Kevin Huben. Mr. Huben worked for Commonwealth Land Title Insurance Company ("Commonwealth"), which acted as closing agent for the loan at issue in this case. This document was produced to us by Commonwealth.

4. Annexed hereto as Exhibit C is a true copy of a December 2, 1999, 12:10 p.m. fax from Jay Falini to Kevin Huben. This document was also produced to us by Commonwealth.

5. Annexed hereto as Exhibit D is a true copy of an "Approval Summary" produced by MLCC, with Bates No. MLCC 000417. This document shows that MLCC concluded that the "Actual Market Value" of the house (for which MLCC was approving a $7,500,000 construction

loan) would be only $3,800,000. This document also shows that MLCC calculated Ms. Miller's "Disposable Income" (*i.e.*, total monthly income, less total monthly liabilities, less anticipated loan payment), was **negative** $250 a month. Thus, MLCC approved the loan with the knowledge that Ms. Miller's income was insufficient to make the payments.

6. Annexed hereto as Exhibit E are the first pages of Ms. Miller's tax returns for 1995 through 1999. These were produced in this action either by MLCC or by Barry Newman.

7. Annexed hereto as Exhibit F is a copy of a July 3, 2001 "Statement of Credit Denial" produced by MLCC, in which MLCC refused to refinance the Loan at a lesser balance of $5,000,000 because Ms. Miller's "income is insufficient to sustain payments of the amount of credit requested."

Dated:   Westport, Connecticut
         November 6, 2003

/s/ Patrick W. Begos

Patrick W. Begos (ct19090)
BEGOS & HORGAN, LLP
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)


# Merrill Lynch

Jay K. Falini
Financial Consultant
Private Client Group
Certified Financial Manager

PO Box 61580
King of Prussia, PA 19406
1 800 937 0764
x 8411
1 610 265 1093 fax
jayfalini@pclient.ml.com

To: Kevin Huber

Fax Number: 203 348 1674
Telephone:

Date: 12/2/99

# of pages: 2

Assistants: Sue Leopold x8443/Dana Micelli x8441/Chris Hill x8437

Message: RE: Miller POA

**CONFIDENTIALITY NOTE:**
This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that any retention, dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the United States Postal Service. Thank you.

C 54 G—POWER OF ATTORNEY—STATUTORY SHORT FORM    A D  N V S T – 1        Copyright ©1995 ALL-STATE LEGAL SUPPLY CO.
(With Durable Power Clause)    (Revised Oct. 1990)                        One Commerce Drive, Cranford, N. J. 07016

NOTICE: The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, sections 1-42 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I, JULIE DILLON RIPLEY MILLER

(insert name and address of the principal)

do hereby appoint

(insert name and address of the agent, or each agent, if more than one is designated)

my attorney(s)-in-fact TO ACT:

(if more than one agent is designated and the principal wishes each agent alone to be able to exercise the powers conferred, insert in this blank the word "severally." Failure to make any insertion or the insertion of the word "jointly" shall require the agents to act jointly).

First: In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I may be permitted by law to act through an agent:

(Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).)

To strike out any subdivision, the principal must draw a line through the type of that subdivision AND write initials in the box opposite.

| | | |
|---|---|---|
| (A) real estate transactions; | [JDRM] | Approval of all contractor loan advances to Condon-Brown, Inc. JDRM |
| (B) chattel and goods transactions; | ( ) | |
| (C) bond, share and commodity transactions; | ( ) | |
| (D) banking transactions; JDRM | [JDRM] | |
| (E) business operating transactions; | ( ) | |
| (F) insurance transactions; | ( ) | |
| (G) estate transactions; | ( ) | |
| (H) claims and litigation; | ( ) | |
| (I) personal relationships and affairs; | ( ) | |
| (J) benefits from military service; | ( ) | |
| (K) records, reports and statements; | ( ) | |
| (L) health care decisions; (see definition on back) | ( ) | |
| (M) all other matters; | ( ) | |
| Special provisions | ( ) | |

(Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of the Connecticut Statutory Short Form Power of Attorney Act.)

Second: With full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select.

Third: Hereby ratifying and confirming all that said attorney(s) or substitute(s) may do or may cause to be done.

