UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

FILED

2003 NOV 12  A 11: 39

US DISTRICT COURT
HARTFORD, CT

-----------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                 :
                                            :   Case No. 03-CV-1016 (RNC)
                Plaintiff,                  :
                                            :   **JURY DEMAND**
        – against –                         :
                                            :
MERRILL LYNCH CREDIT CORPORATION,           :   November 10, 2003
                                            :
                Defendant.                  :
-----------------------------------------------------------x

Plaintiff, Julie Dillon Ripley Miller, by her attorneys, Begos & Horgan, LLP, hereby demands trial by jury of all issues in this action.

BEGOS & HORGAN, LLP

By: _____
Patrick W. Begos (ct19090)
Christopher G. Brown, Esq. (ct 18216)
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990

### CERTIFICATE OF SERVICE

This certifies that on November 10, 2003, a copy of the foregoing was delivered via first-class mail to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Patrick W. Begos