UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

303CV1016 - RNC

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | CIVIL ACTION NO. |
| Plaintiff, | |
| - against - | |
| MERRILL LYNCH CREDIT CORPORATION | |
| Defendant. | June 6, 2003 |

**NOTICE OF PENDING MOTIONS**

Pursuant to the Standing Order in Removed Cases of the U.S. District Court for the District of Connecticut, defendant Merrill Lynch Credit Corporation hereby notifies the Court that there has not yet been a final resolution of plaintiffs' Application for Prejudgment Remedy dated April 23, 2003. Attached hereto as Exhibit 1 is a true and correct copy of plaintiffs' Application for Prejudgment Remedy.

Dated: June 6, 2003
Stamford, Connecticut

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Douglas J. Conroy, ct11555
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

---

*Handwritten annotation:* DENIED as moot based on counsel's representation that the issues raised herein have been resolved by the parties. SO ORDERED. Donna F. Martinez, U.S.M.J. 11/17/03

*Stamp:* 2003 NOV 17 P 3:09 US DISTRICT COURT HARTFORD CT — FILED