UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DILLON RIPLEY MILLER,

    Plaintiff and Counterclaim Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

    Defendant and Counterclaimant.

NO. 3:03-CV-1016 (RNC)(DFM)

October 14, 2003

### DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE RESPONSES TO ITS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37 of the Local Civil Rules of District of Connecticut, Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC") submits this motion to compel Plaintiff and Counterclaim Defendant Julie Dillon Ripley Miller to provide responses to MLCC's First Requests for Production of Documents and First Set of Interrogatories.

On July 23, 2003, MLCC served its First Requests for Production of Documents. On August 12, 2003, MLCC served its First Set of Interrogatories. Plaintiff served her Responses and Objections to the First Request for Production of Documents on August 25, 2003, and her Responses and Objections to the First Set of Interrogatories on September 12, 2003.

Plaintiff's responses are deficient in many respects. In particular, Plaintiff objects to and improperly refuses to produce various categories of discoverable documents. Plaintiff likewise failed to provide complete responses to certain of the interrogatories.

**ORAL ARGUMENT REQUESTED**

---

DENIED without prejudice for failure to comply with D.Conn.L.Civ.R. 37. Any new motion to compel shall be accompanied by a memorandum that sets forth a specific verbatim listing of each of the discovery requests sought, the plaintiff's response and immediately following each specification, the reason why the item should be allowed. SO ORDERED

Donna F. Martinez, U.S.M.J.
11/21/03