UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 26 A 9: 32
US DISTRICT COURT
HARTFORD

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | NO. 3:03-CV-1016 (RNC)(DFM) |
|     Plaintiff and Counterclaim Defendant, | |
|   - against - | |
| MERRILL LYNCH CREDIT CORPORATION, | November 25, 2003 |
|     Defendant and Counterclaimant. | |

### DEFENDANT'S MOTION TO STRIKE
### PLAINTIFF'S LATE-FILED JURY DEMAND

Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC") respectfully submits this Motion to Strike the Late-Filed Jury Demand ("Motion to Strike") of Julie Dillon Ripley Miller ("Plaintiff"). Plaintiff has failed to comply with Rules 38 and 81 of the Federal Rules of Civil Procedure thereby waiving any right to a jury trial in this matter.

In Support of its Motion to Strike, MLCC submits the accompanying Memorandum of Law in Support of Defendant's Motion to Strike Plaintiff's Late-Filed Jury Demand and Affidavit of Thomas P. Friedman in Support of Defendant's Motion to Strike Plaintiff's Late-Filed Jury Demand.

**ORAL ARGUMENT REQUESTED**

Dated: November 25, 2003
Stamford, Connecticut

          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _/s/ Thomas P. Friedman_____
     Douglas C. Conroy, ct11555
     Thomas P. Friedman, ct24947
     1055 Washington Boulevard
     Stamford, CT 06901-2217
     Telephone: (203) 961-7400
     Facsimile: (203) 359-3031
     Email: douglasconroy@paulhastings.com
             thomasfriedman@paulhastings.com

Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of November, 2003, a copy of the foregoing MOTION TO STRIKE PLAINTIFF'S LATE-FILED JURY DEMAND was delivered via U.S. first class mail to:

>Patrick W. Begos, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880

*(signature)*
Thomas P. Friedman

STM/263501.1
11413.00021