UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 20 P 1:26
US DISTRICT COURT HARTFORD CT

JULIE DILLON RIPLEY MILLER,

Plaintiff and Counterclaim Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

Defendant and Counterclaimant.

NO. 3:03-CV-1016 (RNC)(DFM)

PJR Referred to Magistrate Judge Donna F. Martinez

November 19, 2003

**STIPULATION AND CONSENT ORDER TO RESOLVE PLAINTIFF'S MOTION FOR PREJUDGMENT REMEDY**

WHEREAS, Plaintiff has filed a Motion for Prejudgment Remedy ("Motion"), which seeks to attach $7,000,000 in Merrill Lynch Credit Corporation ("MLCC") assets; and

WHEREAS, the Court has scheduled hearing dates on November 20 and 21 in furtherance of the disposition of the Motion; and

WHEREAS, in order to resolve the issues raised in the Motion without the need for any additional burden on the Court or the parties, the parties have agreed that the posting of security as specified herein, in the total amount of approximately $6,400,000, shall be given, and accepted, in lieu of the relief sought by Plaintiff in the Motion and pursuant to the terms and conditions of this Stipulation and Consent Order ("Stipulation and Consent Order").

WHEREAS, an account numbered 5AX-12860 for "MS. JULIE D.R. MILLER F/B/O MLCC AN/OR ASSIGNS" (the "Account") is maintained at Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"), which Account contains funds in an amount of approximately $4,870,000 as of October 31, 2003 (the "Funds"). Among other issues, ownership of the Funds in the Account is at issue in this litigation.

WHEREAS, the parties have agreed that MLPF&S shall not permit the transfer or withdrawal of the Funds from the Account pending further order of this Court, a final judgment disposing of the claims in this litigation, or written agreement of the parties.

WHEREAS, the parties have further agreed that MLCC will also post a bond for $1,600,000.

NOW, THEREFORE, upon the consent of undersigned counsel for all parties to this action, IT IS HEREBY ORDERED:

1.  **The Account.**

    (i)  MLCC shall direct MLPF&S to retain the Funds in the Account, as presently invested, and to not make or allow any withdrawals or transfers of the Funds, or any portion or proceeds thereof, pending further order of this Court, a final judgment disposing of the claims in this litigation, or written agreement of the parties. A copy of the October 2003 Account statement is attached hereto as Exhibit A.

    (ii)  MLCC shall also direct MLPF&S to make payment of the Funds, and any proceeds thereof, to such party as may be ordered by this Court or by written agreement of the parties.

    (iii)  MLCC will provide MLPF&S with a copy of this Stipulation and Consent Order, and shall direct MLPF&S to provide counsel for the parties with a written acknowledgement of its receipt of this Stipulation and Consent Order, and its agreement to abide by MLCC's directions as set forth herein. If MLPF&S fails to provide said written acknowledgment to counsel for the parties within twenty days upon the Court's approval of this Stipulation and Consent Order, or if MLPF&S subsequently fails or refuses to follow MLCC's directions as set forth herein, either party may seek additional relief from this Court.

2. **The Bond.**

(i) MLCC shall post a bond in the amount of $1,600,000 to ensure that, should Plaintiff obtain a final judgment on her claims, sufficient funds in addition to the Funds in the Account will be available to satisfy such judgment. Said bond will be issued in substantial conformity with C.G.S.A. 52-308 and shall be posted within thirty days of the Court's approval of this Stipulation and Consent Order.

(ii) Said bond shall be maintained by MLCC pending further order of the Court, a final judgment disposing of the claims in this litigation, or written agreement of the parties.

3. The parties further agree that this Stipulation and Consent Order is entered into solely to expedite the disposition of this action, and that neither party admits any wrongdoing or the truth of any allegations by entering into this Stipulation and Consent Order. It is further agreed that this Stipulation is not intended to prejudice the rights or claims of the parties as to any proceedings in this matter, including but not limited to, trial and appeals in this matter.

4. This Stipulation and Consent Order shall constitute the resolution of Plaintiff's Motion. Accordingly, the hearings scheduled on the Motion (November 20 and 21, 2003) shall be removed from the Court's calendar, and the Superseding Scheduling Order dated September 29, 2003, shall be withdrawn.

