UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

JULIE DILLON RIPLEY MILLER,                  :        2003 DEC 12  A 10: 28

              Plaintiff,               :        Case No.03-CV-1016 (RNC)(DFM)
                                          US DISTRICT COURT
                                          HARTFORD CT

            – against –                 :        December 11, 2003

MERRILL LYNCH CREDIT CORPORATION,            :

              Defendant.               :

---------------------------------------------------------------x

## JOINT MOTION REGARDING PRE-TRIAL ISSUES

In furtherance of the efficient administration of this proceeding, the parties to this action together bring this Joint Motion Regarding Pre-Trial Issues (the "Joint Motion"). The parties respectfully request that the Court grant the following relief: (i) that the schedule for expert disclosure be revised; and (ii) that the discovery cut-off date be extended.

This is the third motion to amend the dates in the pre-trial schedule, but the first motion seeking to extend the discovery cut-off. The first and second motions sought only to extend the deadlines for expert discovery. As of the date of this motion, the parties have diligently pursued and exchanged discovery, including the following: (i) both parties have propounded, and responded to, document requests and interrogatories; (ii) depositions of the parties and various non-party witnesses have been commenced and/or completed; (iii) both parties have produced "non-rebuttal" expert reports.

The parties submit that, for the following reasons, there is good cause to grant this motion.

**First**, plaintiff filed a motion to compel on December 3, 2003, concerning, *inter alia*, whether the deposition of several Rule 30(b)(6) witnesses to be produced by defendant should be held in Connecticut or Florida. Under the Court's motion rules, that motion may not be fully briefed until January 4, 2004. Once the motion is decided, those depositions will have to be scheduled and completed. The parties do not expect to be able to accomplish that by the current discovery cutoff – January 12, 2004.

**Second**, defendant will shortly be filing a motion to compel, which raises the issues raised in an earlier motion that the Court recently denied without prejudice. Among other things, defendant cannot complete the deposition of plaintiff until the document production disputes at issue in that motion are resolved.

**Third**, the time period for completion of non-rebuttal expert depositions, rebuttal expert reports, and rebuttal expert depositions was shortened as a result of the previous motions (which motions extended the date for exchange of non-rebuttal expert reports without extending the discovery cutoff). Given the number of non-rebuttal expert reports produced (a total of four), the parties expect they will require additional time to take depositions and procure rebuttal reports. If the Court extends the discovery cut-off, then this adjustment to the expert disclosure schedule can be accomplished within the newly extended discovery period.

**Fourth**, the parties are not seeking to extend any additional deadlines set by the Court, including the May 2004 date for placement on the trial ready list.

The one issue on which the parties are unable to agree is the date to which the discovery cut-off should be adjourned. It is defendant's position that the cut-off should be adjourned to a date certain – February 13, 2004. It is plaintiff's position that the cut-off should be adjourned to a date that is thirty days after the Court rules on plaintiff's December 3, 2003 motion to compel. Defendant acknowledges that, if a date certain is used, additional adjournment(s) might be required depending on the date on which the motion to compel is decided. Both parties desire to complete discovery as quickly as possible. Under the circumstances, the parties agree that the Court should determine the date to which the discovery-cutoff should be adjourned.

After reviewing the Joint Motion, and finding good cause, the Court hereby ORDERS:

(i) The discovery cut-off is adjourned to [February 13, 2004] or [thirty days after the Court rules on plaintiff's December 3, 2003 motion to compel]

(ii) The schedule for expert discovery is amended as follows:

2

Non-Rebuttal Expert Depositions: December 24, 2003
Rebuttal Expert Reports:          January 12, 2004
Rebuttal Expert Depositions:      February 12, 2004


_____
Hon. Donna F. Martinez
United States Magistrate Judge


PAUL,   HASTINGS,   JANOFSKY   &   BEGOS & HORGAN, LLP
WALKER, LLP


By:_____ 12/9/03   By:_____ 12/11/03
   Thomas P. Friedman, Esq. (ct 24947)      Patrick W. Begos (ct19090)
Attorneys for Defendant              Attorneys for Plaintiff
1055 Washington Boulevard            327 Riverside Avenue
Stamford, CT 06901-2217              Westport, CT 06880
(203) 961-7400                       (203) 226-9990
(203) 359-3031 (fax)                 (203) 222-4833 (fax)


3