UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>  Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM)<br><br><br><br><br>December 13, 2003 |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE RESPONSES TO ITS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37 of the Local Civil Rules of District of Connecticut, Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC") submits this motion to compel Plaintiff and Counterclaim Defendant Julie Dillon Ripley Miller to provide responses to MLCC's First Requests for Production of Documents and First Set of Interrogatories.

On July 23, 2003, MLCC served its First Requests for Production of Documents. On August 12, 2003, MLCC served its First Set of Interrogatories. Plaintiff served her Responses to the First Request for Production of Documents on August 25, 2003, and her Responses to the First Set of Interrogatories on September 12, 2003.

Plaintiff's responses are deficient in many respects. In particular, Plaintiff objects to and improperly refuses to produce various categories of discoverable documents. Plaintiff likewise failed to provide complete responses to certain of the interrogatories.

**ORAL ARGUMENT REQUESTED**

On September 19, 2003, Thomas P. Friedman, on behalf of MLCC, participated in an extended teleconference with Plaintiff's counsel, Patrick W. Begos, detailing the inadequacies in Plaintiff's discovery responses, and discussing mutually acceptable resolutions to the outstanding discovery issues. Plaintiff did not supplement her answers to interrogatories or produce the requested documents.

On October 6, 2003, Attorney Friedman sent a follow-up letter to Attorney Begos, requesting that Plaintiff supplement her discovery responses and/or follow through with the proposed resolutions discussed during the teleconference of September 19. Despite diligent effort, the parties have not achieved a satisfactory resolution. Consequently, MLCC now submits the instant motion to compel. The Affidavit of Thomas P. Friedman, attesting to the parties' efforts to narrow the areas in dispute, is attached as Exhibit A to the accompanying memorandum of law.

Dated: December 13, 2003
Stamford, Connecticut

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Douglas C. Conroy, ct11555
Thomas P. Friedman, ct24947
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:   (203) 359-3031
Email:   douglasconroy@paulhastings.com
             thomasfriedman@paulhastings.com

Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of December, 2003, a copy of the foregoing DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE RESPONSES TO ITS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES was delivered via U.P.S. overnight mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880

_____
Thomas P. Friedman

STM/260844.1
11413.00021