UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

FILED

2003 DEC 16  A 11: 52

US DISTRICT COURT
HARTFORD CT

------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                :
                                           :   Case No. 3:03CV1016 (RNC)(DFM)
        Plaintiff,                         :
                                           :
        – against –                        :   December 15, 2003
                                           :
MERRILL LYNCH CREDIT CORPORATION,          :
                                           :
        Defendant.                         :
------------------------------------------------------------x

**PLAINTIFF'S CROSS-MOTION FOR EXTENSION OF TIME TO FILE
A JURY DEMAND**

Upon the annexed Declaration of Patrick W. Begos, and all prior papers and proceedings in this action, plaintiff, Julie Dillon Ripley Miller, hereby cross-moves the Court for an order, pursuant to Fed. R. Civ. P. 6, 39 and 81(c), for an order extending plaintiff's time to serve and file a jury demand, and accepting the demand previously served and filed, and awarding such other relief as the Court deems just.

Dated:   Westport, Connecticut
         December 15, 2003

                                        BEGOS & HORGAN, LLP

                                        By: /s/ Patrick W. Begos
                                        _____
                                        Patrick W. Begos (ct19090)
                                        Attorneys for Plaintiff
                                        327 Riverside Avenue
                                        Westport, CT 06880
                                        (203) 226-9990
                                        (203) 222-4833 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                  :
                                             :    Case No. 3:03CV1016 (RNC) (DFM)
        Plaintiff,                           :
                                             :
    – against –                              :    December 15, 2003
                                             :
MERRILL LYNCH CREDIT CORPORATION,            :
                                             :
        Defendant.                           :
------------------------------------------------------------x

**DECLARATION OF PATRICK W. BEGOS IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE JURY DEMAND AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR EXTENSION OF TIME TO FILE A JURY DEMAND**

PATRICK W. BEGOS declares the following to be true under penalty of perjury:

1. I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in opposition to defendant's motion to strike plaintiff's jury demand, and in support of plaintiff's cross-motion for extension of time to file a jury demand.

2. This action was commenced in state court, and removed to this court by defendant, Merrill Lynch Credit Corp. ("MLCC"). At the time of removal, the only paper that had been filed in state court was Ms. Miller's application for prejudgment remedy. Annexed hereto as Exhibit A is a true copy of MLCC's Notice of Removal.

3. It was my recollection that, when MLCC's counsel served the removal papers on us, there was included in those papers a document or statement that indicated MLCC had demanded a trial by jury. My partner, Christopher Brown, who is also actively involved in prosecuting this action, has the same recollection. Several weeks ago, I was reviewing the docket sheet for this action on

PACER, and I saw the notation that no jury demand had been filed. I then reviewed our file, and I could not find an indication that MLCC demanded a jury trial. I still do not know whether there was such a document that I cannot now locate, or whether my recollection, and my partner's, was inaccurate.

4. Shortly thereafter, I filed the jury demand at issue.

5. Discovery in this action has not concluded; the existing discovery deadline is January 12, 2004, but both parties have recently submitted a joint motion to extend the discovery cutoff (a copy of which is annexed as Exhibit B).

6. Both parties have been liberal and cooperative to date in granting each other extensions of time to take actions required by the Federal Rules, or the Court's orders. For example, Ms. Miller agreed to extend MLCC's time to submit a non-rebuttal expert report, that MLCC's counsel represented could not be completed by the Court's deadline. That extension was the subject of the parties' Second Joint Motion Regarding Pretrial Issues, filed on October 30, 2003. Under the circumstances, especially when there is no prejudice to MLCC, it is highly inequitable for MLCC to object to the timeliness of Ms. Miller's jury demand.

Dated:  Westport, Connecticut
        December 15, 2003

_____
Patrick W. Begos (ct19090)
BEGOS & HORGAN, LLP
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION<br><br>Defendant. | CIVIL ACTION NO.<br><br><br><br><br><br><br><br>JUNE 6, 2003 |

### NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendant MERRILL LYNCH CREDIT CORPORATION ("MLCC"), by and through its counsel, hereby removes the action entitled *Julie Dillon Ripley Miller v. Merrill Lynch Credit Corporation*, Civil No. 03-0195040-S (the "State Court Action") from the Superior Court of Connecticut, Judicial District of Stamford-Norwalk at Stamford, to this Court. This removal is based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(a). In accordance with 28 U.S.C. § 1446(a), MLCC makes the following statement of the grounds for removal:

1. Upon information and belief, plaintiff Julie Dillon Ripley Miller is an individual residing at 21 Point Road in Norwalk, Connecticut.

2. Defendant MLCC is a Delaware corporation with its principal place of business at 4802 Dear Lake Drive East, Jacksonville, Florida.

3. Therefore, complete diversity of citizenship exists between the parties.

4. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as alleged in counts one through ten of the Complaint.

