UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

JULIE DILLON RIPLEY MILLER,  :
    Plaintiff,  :
v.  : CASE NO. 3:03CV1016(RNC)
MERRILL LYNCH CREDIT CORPORATION, :
    Defendant.  :

2003 DEC 18 A 9: 10

U.S. DISTRICT COURT
HARTFORD, CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.):
Defendant's Motion to Compel Plaintiff to Provide Responses to its First Request for Production of Documents and First Set of Interrogatories [doc. 42]

So ordered.

Dated at Hartford, Connecticut this 18th day of December 2003.

Robert N. Chatigny
United States District Judge