UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DILLON RIPLEY MILLER,        :
    Plaintiff,                    :
                                  :
    v.                            :   CASE NO. 3:03CV1016(RNC)
                                  :
MERRILL LYNCH CREDIT CORP.,        :
    Defendant.                    :

FILED
2003 DEC 22 A 7:56
U.S. DISTRICT COURT
HARTFORD CT

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____ To conduct settlement conferences (orefmisc./cnf);

____ To conduct a prefiling conference (orefmisc./cnf);

____ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.):
Joint Motion Regarding Pre-Trial Issues [doc. 41]

So ordered.

Dated at Hartford, Connecticut this 19nt day of December 2003.

_____
Robert N. Chatigny
United States District Judge