UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:03CV1016 (RNC) |
| MERRILL LYNCH CREDIT CORPORATION, | : |
| Defendant. | : |

FILED
2003 DEC 22 A 7 54
U.S. DISTRICT COURT
HARTFORD CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___   To conduct settlement conferences (orefmisc./cnf);

___   To conduct a prefiling conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_   A ruling on the following pending motion (orefm.): Plaintiff's Motion to Compel [doc. 38]

---

So ordered.

Dated at Hartford, Connecticut this 21st day of December 2003.

Robert N. Chatigny
United States District Judge