UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 30  A 9:40

US DISTRICT COURT

JULIE DILLON RIPLEY MILLER,

    Plaintiff and Counterclaim
    Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

    Defendant and Counterclaimant.

NO. 3:03-CV-1016 (RNC)(DFM)

October 29, 2003

### JOINT MOTION REGARDING PRE-TRIAL ISSUES

In furtherance of the efficient administration of this proceeding, the parties to this action collectively bring this Joint Motion Regarding Pre-Trial Issues (the "Joint Motion"). The parties respectfully request that the Court grant the following relief: (i) that Plaintiff be permitted to add an affirmative defense; and (ii) that the schedule for expert disclosure be revised without impacting the discovery cut-off date.

The parties are <u>not</u> seeking to extend the final discovery deadline of January 12, 2004. This is the second motion to amend the dates in the Pre-Trial Schedule, and there is good cause to grant this Joint Motion. <u>First</u>, Plaintiff is seeking to amend its Reply to Defendant's counterclaim and in the interest of efficiency, Defendant is not objecting to this amendment.

<u>Second</u>, Defendant is seeking additional time to complete non-rebuttal expert reports required by Fed. R. Civ. P. 26. The reports are currently due on November 10, 2003, and Defendant foresees that, despite reasonable diligence, additional time will be necessary. Plaintiff does not object to an extension of the time to exchange non-rebuttal expert reports, provided that the extension applies to both parties. An adjustment to the pre-trial schedule can be ordered

[handwritten margin note:] The plaintiff's request to amend its Reply to the defendant's counterclaim is GRANTED. The plaintiff shall file an amended reply forthwith. The defendant's request for additional time to complete non-rebuttal expert reports is DENIED as moot in light of the parties' subsequently filed Joint Motion Regarding Pretrial Issues. (doc. #41) and the undersigned's ruling thereon on this date. SO ORDERED.

Donna F. Martinez, U.S.M.J.  12/22/03