03cv1016 ment

UNITED STATES DISTRICT COURT     FILED
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                    :     2003 DEC 12  A 10: 28

                    Plaintiff,                 :     Case No.03-CV-1016 (RNC)(DFM)
                                                     US DISTRICT COURT
                                                     HARTFORD CT
        – against –                            :     December 11, 2003

MERRILL LYNCH CREDIT CORPORATION,              :

                    Defendant.                 :
---------------------------------------------------------x

## JOINT MOTION REGARDING PRE-TRIAL ISSUES

In furtherance of the efficient administration of this proceeding, the parties to this action together bring this Joint Motion Regarding Pre-Trial Issues (the "Joint Motion"). The parties respectfully request that the Court grant the following relief: (i) that the schedule for expert disclosure be revised; and (ii) that the discovery cut-off date be extended.

This is the third motion to amend the dates in the pre-trial schedule, but the first motion hg to extend the discovery cut-off. The first and second motions sought only to extend the ines for expert discovery. As of the date of this motion, the parties have diligently pursued and nged discovery, including the following: (i) both parties have propounded, and responded to, ment requests and interrogatories; (ii) depositions of the parties and various non-party witnesses been commenced and/or completed; (iii) both parties have produced "non-rebuttal" expert

The parties submit that, for the following reasons, there is good cause to grant this motion.

GRANTED. All discovery, including discovery relating to expert witnesses, shall be completed (not propounded) by 3/15/04. The schedule for expert discovery is amended as follows: non-rebuttal expert depositions shall be completed by 12/24/03; rebuttal expert reports shall be disclosed by 1/12/04; and rebuttal expert depositions shall be completed by 2/12/04. SO ORDERED.

Donna F. Martinez, U.S.M.J.
12/22/03

2003 DEC 22  P 4: 04
U.S. DISTRICT COURT
HARTFORD, C