*Held.*
*15 minutes*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Prefiling Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 22, 2003

11:00 a.m.

CASE NO. **3:03CV1016 (RNC)**   **Miller v. Merrill Lynch**

COUNSEL OF RECORD:

✓ Patrick Walter Begos            Begos & Horgan
                                  327 Riverside Ave.
                                  Westport, CT 06880
                                  203-226-9990
                                  pwb@begoshorgan.com

Douglas C. Conroy                 Paul, Hastings, Janofsky &
                                  Walker
                                  1055 Washington Blvd., 9Th Floor
                                  Stamford, CT 06901
                                  203-961-7400
                                  douglasconroy@paulhastings.com

✓ Thomas P. Friedman              Paul, Hastings, Janofsky & Walker
                                  1055 Washington Blvd., 9Th Floor
                                  Stamford, CT 06901
                                  203-961-7400
                                  thomasfriedman@paulhastings.com


* Please note-Atty. Thomas Friedman will initiate the conf.
  Call to chambers.




                                            BY ORDER OF THE COURT
                                            KEVIN F. ROWE, CLERK