UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 29 P 3: 2○

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, <br><br> Plaintiff and Counterclaim Defendant, <br><br> - against - <br><br> MERRILL LYNCH CREDIT CORPORATION, <br><br> Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM) <br><br><br><br><br> December 29, 2003 |

### AFFIDAVIT OF THOMAS P. FRIEDMAN
### IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

In accordance with Rule 37 of the Local Civil Rules of the District of Connecticut, Thomas P. Friedman hereby certifies as follows:

1. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker, LLP, counsel of record for Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC") in the above-captioned action.

2. I have worked on discovery matters for Defendant and am personally familiar with the efforts of both parties to obtain discovery in this matter.

3. Plaintiff has noticed four former employees of MLCC for deposition in Florida. (Attached hereto as Exhibit 1). She has also served MLCC with a notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6), and insists that any depositions in connection with this notice occur in Connecticut. The 30(b)(6) notice is attached as Exhibit D to the Declaration of Patrick Begos in support of Plaintiff's Motion to Compel.

4.      Plaintiff has retained no less than four purported experts -- one for loan underwriting, two for the financial aspects of this case and a handwriting analyst. She has noticed four depositions in Florida, as well as a non-party deposition of the closing agent in Connecticut, and opted to begin her deposition of non-party Jay Falini in Philadelphia. She has also failed to conclude her deposition of Defendant's sole non-rebuttal expert witness, Mr. Gold, an expert appraiser, in one day, creating additional expense for both parties. MLCC has also been accommodating with regard to the location of depositions by producing for deposition in Connecticut an MLCC employee, Mr. Avery, who lives and works in New Jersey.

5.      Although the identity of MLCC's 30(b)(6) deponent(s) have not yet been determined, if multiple witnesses are required, they will all be residents of Florida, who live and work in the Jacksonville, Florida area, where MLCC is headquartered. Moreover, of those persons being considered, none make regular trips to Connecticut. Patrick Begos, counsel for Plaintiff, has stated that he "expects" that MLCC's 30(b)(6) witness will be a high level executive of MLCC. Accordingly, the travel time of high level MLCC executives associated with the 30(b)(6) deposition(s) will necessarily interrupt the daily operations of MLCC's business. Although part of a larger corporate entity, MLCC has limited high level executives who are needed for its daily operations.

6.      A review of the record establishes that Plaintiff has never formally requested that MLCC produce its underwriting guidelines. Moreover, when Mr. Begos sent the confidentiality order, I specifically stated during our phone conference that it was without prejudice to MLCC's positions with respect to the disputed discovery. Among other reasons for this position, no request for production had been propounded.

7.  MLCC asked that Plaintiff be more specific with regard to Interrogatory No. 8, but Mr. Begos declined to do so.

DATED: December 29, 2003.

_____
Thomas P. Friedman

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of December, 2003, a copy of the foregoing AFFIDAVIT OF THOMAS P. FRIEDMAN IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL was delivered via first class U.S. mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880

_____
Thomas P. Friedman

STM/265691.1
11413.00021

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,

        Plaintiff,

    – against –

MERRILL LYNCH CREDIT CORPORATION,

        Defendant.
------------------------------------------------------------x

Case No. 03-CV-1016 (RNC)(DFM)

December 11, 2003

## NOTICE OF DEPOSITION

COUNSEL:

    PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30 and 45, the undersigned attorneys for plaintiff will take the deposition of the non-party witnesses set forth below, before an officer authorized to administer oaths, at Henderson Keasler Law Firm, 4309 Pablo Oaks Court, Suite Five, Jacksonville, Florida, on the dates and times set forth below. The testimony will be recorded by stenographic means. You are invited to attend and examine the witnesses.

1. Harvey L. Rosenblum, on January 14, 2004, at 9:30 a.m.
2. Andrew M. Jones, on January 15, 2004, at 9:30 a.m.
3. Robert J. Smith, on January 16, 2004, at 9:30 a.m.
4. Michael A. Johnston, on January 16, 2004, at 1:00 p.m.

    PLEASE TAKE FURTHER NOTICE that, pursuant to a subpoena to be served upon the witness, he will be directed to produce at his deposition the documents identified in Schedule A, annexed hereto.

BEGOS & HORGAN, LLP

By: /s/ Patrick W. Begos
    Patrick W. Begos (ct19090)
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)

## SCHEDULE A

1. All documents referring or relating to Julie Dillon Ripley Miller.

2. All documents referring or relating to the Merrill Lynch Credit Corp.'s guidelines or rules pertaining to underwriting and/or lending

3. All documents referring or relating to Jay Falini.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 11, 2003 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Patrick W. Begos