UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

**FILED**

2004 JAN 16  A 10: 46

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,             :
                                        :   Case No. 3:03CV1016(RNC)
        Plaintiff,                      :
                                        :
        – against –                     :   January 15, 2004
                                        :
MERRILL LYNCH CREDIT CORPORATION,       :
                                        :
        Defendant.                      :
------------------------------------------------------------x

**DECLARATION OF CHRISTOPHER G. BROWN IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR EXTENSION OF TIME TO FILE A JURY DEMAND**

CHRISTOPHER G. BROWN declares the following to be true under penalty of perjury:

1. I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in support of plaintiff's cross-motion for extension of time to file a jury demand.

2. This action was commenced in state court, and removed to this court by defendant, Merrill Lynch Credit Corp. ("MLCC"). At the time of removal, the only paper that had been filed in state court was Ms. Miller's application for prejudgment remedy. It was my recollection that, when MLCC's counsel served the removal papers on us, there was included in those papers a document or statement that indicated MLCC had demanded a trial by jury.

Dated:   Westport, Connecticut
         January 15, 2004

                                        *[signature]*
                                        Christopher G. Brown
                                        BEGOS & HORGAN, LLP
                                        Attorneys for Plaintiff
                                        327 Riverside Avenue
                                        Westport, CT 06880
                                        (203) 226-9990
                                        (203) 222-4833 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on January 15, 2004 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Patrick W. Begos