UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

FILED

2004 JAN 16  A 10: 46

U.S. DISTRICT COURT
HARTFORD, CT.

----------------------------------------------------------------x

JULIE DILLON RIPLEY MILLER,                  :

          Plaintiff,                            :       Case No. 3:03CV01016 (CFD)(FM)

          -- against --                        :       January 15, 2004

MERRILL LYNCH CREDIT CORPORATION,            :

          Defendant.                           :

----------------------------------------------------------------x

### REPLY DECLARATION OF PATRICK W. BEGOS IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR EXTENSION OF TIME TO FILE A JURY DEMAND

PATRICK W. BEGOS declares the following to be true under penalty of perjury:

1.     I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in support of plaintiff's cross-motion for extension of time to file a jury demand.

2.     MLCC's deposition of Ms. Miller has not been concluded, and no continuation of the deposition has been scheduled.   If MLCC desires to videotape the continuation of that deposition, it still has the opportunity to do so.

3.     MLCC's deposition of Richard Homberger, plaintiff's loan expert, began on December 17, 2003, over a month after Ms. Miller served her jury demand, and after Ms. Miller served the instant cross-motion. Thus, MLCC's counsel chose not to videotape that deposition despite knowing that plaintiff sought a trial by jury. Moreover, that deposition has not been concluded, so MLCC has the opportunity to videotape that continuation, if it desires.

4.     Both the depositions of Ms. Miller and Mr. Homberger were conducted by Douglas Conroy, not Thomas Friedman. Mr. Friedman does not claim that the decision about the method of

recording the testimony at these depositions was his; indeed, Mr. Friedman has repeatedly advised

me, when we have discussed procedural or other issues, that the ultimate decision would have to be

made by Mr. Conroy.

Dated:     Westport, Connecticut
            January 15, 2004

Patrick W. Begos (ct19090)
BEGOS & HORGAN, LLP
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on January 15, 2004 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Patrick W. Begos