CT/cvmhrg (January 10, 2002)

HONORABLE **D. F. Martinez**

TOTAL TIME: **1** hours **31** minutes  DEPUTY CLERK **R. K. Wood**  RPTR/(ERO)/TAPE **S. Bondel**

DATE **1/20/04**  START TIME **2:19 p.m.**  END TIME **3:50 p.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Miller**

vs.

**Merrill Lynch**

CIVIL NO. **3:03CV1016 (RNC)**

**P. Begos**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**T. Friedman**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☑ ... #38   Motion **to compel**   ☐ granted ☐ denied ☑ advisement
☑ ... #42   Motion **to compel**   ☐ granted ☐ denied ☑ advisement
☐ ... #___  Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ... #___  Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ... #___  Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ... #___  Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ... #___  Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ...       Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...       Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...       Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...       Oral Motion _____    ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ filed ☐ docketed (×10)

_____ Hearing continued until _____ at _____