FILED
2004 MAR -8 P 12: 24
U.S. DISTRICT COURT
HARTFORD, CT.

FILED
2004 MAR 17 A 10: 20
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DILLON RIPLEY MILLER,

    Plaintiff and Counterclaim Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

    Defendant and Counterclaimant.

NO. 3:03-CV-1016 (JCH)(DFM)

March 5, 2004

## JOINT MOTION TO AMEND PRE-TRIAL SCHEDULE

**Whereas** the parties to this action diligently have conducted discovery in good faith, and have sought to complete discovery by the deadline of March 15, 2004, including nineteen depositions since the inception of this action;

**Whereas** the parties have filed three previous motions to amend the pre-trial schedule. The first two motions sought extensions only of certain intermediate pre-trial deadlines, without extending the discovery cut-off date. The third motion, filed December 11, 2003 sought an extension of the discovery cut-off to either February 13, 2004 (as requested by defendant) or thirty days after the Court ruled on plaintiff's December 3, 2003 motion to compel (as requested by plaintiff). By order dated December 22, 2003, the Court extended the discovery cutoff to March 15, 2004.

**Whereas** certain bona fide discovery disputes have delayed the discovery process, resulting in the filing of a motion to compel by each party ("Motions to Compel") which were argued before this Court on January 20, 2004 and remain sub judice;

**Whereas** the parties agree that discovery cannot be completed prior to the Court's rulings on the parties' Motions to Compel;

**Whereas** the parties each have depositions to conduct that they believe in good faith are material to the proper adjudication of this action and cannot be completed by March 15, 2004 despite the best efforts of counsel, including the Plaintiff's deposition, which has been recessed pending the Court's ruling on Defendant's Motion to Compel the production of additional documents;

**Accordingly**, the parties respectfully request that the Court extend the discovery cut-off date until April 30, 2004 as well as corresponding pre-trial dates for an equivalent period of six weeks pursuant to Fed. R. Civ. Proc. 6(b) and Local Civil Rule 9(b).

After reviewing the Joint Motion, and finding good cause, the Court hereby ORDERS:

(i) That the Discovery Cut-Off is extended from March 15, 2004 to April 30, 2004;

(ii) That the Joint Trial Memoranda will be filed by May 31, 2004;

(iii) That the case be placed on the Trial Ready List for June, 2004.

Hon. Donna F. Martinez
United States Magistrate Judge

Dated: March 4, 2004

| | |
|---|---|
| BEGOS & HORGAN LLP<br><br>By: /s/ _____<br>Patrick W. Begos, ct19090<br>Christopher G. Brown, ct 18216<br>327 Riverside Avenue<br>Westport, CT  06880<br>Telephone:(203) 226-9990<br>Facsimile:(203) 222-4833<br>Email:  pwb@begoshorgan.com<br>          cgb@begoshorgan.com<br>Counsel for Plaintiff and Counterclaim Defendant<br>JULIE DILLON RIPLEY MILLER | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>By: /s/ Thomas P. Friedman 3/5/04<br>Douglas C. Conroy, ct11555<br>Thomas P. Friedman, ct24947<br>1055 Washington Boulevard<br>Stamford, CT  06901-2217<br>Telephone:  (203) 961-7400<br>Facsimile:  (203) 359-3031<br>Email:  douglasconroy@paulhastings.com<br>          thomasfriedman@paulhastings.com<br>Counsel for Defendant and Counterclaimant<br>MERRILL LYNCH CREDIT CORPORATION |

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of March 2004, a copy of the foregoing JOINT MOTION TO AMEND PRE-TRIAL SCHEDULE was delivered via U.S. first class mail to:

Patrick W. Begos, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

_____
Thomas P. Friedman

STM/269681.1
11413.00021