UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>                    Plaintiff,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>                    Defendant and<br>                    Counterclaimant. | CIVIL ACTION NO. 3:03-CV-1016 (RNC)<br><br>NOTICE OF APPEARANCE<br><br>March 19, 2004 |

The undersigned, BRYAN CAVE LLP, hereby appears as co-counsel for defendant Merrill Lynch Credit Corporation in the captioned action and requests that copies of all pleadings and other papers served and/or filed in said action be served upon the undersigned at the address: Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104, Attention: Dennis C. Fleischmann, Esq.

Dated: New York, New York
       March 16, 2004

BRYAN CAVE LLP

By /s/ Dennis C. Fleischmann
Dennis C. Fleischmann, ct11013

1290 Avenue of the Americas
New York, New York 10104
212-541-2000

*Attorneys for Defendant Merrill Lynch Credit Corporation, Inc.*

TO: Begos & Horgan LLP
327 RIVERSIDE AVENUE

WESTPORT, CT 06880

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of March, 2004, a copy of the foregoing NOTICE OF APPEARANCE for BRYAN CAVE LLP was delivered via U.S. first class mail to:

>Patrick W. Begos, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880

_____
Thomas P. Friedman