03CV1016 Stip

40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 20 P 1: 26

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant and Counterclaimant. | NO. 3:03-CV-1006(RNC)(DFM)<br>HARTFORD CT<br><br>PJR Referred to Magistrate Judge<br>Donna F. Martinez<br><br>November 19, 2003 |

SO ORDERED. /s/ 3/24/04

## STIPULATION AND CONSENT ORDER TO RESOLVE PLAINTIFF'S MOTION FOR PREJUDGMENT REMEDY

WHEREAS, Plaintiff has filed a Motion for Prejudgment Remedy ("Motion"), which seeks to attach $7,000,000 in Merrill Lynch Credit Corporation ("MLCC") assets; and

WHEREAS, the Court has scheduled hearing dates on November 20 and 21 in furtherance of the disposition of the Motion; and

WHEREAS, in order to resolve the issues raised in the Motion without the need for any additional burden on the Court or the parties, the parties have agreed that the posting of security as specified herein, in the total amount of approximately $6,400,000, shall be given, and accepted, in lieu of the relief sought by Plaintiff in the Motion and pursuant to the terms and conditions of this Stipulation and Consent Order ("Stipulation and Consent Order").

WHEREAS, an account numbered 5AX-12860 for "MS. JULIE D.R. MILLER F/B/O MLCC AN/OR ASSIGNS" (the "Account") is maintained at Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"), which Account contains funds in an amount of approximately $4,870,000 as of October 31, 2003 (the "Funds"). Among other issues, ownership of the Funds in the Account is at issue in this litigation.

WHEREAS, the parties have agreed that MLPF&S shall not permit the transfer or withdrawal of the Funds from the Account pending further order of this Court, a final judgment disposing of the claims in this litigation, or written agreement of the parties.

WHEREAS, the parties have further agreed that MLCC will also post a bond for $1,600,000.

NOW, THEREFORE, upon the consent of undersigned counsel for all parties to this action, IT IS HEREBY ORDERED:

1. **The Account.**

    (i)    MLCC shall direct MLPF&S to retain the Funds in the Account, as presently invested, and to not make or allow any withdrawals or transfers of the Funds, or any portion or proceeds thereof, pending further order of this Court, a final judgment disposing of the claims in this litigation, or written agreement of the parties. A copy of the October 2003 Account statement is attached hereto as Exhibit A.

    (ii)   MLCC shall also direct MLPF&S to make payment of the Funds, and any proceeds thereof, to such party as may be ordered by this Court or by written agreement of the parties.

    (iii)  MLCC will provide MLPF&S with a copy of this Stipulation and Consent Order, and shall direct MLPF&S to provide counsel for the parties with a written acknowledgement of its receipt of this Stipulation and Consent Order, and its agreement to abide by MLCC's directions as set forth herein. If MLPF&S fails to provide said written acknowledgment to counsel for the parties within twenty days upon the Court's approval of this Stipulation and Consent Order, or if MLPF&S subsequently fails or refuses to follow MLCC's directions as set forth herein, either party may seek additional relief from this Court.

2. **The Bond.**

(i) MLCC shall post a bond in the amount of $1,600,000 to ensure that, should Plaintiff obtain a final judgment on her claims, sufficient funds in addition to the Funds in the Account will be available to satisfy such judgment. Said bond will be issued in substantial conformity with C.G.S.A. 52-308 and shall be posted within thirty days of the Court's approval of this Stipulation and Consent Order.

(ii) Said bond shall be maintained by MLCC pending further order of the Court, a final judgment disposing of the claims in this litigation, or written agreement of the parties.

3. The parties further agree that this Stipulation and Consent Order is entered into solely to expedite the disposition of this action, and that neither party admits any wrongdoing or the truth of any allegations by entering into this Stipulation and Consent Order. It is further agreed that this Stipulation is not intended to prejudice the rights or claims of the parties as to any proceedings in this matter, including but not limited to, trial and appeals in this matter.

4. This Stipulation and Consent Order shall constitute the resolution of Plaintiff's Motion. Accordingly, the hearings scheduled on the Motion (November 20 and 21, 2003) shall be removed from the Court's calendar, and the Superseding Scheduling Order dated September 29, 2003, shall be withdrawn.

5. The parties hereby consent to the entry of this Stipulation and Consent Order by Magistrate Judge Donna F. Martinez, and to its acceptance, if necessary, by Judge Robert N. Chatigny.

Hon. Donna F. Martinez<br>
United States Magistrate Judge

3