UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2... ...24 P 4: 54

| JULIE DILLON RIPLEY MILLER, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:03-CV-1016 (RNC) |
| - against - | ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER |
| MERRILL LYNCH CREDIT CORPORATION, | |
| Defendant and Counterclaimant. | March 19, 2004 |

Upon the annexed Affidavit of Donald J. McEnerney, Vice-President of Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC") sworn to March 16, 2004, with its exhibits; and upon all other papers and proceedings heretofore had herein;

IT IS HEREBY ORDERED that Plaintiff Julie Dillon Ripley Miller ("Miller") appear before this Court, the United States District Court for the District of Connecticut, in Case Courtroom _at 450 Main Street, Hartford_ ~~located at 144 Church Street, New Haven~~, Connecticut, on ~~March~~ _May 6, 20, 21, 25_, 2004, at _10:00_ a.m., and then and there show cause why an order should not be entered:

(i) pursuant to Fed. R. Civ. P. 64 and CONN. GEN. STAT. ANN. § 52-279, attaching the assets and property of Miller, as particularly detailed in the accompanying Application for Prejudgment Remedy, sufficient to secure the sum of $8,680,233.57; and

(ii) for such other and further relief as this Court deems just and proper; and

IT IS FURTHER ORDERED that, pending the hearing of the within application for a prejudgment order of attachment, Miller, her agents, representatives, attorneys, successors, assigns and all other persons or entities acting on behalf of or in concert with Miller or in possession, custody or control of Miller's property, are hereby temporarily restrained and enjoined from transferring, disposing or encumbering the real property together with the

C048519/0175359Error! AutoText entry not defined.1133727.1

-2-

improvements thereon located at 21 Point Road or the Funds maintained by Merrill Lynch Pierce Fenner & Smith, Incorporated in account number 5AX-12860; and

IT IS FURTHER ORDERED, that service of a copy of this Order, together with the papers upon which it is granted, by Federal Express courier service on Miller's attorneys in this matter, Begos & Horgan LLP, 327 Riverside Avenue, Westport, Connecticut 06880, on or before March 30, 2004, shall be deemed good and sufficient service; and

IT IS FURTHER ORDERED, that answering papers, if any, shall be served so as to be received by Paul, Hastings, Janofsky & Walker, LLP, 1055 Washington Boulevard, Stamford, CT 06901, Attention: Douglas C. Conroy, Esq. and Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104, Attention: Dennis Fleischmann, Esq. on or before April 12, 2004.

Dated: March 24, 2004

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of March, 2004, a copy of the foregoing ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER was delivered via U.S. first class mail to:

>Patrick W. Begos, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880

_____
Thomas P. Friedman