UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 27  P 5: 23
U.S. DISTRICT COURT
HARTFORD

JULIE DILLON RIPLEY MILLER, :
        Plaintiff, :
v. : CASE NO. 3:03CV1016(RNC)
  :
MERRILL LYNCH CREDIT CORP. :
        Defendant. :

SCHEDULING ORDER

After a status conference held on **March 24, 2004**, it is hereby ORDERED that:

1. A hearing on the petitioner's motion for prejudgment remedy shall be held on **May 6, 2004, 10:00 a.m. to 5:00 p.m. and May 20, 2004, 10:00 a.m. to 5:00 p.m. and May 21, 2004, 9:30 a.m. to 12:00 noon and May 25, 2004, 10:00 a.m. to 5:00 p.m.**.

2. Prior to **March 15, 2004,** counsel for the parties shall confer in an attempt to arrive at stipulations of fact and to agree on exhibits that may be introduced without objection at the hearing.

3. By **March 22, 2004,** each party shall file a memorandum of law. In addition to setting forth its version of the facts and the legal argument in support of its position, each party shall include in its memorandum a list of witnesses who will testify at the hearing and a brief description of each witness's testimony.

4.   Also by **March 22, 2004,** the parties shall file the stipulation of all facts not in dispute.

5.   Also by **March 22, 2004,** each party shall file a list of exhibits that will be introduced at the hearing. The list shall note whether the parties agree that a particular exhibit should be admitted as evidence without objection at the hearing. The exhibit list shall denote the exhibit number and a brief description of the exhibit. Prior to the beginning of the hearing, each party shall deliver to the courtroom deputy clerk a copy of the exhibit list, shall premark its exhibits, and shall deliver its premarked exhibits to the courtroom deputy clerk. Exhibit stickers are available from the courtroom deputy clerk. All exhibits shall be marked numerically and say "Plaintiff" or "Defendant". If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1). If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit (e.g., Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5) Each party shall prepare <u>three</u> courtesy copies of its documentary exhibits for the court's use during the hearing. The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number. All copies shall be stamped "copy" to distinguish them from the original exhibit. The "copy" stamp shall be in a color other

than black to show that the word "copy" is not part of the exhibit itself.

SO ORDERED.

Dated at Hartford, Connecticut this 27th day of March, 2004.

_____
Donna F. Martinez
United States Magistrate Judge