UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

---------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                :
                                           :   Case No. 3:03CV1016 (RNC) (DFM)
        Plaintiff,                         :
                                           :
        – against –                        :   April 1, 2004
                                           :
MERRILL LYNCH CREDIT CORPORATION,          :
                                           :
        Defendant.                         :
---------------------------------------------------------------x

### PLAINTIFF'S MOTION TO COMPEL

Upon the Declaration of Patrick W. Begos, and all prior papers and proceedings in this action, plaintiff, Julie Dillon Ripley Miller, hereby moves the Court for an order, pursuant to Fed. R. Civ. P. 37 and Local Rule 37, compelling defendant, Merrill Lynch Credit Corporation ("MLCC"), to comply with Plaintiff's Second and Third Requests for Production of Documents, and for such other relief as the Court deems fair.

Dated:   Westport, Connecticut
         April 1, 2004

                                              BEGOS & HORGAN, LLP

                                              By: _____
                                                  Patrick W. Begos (ct19090)
                                              Attorneys for Plaintiff
                                              327 Riverside Avenue
                                              Westport, CT 06880
                                              (203) 226-9990
                                              (203) 222-4833 (fax)

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on April 1, 2004 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

                                                  Patrick W. Begos