UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

---------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                :
                                           :   Case No. 3:03CV1016 (RNC) (DFM)
           Plaintiff,                      :
                                           :
      – against –                          :   April 1, 2004
                                           :
MERRILL LYNCH CREDIT CORPORATION,          :
                                           :
           Defendant.                      :
---------------------------------------------------------------x

### DECLARATION OF PATRICK W. BEGOS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

PATRICK W. BEGOS declares the following to be true under penalty of perjury:

1. I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in support of Ms. Miller's motion to compel defendant, Merrill Lynch Credit Corporation ("MLCC"), to comply with Plaintiff's Second and Third Requests for Production of Documents.

2. Prior to making this motion, I attempted, in good faith, th resolve by agreement the issues raised in this motion without the intervention of the Court. Specifically, both parties have exchanged correspondence setting forth our respective positions on each of these issues (*see* Exhibits D, E and F). Despite these efforts, we have been unable to arrive at a mutually satisfactory resolution.

3. Annexed hereto as Exhibit A is a true copy of Plaintiff's Second Request for Production of Documents, dated February 11, 2004 ("Second Request").

4. Annexed hereto as Exhibit B is a true copy of Plaintiff's Third Request for Production of Documents, dated February 13, 2004 ("Third Request").

5. Annexed hereto as Exhibit C is a true copy of Defendant's Responses and Objections to Plaintiff's Second and Third Requests for Production of Documents, dated March 10, 2004 ("Responses").

6. Annexed hereto as Exhibit D is a true copy of my March 12, 2004 letter to Thomas Friedman, attempting to resolve the objections made by MLCC to the Second and Third Requests.

7. Annexed hereto as Exhibit E is a true copy of Thomas Friedman's March 15, 2004 letter in response to my March 12 letter

8. Annexed hereto as Exhibit F is a true copy of my March 15, 2004 response to Thomas Friedman's March 15, 2004 letter.

9. Annexed hereto as Exhibits G, H, I, J and K are true copies of the transcripts of the depositions of Tara Stewart, Donald McEnerney, Andrew Jones, Robert Smith and Harvey Rosenblum.

10. Annexed hereto as Exhibit L is a true copy of Thomas Friedman's January 29, 2004 letter to me, with an excerpt of the documents enclosed.

11. Annexed hereto as Exhibit M is a true copy of an email produced by MLCC with Bates Nos. MLCC 142-146.

12. Annexed hereto as Exhibit N are true copies of a selection of emails produced by MLPF&S pursuant to subpoena.

Dated:   Westport, Connecticut
         December 3, 2003

_____
Patrick W. Begos (ct19090)
BEGOS & HORGAN, LLP
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)

2

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 3, 2003 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

                                                               _____
                                                                Patrick W. Begos