UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JULIE DILLON RIPLEY MILLER,  :
    Plaintiff,  :
    v.  :  CASE NO. 3:03CV1016 (RNC)
MERRILL LYNCH CREDIT CORP.,  :
    Defendant.  :

2004 APR -5 A 11: 44
U.S. DISTRICT COURT
HARTFORD, CT.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.):
Plaintiff's Motion to Compel Plaintiff [doc. 76]

So ordered.

Dated at Hartford, Connecticut this 5 day of April 2004.

Robert N. Chatigny
United States District Judge