SURVIVAL OF AUTHORITY UPON DISABILITY AND INCOMPETENCE OF PRINCIPALS

This Power of Attorney SHALL NOT be affected by the subsequent disability or incompetence of the principal.

Witness        hand        and seal        this  2  day of  December , 1999
SIGNED, SEALED AND DELIVERED
  IN THE PRESENCE OF

_____
Nancy R Borchetta
Witness

_____
Theresa M Marsan
Witness

_____
JULIE DILLON RIPLEY MILLER
Signature of Principal

# Merrill Lynch

Jay K. Falini
    Financial Consultant
    Private Client Group
Certified Financial Manager

PO Box 61580
King of Prussia, PA 19406
1 800 937 0764
x 8411
1 610 265 1093  fax
jayfalini@pclient.ml.com

To: Kevin Hoben

Fax Number: 203 348 1674
Telephone:

Date: 12/2/99

# of pages: 3

Assistants: Sue Leopold x8443/Dana Micelli x8441/Chris Hill x8437

Message: RE: Miller POA

DISREGARD prior fax

CONFIDENTIALITY NOTE:
This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that any retention, dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the United States Postal Service. Thank you.

NOTICE: The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, sections 1-42 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I, JULIE DILLON RIPLEY MILLER

(insert name and address of the principal)

do hereby appoint   Barey Newman

(insert name and address of the agent, or each agent, if more than one is designated)

my attorney(s)-in-fact TO ACT:

(If more than one agent is designated and the principal wishes each agent alone to be able to exercise the power conferred, insert in this blank the word "severally." Failure to make any insertion or the insertion of the word "jointly" shall require the agents to act jointly.)

First: In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I may be permitted by law to act through an agent:

(Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).)

To strike out any subdivision, the principal must draw a line through the text of that subdivision AND write initials in the box opposite.

(A) real estate transactions;                           (       )     Approval of all contractor
(B) chattel and goods transactions;                 (JDRM)     loan advances to Condon-
(C) bond, share and commodity transactions;  (JDRM)     Brown, Inc.  JDRM
(D) banking transactions;                              (       )
(E) business operating transactions;                (JDRM)
(F) insurance transactions;                            (JDRM)
(G) estate transactions;                                 (JDRM)
(H) claims and litigation;                               (JDRM)
(I) personal relationships and affairs;             (JDRM)
(J) benefits from military service;                   (JDRM)
(K) records, reports and statements;               (JDRM)
(L) health care decisions;                              (JDRM)
   (see definition on back)
(M) all other matters;                                    (       )     Approval of all contractor
   Special provisions                                   (       )     loan advances to Condon-
                                                                              Brown, Inc.   JDRM

(Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of the Connecticut Statutory Short Form Power of Attorney Act.)

Second: With full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select.

Third: Hereby ratifying and confirming all that said attorney(s) or substitute(s) may do or may cause to be done.

SURVIVAL OF AUTHORITY UPON DISABILITY AND INCOMPETENCE OF PRINCIPALS

This Power of Attorney SHALL NOT be affected by the subsequent disability or incompetence of the principal.

Witness      hand      and seal      this   3   day of December, 1999
SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_____                        _____
Nancy Borchetta                      Witness            JULIE DILLON RIPLEY MILLER
                                                                          Signature of Principal
_____
Theresa M Marsan                  Witness

STATE OF CONNECTICUT
COUNTY OF ~~Fairfield~~  } ss. Rowayton

The foregoing POWER OF ATTORNEY with provision for SURVIVAL OF AUTHORITY was acknowledged before me this 2 day of December, 1999.

by _Tracey R. Perlette_

Notary Public
My Commission Expires Oct. 31, 2002

_____ Notary Public
Commissioner of the Superior Court

### HEALTH CARE DECISIONS

In this power of attorney, the language conferring general authority with respect to health care decisions shall be construed to mean that the principal, who, in the judgment of the attending physician, is unable to receive and effectively evaluate information pertaining to any health care decision, or to effectively and rationally communicate such decisions, authorizes the agent to consent to, refuse to consent to, or withdraw consent to any medical treatment other than that designed solely for the purpose of maintaining physical comfort, the withdrawal of life support systems or the withdrawal of nutrition or hydration.