5. The parties hereby consent to the entry of this Stipulation and Consent Order by Magistrate Judge Donna F. Martinez, and to its acceptance, if necessary, by Judge Robert N. Chatigny.

____________________________
Hon. Donna F. Martinez
United States Magistrate Judge

Dated: November 19, 2003

AGREED TO AND ACCEPTED

BEGOS & HORGAN LLP

By: ____________________

Patrick W. Begos, ct19090
Christopher G. Brown, ct18216
327 Riverside Avenue
Westport, CT 06880
Telephone:(203) 226-9990
Facsimile:(203) 222-4833
Email: pwb@begoshorgan.com
Counsel for Plaintiff and Counterclaim Defendant
JULIE DILLON RIPLEY MILLER

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ____________________

Douglas C. Conroy, ct11555
Thomas P. Friedman, ct24947
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
thomasfriedman@paulhastings.com
Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

STM/263135.1
11413.00021

**Merrill Lynch**

# PORTFOLIO SUMMARY REVIEW

*************AUTO**3-DIGIT 068
232112 0001436 T10 P73 0.547

MS JULIE D R MILLER
F/B/O MLCC AND/OR ASSIGNS
P O BOX 233
ROWAYTON CT 06853

YOUR FINANCIAL ADVISOR:
DUNN/KAMHI

(800) 308-1899

For Client Service Questions Call:
1-800-MERRILL (1-800-637-7455)

Office Serving Your Account
2 WORLD FINANCIAL CTR 16TH FLR
NEW YORK NY 10281

Review Your Statement Online at:
www.mlol.ml.com

## Total Value as of October 31, 2003
## $4,870,143.15

### Asset Allocation Summary

| | Percent |
|---|---|
| Cash/Money Accounts | 100 |
| Total | 100 |

Estimated Accrued Interest not included. May not reflect all holdings.

### Total Value Comparison (in $ millions )

| 4/01 | 12/01 | 12/02 | 1Q03 | 2Q03 | 3Q03 | 10/03 |
|---|---|---|---|---|---|---|
| 6.00 | 5.65 | 5.25 | 4.85 | 4.86 | 4.87 | 4.87 |

Total Value includes credits, debits, and change in market value.
Unpriced Securities are not included inTotal Value.

### Accounts Included in this Summary

| Account No. | Account Name | Account Type/ Managing Firm | Page | Total Value ($) This Month | Total Value ($) Last Month | Gains and Losses ($) Realized YTD Short Term | Realized YTD Long Term | Unrealized Short Term | Unrealized Long Term |
|---|---|---|---|---|---|---|---|---|---|
| 5AX-12860 | MS JULIE D R MILLER | CMA | 4 | 4,870,143 | 4,867,947 | - | 3,369,951 | - | - |
| | Total | | | 4,870,143 | 4,867,947 | - | 3,369,951 | - | - |




# PORTFOLIO SUMMARY REVIEW

## Activity Summary ( All Accounts )

| Credits | This Statement ($) | Year-To-Date ($) |
|---|---|---|
| Security Sales | 0.00 | 4,702,833.47 |
| Income | 2,195.91 | 39,301.04 |
| Funds Received | 0.00 | 0.00 |
| Electronic Transfers( Credits ) | 0.00 | 0.00 |
| Other Credits | 0.00 | 0.00 |
| **Total Credit** | 2,195.91 | 4,742,134.51 |

| Debits | This Statement ($) | Year-To-Date ($) |
|---|---|---|
| Security Purchases | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Electronic Transfers (Debit) | 0.00 | 0.00 |
| Other Debits | 0.00 | 35.83 |
| Interest | 0.00 | 0.00 |
| Checks Written | 0.00 | 0.00 |
| Visa Purchases | 0.00 | 0.00 |
| **Total Debit** | 0.00 | 35.83 |
| **Net Activity** | 2,195.91 | 4,742,098.68 |

## Income Summary ($)

| | This Statement | | | | | Year-to-Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Tax-Exempt Interest | Interest | Non-Reportable Dividends | Dividends | TOTAL | Tax-Exempt Interest | Interest | Non-Reportable Dividends | Dividends | TOTAL |
| 5AX-12860 | | | | 2,196 | 2,196 | | | | 39,301 | 39,301 |
| Total | | | | 2,196 | 2,196 | | | | 39,301 | 39,301 |

## Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| S&P 500 | 1050.71 | 995.97 | 879.82 |
| Three-Month Treasury Bills | .95% | .94% | 1.19% |
| Long-Term Treasury Bonds | 5.14% | 4.88% | 4.78% |
| One-Month LIBOR | 1.12% | 1.12% | 1.38% |

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| NASDAQ | 1932.21 | 1786.94 | 1335.51 |

Periodic reviews of your portfolio can help you assess your progress toward your financial goals. A change in your risk tolerance or time horizon may warrant adjustments to your asset allocation and investment strategy. Your Financial Advisor can assist you in re-examining your goals and personal situation and help you determine whether adjustments to your financial plan are appropriate.

Periodic reviews of your portfolio can help you assess your progress toward your financial goals. A change in your risk tolerance or time horizon may warrant adjustments to your asset allocation and investment strategy. Your Financial Advisor can assist you in re-examining your goals and personal situation and help you determine whether adjustments to your financial plan are appropriate.

Merrill Lynch

# PORTFOLIO SUMMARY REVIEW

## Top Portfolio Holdings > 5% ( by Market Value )

| Quantity | Security Description | Total Cost Basis | Estimated Market Value | Unrealized Gain or (Loss) | Equity Sector | % of Portfolio |
|---|---|---|---|---|---|---|
| Cash/Money Accounts | | | | | | |
| 4,870,143 | MERRILL LYNCH READY ASSE | 4,870,143 | 4,870,143 | N/A | N/A | 100.00 |
| Total | | 4,870,143 | 4,870,143 | | | 100.00 |



This page intentionally left blank.

# Merrill Lynch CMA® Account

**Total Account Value As Of 10/31/2003** **$4,870,143.15**

MS JULIE D R MILLER
F/B/O MLCC AND/OR ASSIGNS
P O BOX 233
ROWAYTON CT 06853

YOUR FINANCIAL ADVISOR:
DUNN/KAMHI

(800) 308-1899

FOR CUSTOMER SERVICE QUESTIONS:
1-800-MERRILL (1-800-637-7455)

Your Merrill Lynch Office:
2 WORLD FINANCIAL CTR 16TH FLR
NEW YORK NY 10281

Review Your Statement Online at:
www.mlol.ml.com

## Monthly Portfolio Summary

| Asset | 09/30/03 Value | % | 10/31/03 Value | % |
|---|---|---|---|---|
| Cash/Money Accounts | 4,867,947 | 100 | 4,870,143 | 100 |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| **Long Market Value** | 4,867,947 | | 4,870,143 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |
| **Net Portfolio Value** | 4,867,947 | | 4,870,143 | |

## Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 2,195.91 | 18,368.01 |
| Tax-Exempt Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | 20,933.03 |
| Income Not Reported | | |
| **Total** | 2,195.91 | 39,301.04 |

## Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

## EWS

ee enclosed newsletter for details on how to retrieve copies
cancelled checks at Merrill Lynch OnLine and how Verified by
isa (R) provides an extra level of online shopping security.

## Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| S&P 500 | 1050.71 | 995.97 | 879.82 |
| Three-Month Treasury Bills | .95% | .94% | 1.19% |
| Long-Term Treasury Bonds | 5.14% | 4.88% | 4.78% |
| One-Month LIBOR | 1.12% | 1.12% | 1.38% |
| NASDAQ | 1932.21 | 1786.94 | 1335.51 |

Merrill Lynch **CMA** ACCOUNT

## Cash Flow Summary

| Activity Summary | This Statement | Year-to-Date | Credits | This Statement | Year-to-Date | Debits | This Statement | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Opening Balance Cash & Money Accounts | 4,867,947.24 | | Sales | | 4,702,833.47 | Purchases | | |
| | | | Income | 2,195.91 | 39,301.04 | Withdrawals | | |
| | | | Funds Received | | | Electronic Trfs | | |
| | | | Electronic Trfs | | | Other | | 35.83 |
| Net Credits & Debits | 2,195.91 | 4,742,098.68 | Other | | | | | |
| Closing Balance Cash & Money Accounts | 4,870,143.15 | | | | | | | |
| | | | Total Credits | 2,195.91 | 4,742,134.51 | Total Debits | | 35.83 |

## Realized Capital Gain and Loss Summary*

| | This Month | Year-to-Date |
|---|---|---|
| Short-Term | .00 | .00 |
| Long-Term | .00 | 3,369,951.63 |

*Excludes transactions for which we have insufficient data.