5. Accordingly, this Court has original jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1332(a).

6. MLCC was served by hand delivery with copies of the initial pleadings setting forth the claims for relief upon which the action is based and received such documents on or about May 12, 2003. MLCC has not entered an appearance or filed a responsive pleading or other paper in the State Court Action.

7. This notice has been filed within 30 days from the date upon which MLCC was served in the State Court Action.

8. In accordance with 28 U.S.C. § 1446(a), copies of all papers known by MLCC to have been filed in the state court, consisting of a summons, Order for Hearing, Application for Prejudgment Remedy, and Proposed Complaint, are collectively attached hereto as Exhibit A.

9. Nothing herein constitutes a waiver of any of MLCC's rights or defenses.

10. In accordance with 28 U.S.C. § 1446(d), immediately subsequent to the filing of this Notice of Removal, written notice of such filing will be served upon counsel for Plaintiff, Begos & Horgan, LLP, and filed with the Clerk of the Court for the Connecticut Superior Court, Judicial District of Stamford-Norwalk at Stamford.

WHEREFORE, pursuant to 28 U.S.C. § 1332, 1441 and 1446, Defendant MERRILL LYNCH CREDIT CORPORATION respectfully requests that the State Court Action be removed to this Court and placed on the docket of this Court for further proceedings as though originally instituted in this Court.

Dated: June 6, 2003
      Stamford, Connecticut

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    Douglas C. Conroy, ct11555
    1055 Washington Boulevard
    Stamford, CT 06901-2217
    Telephone: (203) 961-7400
    Facsimile: (203) 359-3031
    Email: douglasconroy@paulhastings.com

Counsel for Defendant MERRILL LYNCH CREDIT CORPORATION

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2003 OCT 30  A 9:40

US DISTRICT COURT
NORTH.09.CIV.016 (RNC)(DFM)

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant and Counterclaimant. | October 29, 2003 |

## JOINT MOTION REGARDING PRE-TRIAL ISSUES

In furtherance of the efficient administration of this proceeding, the parties to this action collectively bring this Joint Motion Regarding Pre-Trial Issues (the "Joint Motion"). The parties respectfully request that the Court grant the following relief: (i) that Plaintiff be permitted to add an affirmative defense; and (ii) that the schedule for expert disclosure be revised without impacting the discovery cut-off date.

The parties are <u>not</u> seeking to extend the final discovery deadline of January 12, 2004. This is the second motion to amend the dates in the Pre-Trial Schedule, and there is good cause to grant this Joint Motion. <u>First</u>, Plaintiff is seeking to amend its Reply to Defendant's counterclaim and in the interest of efficiency, Defendant is not objecting to this amendment.

<u>Second</u>, Defendant is seeking additional time to complete non-rebuttal expert reports required by Fed. R. Civ. P. 26. The reports are currently due on November 10, 2003, and Defendant foresees that, despite reasonable diligence, additional time will be necessary. Plaintiff does not object to an extension of the time to exchange non-rebuttal expert reports, provided that the extension applies to both parties. An adjustment to the pre-trial schedule can be ordered

without impacting the discovery cut-off date. Accordingly, the parties seek to amend the pre-trial schedule as indicated below.

After reviewing the Joint Motion, and finding good cause, the Court hereby

ORDERS:

(i) Plaintiff is granted leave to amend its Reply to Defendant's Counterclaim to add the affirmative defense that the mortgage and note were unconscionable;

(ii) The schedule for expert discovery is amended as follows:

| | |
|---|---|
| Non-Rebuttal Expert Reports: | November 26, 2003 |
| Non-Rebuttal Expert Depositions: | December 10, 2003 |
| Rebuttal Expert Reports: | December 30, 2003 |
| Rebuttal Expert Depositions: | January 12, 2004 |

_____
Hon. Donna F. Martinez
United States Magistrate Judge

Dated: October 28, 2003

| | |
|---|---|
| BEGOS & HORGAN LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: /s/ Patrick W. Begos | By: /s/ Thomas P. Friedman |
| Patrick W. Begos, ct19090 | Douglas C. Conroy, ct11555 |
| 327 Riverside Avenue | Thomas P. Friedman, ct24947 |
| Westport, CT 06880 | 1055 Washington Boulevard |
| Telephone:(203) 226-9990 | Stamford, CT 06901-2217 |
| Facsimile:(203) 222-4833 | Telephone: (203) 961-7400 |
| Email: pwb@begoshorgan.com | Facsimile: (203) 359-3031 |
| Counsel for Plaintiff and Counterclaim Defendant | Email: douglasconroy@paulhastings.com |
| JULIE DILLON RIPLEY MILLER | thomasfriedman@paulhastings.com |
| | Counsel for Defendant and Counterclaimant MERRILL LYNCH CREDIT CORPORATION |

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of October, 2003, a copy of the foregoing JOINT MOTION REGARDING PRE-TRIAL ISSUES was delivered via U.S. first class mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880

_____
Thomas P. Friedman

STM/261974.1
11413.00021

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 3, 2003 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Patrick W. Begos

3

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 15, 2003 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

                                                     Patrick W. Begos