**Power of Attorney**

TO

_____

Dated _____ 19 ___

# APPROVAL SUMMARY

LOAN NUMBERS  4312716 / 0   ...DING COMPANY  MLCC   INVESTOR APPROV........  1090   RLO  218

1st APP  Miller, Julie D.    M/S  M   AGE  48   OCCUP  NA            ML ___  S/EMP ___  % TEN J/F  - / -
2nd APP  0                   M/S ___  AGE ___  OCCUP ___             ML ___  S/EMP ___  % TEN J/F   /
3rd APP ___                  M/S ___  AGE ___  OCCUP ___             ML ___  S/EMP ___  % TEN J/F   /
4th APP ___                  M/S ___  AGE ___  OCCUP ___             ML ___  S/EMP ___  % TEN J/F   /

SUBJECT PROP  21 Point Road                          LOAN TYPE          06  /  0
CITY          Norwalk    STATE  Ct                   REQ. AMOUNT        $6,200,000  /  $0
COUNTY        Fairfield  ZIP    06854                LOAN PURPOSE       C - Cash-Out
ACTUAL MARKET VALUE       $3,800,000                 PROPERTY TYPE      S - Single Family
OWNER'S EST MARKET VALUE  $6,200,000                 OCCUPANCY STATUS   O - Owner-Occupied Primary Res.
PURCHASE PRICE            $0                         ORIGINAL PURCH PRICE ___   YEARS OWNED ___

C/OFFER NEEDED ☐ Yes    LENDING DECISION    FINAL 7,500,000         APP1    APP 2   APP 3   APP 4
APPROVED AMOUNT                     ~~$6,200,000~~          CREDIT HISTORY:  620  /  /  /
SENIOR LIENS W/ML ☐ Yes ☐ No 0   $0      $0             RISK SCORING:    BEACON /  /  /
2ND LIEN APPROVED AMOUNT         $0      $0             ML PMT HISTORY (24 MO)   30 ___  60 ___  90+ ___
SUBOR LIEN W/ML ☐ Yes ☐ No       $0      $0             TOTAL OTHER MLCC LOANS   $ ___   # ___
WITH CLTV                        0%                     
TOTAL OTI                        0%      79%    1004 20 TOTAL ASSETS       per application         verified
CLTV  ☑ 1st ☐ 2nd  0% / 0%       100% /          ☑ PRC  LIQUID             $10,050,000             $10,366,051
TOTAL MONTHLY INCOME     $0      $69,679         ☐ PRS  RETIREMENT                                  $7,168
TOTAL MONTHLY LIABILITIES $0     $13,045         ☐ NPC  /RESERVES
ML 1ST LOAN PAYMENT      $0      $41,979  50781         RESERVES (AFTER CLOSING)                   $5,198,748
ML 2nd LOAN PAYMENT      $0      $0                     REPLACEMENT COST   $3,265,305
DISPOSABLE INCOME        $0      $14,655                TOTAL INDEBTEDNESS $6,200,000  /  $6,200,000
PIGGYBACK LOAN AMOUNT ___ ___                    FLOOD ZONE ___   FLOOD INSURANCE REQUIRED  ☐ Yes
PIGGYBACK OTI/LTV   ___ / ___   ___ / ___

EXCEPTIONS ONLY:  *File discussed by both TMS & RJS.                              MITIGATING FACTORS
☑ on

STATEMENT OF CREDIT DENIAL
(Worksheet-for Internal use only)

Loan No: __6020457__ Client Name: __Miller_____    RLO: _____
Product Type Requested: __o6_____    Requested Amount:    $ __5,000,000.00__

Part I

   1 Credit Reasons:

A) _____ Your credit history indicates potential liability due to a lawsuit.
B) _____ Your credit history indicates tax or other liens.
C) _____ Your monthly debts are too high compared to your monthly income.
D) _____ You have provided an inadequate explanation of unsatisfactory credit history.
E) _____ Your credit history indicates a bankruptcy and/or foreclosure.
F) _____ The processing of your application has indicated debts you failed to disclose on your application.
G) __x____ Your credit history indicates judgements and/or collection actions.
H) _____ Your credit history indicates too many recent requests for credit.
I) __x____ Your credit history indicates delinquent past or present credit obligations.
J) _____ We were unable to verify third party responsibility for payment of an obligation

   2 Employment Status:

K) _____ You are currently unemployed.
L) _____ Your current employment could not be verified.
M) _____ Your current employment is temporary.
N) _____ Your length of employment/self-employment is not sufficient to qualify.
O) _____ Your employment history is unstable.