## Current Portfolio

| Quantity | Security Description | Date Acquired | Adjust/Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash and Money Accounts** | | | | | | | | | | |
| 4,870,143 | MERRILL LYNCH READY ASSETS (.0100 FRACTIONAL SHARE) | | 1.00 | 4,870,143 | 1.00 | 4,870,143 | | | 25,811 | .53 |
| **Total Cash and Money Accounts** | | | | 4,870,143 | | 4,870,143 | | | 25,811 | .53 |
| **Total Long Portfolio** | | | | 4,870,143 | | 4,870,143 | | | 25,811 | .53 |



Merrill Lynch CMA® ACCOUNT

## lonthly Activity

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| **ividends and Interest** | | | | | | |
| 10/31 | Dividend | 2,195 | ML READY ASSETS TRUST 0.91000 DIV/INT REINVEST FROM 09-30 THRU 10-30 | | | |
| | Income Total | | MERRILL LYNCH READY ASSETS | | | 2,195.91 |
| **et Total** | | | | | | 2,195.91 |
| **ther Activity** | | | | | | |
| 10/31 | Journal Entry | 1 | ML READY ASSETS TRUST FULL SHARE ACCUMULATION | | | |
| **et Total** | | | | | | |

| *Tax Information Summary* | This Statement | Year-to-Date |
|---|---|---|
| **Accrued Interest Paid** | | |
| Tax-Exempt | | |
| Reportable | | |
| **Accrued Interest Received** | | |
| Tax-Exempt | | |
| Reportable | | |
| **Gross Proceeds** | | 4,702,833.47 |

Although we provide complete year-to-date information for Reportable Accrued Interest Received, Accrued Interest Paid and Tax-Exempt Accrued Interest Received and Paid include only those months we produce your profit and loss statement.

**ustomer Service** For information about your account, please call 1-800-MERRILL (1-800-637-7455). To report Lost or Stolen Visa Cards or Checks, please call 1-800-262-5678. When requested, enter your Access Code 47-529-12860.

MS JULIE D R MILLER

Statement Period 10/01/03 TO 10/31/03

Account No. 5AX-12860

001007 1603

532958230014360004



Case 3:03-cv-01016-WWE Document 40 Filed 12/05/2003 Page 12 of 12

**reement Regarding Your Securities Account and Other Important Information**
u, the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc. (Merrill Lynch), agree as follows:

We will direct your order for a security or option to the marketplace we consider to be the primary rket for that security or option.

We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian counts). In the event of a call for less than an entire issue or series of those securities, the securities to called will be randomly selected from those held in bulk.

We are not responsible for the loss or destruction of securities that are placed in the custody of a non-. bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, my action, government acts or any other causes beyond the control of the depository or us.

This statement of account shall be deemed conclusive if not objected to within ten (10) days.

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. In the SP and ML bank deposit programs, this fee is up to 50% and is paid by our affiliated banks.

You will have the right to vote full shares, and we may solicit instructions concerning the voting of full res held in your account. The voting shares in your account will be governed by the rules and policies he New York Stock Exchange and the Securities and Exchange Commission then in effect, or other plicable exchanges or regulatory provisions.

This statement serves as a confirmation of purchases that result from automatic reinvestment nsactions, as well as your AIPS transactions, during the statement period.

As an option client, please advise us promptly of any material change in your investment objectives or ncial condition. Individual options commission charges have been included in your confirmation; a nmary of this information will be made available to you upon request.

All transactions in your account are subject to the constitution, rules, regulations, customs, usages, ngs and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions executed, and if not executed on any exchange, the National Association of Securities Dealers, Inc.

We trade for our own accounts as an odd lot dealer, a block positioner and/or arbitrageur. At the e of any transaction in your account, we or an affiliate may have a long or short position in the same urity, and our positions may be completely or partially hedged.

We can use your free credit balance in our business and such funds are not segregated. You have the t to receive, in the normal course of business, any free credit balance and any fully paid securities to ch you are entitled, subject to any open commitments in any of your accounts.