   3 Income:

P) __x____ Your income is insufficient to sustain payments of the amount of credit requested.
Q) _____ Your income could not be verified.
R) _____ The stability of your earnings is unsatisfactory.

   Residency:

S) _____ We are unable to verify the nature of use of the subject property.

   4 Collateral:

T) _____ The subject property does not have sufficient equity based upon the purchase price.
U) _____ The subject property does not have sufficient equity based upon your estimated market value.
V) _____ The subject property does not have sufficient equity based upon the appraised value.
W) _____ The subject property does not qualify as adequate collateral for the credit applied.
X) _____ The subject property does not qualify as eligible collateral for the credit applied.
Y) _____ The subject property exhibited property characteristics not common to the immediate area.
Z) _____ Real Estate economic conditions are currently unfavorable.
a) _____ Your first mortgage lien contains provisions allowing for negative amortization which

Part II    In evaluating the application, our decision was influenced by information obtained from (check if applicable):

x _____   A consumer reporting agency for social security numbers(s)    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
              The agency we used was:    Equifax Mortgage Services
                                         6 East Clementon Road
                                         Gibbsboro, NJ 08026
                                         (800) 333-0037 Fax (800) 678-7079

_____   A third party.

Underwriter signature: _____ *Diane Chitty* 7/3/01 _____   Status Code: _____

# Form 1040 — U.S. Individual Income Tax Return 1995

**Label**

Your first name and initial: PETER F.  Last name: MILLER
Your social security number: 043 46 0493

If a joint return, spouse's first name and initial: JULIE D.  Last name: MILLER
Spouse's social security number: 045 38 8284

Home address (number and street): P.O. BOX 233

City, town or post office, state, and ZIP code: ROWAYTON, CT 06854

Presidential Election Campaign:
- Do you want $3 to go to this fund? — No ✓
- If a joint return, does your spouse want $3 to go to this fund? — No ✓

**Filing Status**

2. ✓ Married filing joint return (even if only one had income)

**Exemptions**

- 6a ✓ Yourself
- 6b ✓ Spouse
- No. of boxes checked on 6a and 6b: **2**

Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1995 |
|---|---|---|---|---|
| PETER D. | MILLER | 046 84 9155 | SON | 12 |
| LAURA L. | RIDGELY | 041 70 5199 | DAUGHTER | 12 |
| MARY M. | RIDGELY | 046 84 9026 | DAUGHTER | 12 |
| STIRLING D. | MILLER | 047 84 2525 | SON | 12 |
| HANNAH R. | MILLER | 047 90 7733 | DAUGHTER | 12 |

- No. of your children on 6c who lived with you: **5**
- Total number of exemptions claimed: **7**

**Income**

| Line | Description | Amount |
|---|---|---|
| 8a | Taxable interest income | 545 00 |
| 9 | Dividend income | 6571 00 |
| 12 | Business income or (loss) | 29178 36 |
| 13 | Capital gain or (loss) | (1722 00) |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | (635 00) |
| 22 | Total income | 33937 36 |

**Adjustments to Income**

| Line | Description | Amount |
|---|---|---|
| 25 | One-half of self-employment tax | 2061 39 |
| 30 | Total adjustments | 2061 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 31 | Adjusted gross income | 31875 |

Cat. No. 11320B

MLCC 001178

# Form 1040 — U.S. Individual Income Tax Return — 1996

OMB No. 1545-0074

**Label** (See page 11.)

```
BP 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 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 S08 50
PETER F & JULIE D   MILLER
PO BOX 233
NORWALK CT           06853-0233
```

Use the IRS label. Otherwise, please print or type.