Merrill Lynch's financial statement is available for your inspection at our office, or a copy will be led upon request to: Merrill Lynch, WFC-NT, New York, NY 10281.

If this statement is for a margin account, it is a combined statement of your margin account and cial memorandum account maintained for you pursuant to applicable regulations. The permanent ord of the separate account, as required by Regulation T, is available for your inspection upon request. should retain this statement for use with your next statement to calculate interest charges, if any, for period covered by this statement. The interest charge period will parallel the statement period, except interest due for the final day of the statement period will be carried over and appear on next month's ement.

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC bond do not cover assets are not securities or assets that are not held at Merrill Lynch, such as cash on deposit at Merrill ch Bank USA, Merrill Lynch Bank & Trust Co. or other depository institutions, and certificates of osit purchased through Merrill Lynch. Those deposits are protected by the Federal Deposit Insurance poration. Merrill Lynch is not a bank. Unless otherwise disclosed, investments through Merrill Lynch E NOT FDIC-INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

**es and Valuations**
le we believe our pricing information to be reliable, we cannot guarantee its accuracy.
**aged Trust Units:** Information is based on data from the Merrill Lynch Trust Company or its agent. ther the Trust nor its units are held in your Merrill Lynch account and are not subject to SIPC.
**rance Policies:** Information is based on data from the insurer that issued the policy. Merrill Lynch is responsible for the calculation of policy values. Policies are generally not held in your Merrill Lynch ount. If Merrill Lynch as custodian or trustee holds a policy that is a security, SIPC protection and ss-SIPC protection applies.
**d-Income Securities:** Market values are estimated values obtained from various sources and may be ed on bids, prices within the bid/offer spread, closing prices, a matrix methodology utilizing general ket levels, the value of comparable securities and/or analytic models. Pricing estimates do not stitute bids or offers to purchase or sell any security. Actual prices realized at sale, or paid at the time urchase, may be more or less than the value reflected on the statement.
**t Data:** Cost data and acquisition dates for securities not purchased in your account or purchased re 1997 are entered manually from data provided by you. Most cost figures are adjusted for capital nges, including identifiable returns of principal, after 1997. Please review this information for accuracy, e cannot be held responsible for omitted or restated data.

**Prices and Valuations (Cont.)**
**Realized Capital Gain and Losses**
Versus purchase (VSP) or versus sale (VSS) dates are used in calculating gains and losses when you designate specific tax lots for liquidation consistent with your tax planning. This feature may not cover al transactions. Please consult your tax advisor to determine the tax consequences of your securities transactions. When computing capital gains and losses we strive to be accurate. However, the computation shown on your statement does not constitute an official accounting of gains and losses, and Merrill Lynch does not report capital gains or losses to the I.R.S. The enhanced statement is not a substitute for your own records and the Consolidated Tax Reporting Statement (Form 1099).

**Symbols and Abbreviations**

| | | | |
|---|---|---|---|
| ¤ | Interest reported to IRS. | | |
| ■ | Gross Proceeds reported to the IRS. | N/A | Value and/or cost data not available. |
| * | Dividends reported to the IRS. | N/C | Not Calculated |
| : | Transactions reported to IRS. | N/N | Non-negotiable securities. |
| NOCC | Options Clearing Corporation. | N/O | Held registered in your name. |

** Merrill Lynch maintains a fundamental opinion on this company.
# Transaction you requested required same-day payment - Merrill Lynch retained last day's dividend to offset cost of advancing payment on your behalf.
RD Bonds are changeable from coupon to registered and vice versa without charge.
RG Bonds registered for both principal and interest.
( ↑↓ ) Indicates that our global securities research division has upgraded (↑) or downgraded (↓) its fundamental opinion on a security.
N/N N/O Non-negotiable securities held registered in your name.
N/O CUST Non-negotiable Custodian Registration.
NPC Interests in assets not registered in the name of nor held by Merrill Lynch or its nominees and held by you or registered in your name with the issuer or its agent. Merrill Lynch does not control or act as custodian. SIPC and excess SIPC protection do not apply. These assets are included on this statement solely as a service to you.

**Equity Sectors:** Global Industry Classification Standard was developed by and is the exclusive property and a service mark of Morgan Stanley Capital Int'l Inc. and Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and is licensed for use by Merrill Lynch.