**Presidential Election Campaign** (See page 11.)

**Filing Status** — Check only one box.

**Exemptions**

If more than six dependents, see the instructions for line 6c.

| Dependents | SSN | Relationship | Months |
|---|---|---|---|
| PETER D. MILLER | 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 | SON | 12 |
| LAURA D. RIDGELY | 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 | DAUGHTER | 12 |
| MARY M. RIDGELY | 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 | DAUGHTER | 12 |
| SPELMAN D. MILLER | 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 | SON | 12 |
| (illegible) D. MILLER | 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 | DAUGHTER | 12 |
| HANNAH R. MILLER | | | |

No. of boxes checked: 2
No. of your children on line 6c who lived with you: 5
Add numbers entered on lines above: 7

**Income** — Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose Form 1040-V (see the instructions for line 62).

| Line | Amount |
|---|---|
| 8a | 2,384 07 |
| 9 | 133,141 10 |
| 12 | 29,080 72 |
| 13 | 7,594 00 |
| 17 | (188 00) |
| 22 | 172,011 89 |

**Adjusted Gross Income**

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| Line | Amount |
|---|---|
| 29 | 2,054 49 |
| 30 | 2,054 49 |
| 31 | 169,957 40 |

Form **1040** (1996)

MLCC 001166

# Form 1040 — U.S. Individual Income Tax Return 1997

Department of the Treasury - Internal Revenue Service

For the year Jan. 1–Dec. 31, 1997, or other tax year beginning _____, 1997, ending _____, 19 _____   OMB No. 1545-0074

**Label** (See Instructions on page 10.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: PETER F.
- Last name: MILLER
- Your social security number: 043:46:0493
- If a joint return, spouse's first name and initial: JULIE D.
- Last name: MILLER
- Spouse's social security number: 045:38:8294
- Home address (number and street): P.O. BOX 233
- Apt. no.:
- City, town or post office, state, and ZIP code: ROWAYTON, CT 06853-0233

For help in finding line instructions, see pages 2 and 3 in the booklet.

**Presidential Election Campaign** (See page 10.)
- Do you want $3 to go to this fund? — No: X
- If a joint return, does your spouse want $3 to go to this fund? — No: X

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status — Check only one box.

1. Single
2. [X] Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4. Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here.
5. Qualifying widow(er) with dependent child (year spouse died) ▶ 19 _____

## Exemptions

- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
- b [X] Spouse
- No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| PETER D. MILLER | 046:84:9155 | SON | 12 |
| LAURA L. RIDGELY | 041:70:5199 | DAUGHTER | 12 |
| MARY M. RIDGELY | 046:84:9026 | DAUGHTER | 12 |
| STIRLING D. MILLER | 047:84:2525 | SON | 12 |
| HANNAH R. MILLER | 047:90:7733 | DAUGHTER | 12 |

No. of your children on 6c who:
- lived with you: 5
- did not live with you due to divorce or separation (see instructions):
- Dependents on 6c not entered above:

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 7

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 12.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 4,072. |
| 8b | Tax-exempt interest. DO NOT include on line 8a | 46,248. |
| 9 | Dividends. Attach Schedule B if required | 180,178. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 457. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 31,674. |
| 13 | Capital gain or (loss). Attach Schedule D | 31,446. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions | |
| 15b | Taxable amount (see page 13) | |
| 16a | Total pensions and annuities | |
| 16b | Taxable amount (see page 13) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 0. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see page 14) | |
| 21 | Other income. List type and amount - see page 15 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 247,827. |

Enclose but do not attach any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC inst. on page 21.

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 16) | 2,000. |
| 24 | Medical savings account deduction. Attach Form 8853 | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | |
| 26 | One-half of self-employment tax. Attach Schedule SE | 2,238. |
| 27 | Self-employed health insurance deduction (see page 17) | |
| 28 | Keogh & self-employed SEP plans and SIMPLE plans | 3,756. |
| 29 | Penalty on early withdrawal of savings | |
| 30a | Alimony paid   b Recipient's SSN ▶ | |
| 31 | Add lines 23 through 30a | 7,994. |
| 32 | Subtract line 31 from line 22. This is your adjusted gross income ▶ | 239,833. |

LHA   For Privacy Act and Paperwork Reduction Act Notice, see page 38.

Form 1040 (1997)

10410   788770   A72379   050   MILLER, PETER F   A72379 1

# Form 1040 — U.S. Individual Income Tax Return 1998

Department of the Treasury - Internal Revenue Service

For the year Jan. 1-Dec. 31, 1998, or other tax year beginning , 1998, ending , 19

IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See Instructions on page 18.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **PETER F.**
- Last name: **MILLER**
- Your social security number: **043 46 0493**
- If a joint return, spouse's first name and initial: **JULIE D.**
- Last name: **MILLER**
- Spouse's social security number: **045 38 8294**
- Home address (number and street): **3 WINTER STREET**
- Apt. no.:
- City, town or post office, state, and ZIP code: **ROWAYTON, CT 06853-0233**

**IMPORTANT!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)

- Do you want $3 to go to this fund? — No: X
- If a joint return, does your spouse want $3 to go to this fund? — No: X

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions

- 6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
- b ☒ Spouse
- c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| PETER D. MILLER | 046 84 9155 | SON | |
| LAURA L. RIDGELY | 041 70 5199 | DAUGHTER | |
| MARY M. RIDGELY | 046 84 9026 | DAUGHTER | |
| STIRLING D. MILLER | 047 84 2525 | SON | X |
| HANNAH R. MILLER | 047 90 7733 | DAUGHTER | X |

- No. of boxes checked on 6a and 6b: **2**
- No. of your children on 6c who: lived with you: **5**; did not live with you due to divorce or separation (see page 19):
- Dependents on 6c not entered above:
- Add numbers entered on lines above ▶ **7**

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 20. Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 8,503. |
| 8b | Tax-exempt interest. DO NOT include on line 8a — 85,970. | |
| 9 | Ordinary dividends. Attach Schedule B if required | 165,445. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 669. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 30,045. |
| 13 | Capital gain or (loss). Attach Schedule D | 2,414,704. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions … 15a          b Taxable amount (see page 22) 15b | |
| 16a | Total pensions and annuities … 16a    b Taxable amount (see page 22) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 0. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits … 20a         b Taxable amount (see page 24) 20b | |
| 21 | Other income. List type and amount - see page 24 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 2,619,366. |

## Adjusted Gross Income

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 25) | |
| 24 | Student loan interest deduction (see page 27) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE — 2,123. | |
| 28 | Self-employed health insurance deduction (see page 28) | |
| 29 | Keogh & self-employed SEP plans and SIMPLE plans — 3,642. | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | 5,765. |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 2,613,601. |

0001 -16-99 LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.

5230414   788770   A72379           052   MILLER, PETER F.

Form 1040 (1998)

A72379  1

# Form 1040 — U.S. Individual Income Tax Return 1999

Department of the Treasury - Internal Revenue Service

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning _____, 1999, ending _____

OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: PETER F.
- Last name: MILLER
- Your social security number: 043 46 0493
- If a joint return, spouse's first name and initial: JULIE D.
- Last name: MILLER
- Spouse's social security number: 045 38 8294
- Home address (number and street): 21 POINT ROAD - WILSON POINT
- Apt. no.:
- City, town or post office, state, and ZIP code: NORWALK, CT 06854

**IMPORTANT!** You must enter your SSN(s) above.

COPY

**Presidential Election Campaign** (See page 18.)

- Do you want $3 to go to this fund? — Yes [ ] No [X]
- If a joint return, does your spouse want $3 to go to this fund? — Yes [ ] No [X]

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here ▶
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19__). (See page 18.)

**Exemptions**

- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
- 6b [X] Spouse
- No. of boxes checked on 6a and 6b: 2
- 6c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| SEE STATEMENT 1 | | | |

- No. of your children on 6c who:
  - lived with you: 7
  - did not live with you due to divorce or separation (see page 19):
- Dependents on 6c not entered above:
- If more than six dependents, see page 19.

- 6d Total number of exemptions claimed — Add numbers entered on lines above ▶ 9

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 20. Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 918. |
| 8b | Tax-exempt interest. DO NOT include on line 8a | 113,080. |
| 9 | Ordinary dividends. Attach Schedule B if required | 165,415. |
| 10 | Taxable refunds, or credits of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 32,795. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 18,688. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions | |
| 15b | Taxable amount (see page 22) | |
| 16a | Total pensions and annuities | |
| 16b | Taxable amount (see page 22) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 3,476. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see page 24) | |
| 21 | Other income. List type and amount (see page 24) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 221,292. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 26) | |
| 24 | Student loan interest deduction (see page 26) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 2,317. |
| 28 | Self-employed health insurance deduction (see page 28) | 4,800. |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | 7,117. |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 214,175. |

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.

MLCC 001967

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on November 6, 2003 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Patrick W. Begos

3