UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

FILED
2004 APR 23  A 10: 53
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,           :
                                       :   Case No. 3:03CV1016(RNC)(DFM)
         Plaintiff,                    :
                                       :   April 22, 2004
         – against –                   :
                                       :
MERRILL LYNCH CREDIT CORPORATION,      :
                                       :
         Defendant.                    :
---------------------------------------------------------------x

**PLAINTIFF'S DISCLOSURE OF EXHIBITS FOR PJR HEARING**

Pursuant to the Court's Scheduling Order, plaintiff, Julie Dillon Ripley Miller, discloses that she intends to introduce the following exhibits at the hearing on this matter.

As of this date, counsel for defendant has not advised whether it objects to any of these exhibits.

**Exhibit**

1. August 1997 PaineWebber account statement
2. http://www.mlcc.com/public/products/licensinginfo.asp
3. January 1998 MLPFS monthly statement
4. Mortgage Application (MLCC 6)
5. September 29, 1999 note from Falini (MLCC 7)
6. DOCCTL Notes (MLCC 8)
7. Underwriting Worksheet (MLCC 10)
8. 1995 tax return (MLCC 11)
9. 1996 tax return (MLCC 12)
10. 1997 tax return (MLCC 13)
11. 1998 tax return (MLCC 14)
12. Source of funds worksheet (MLCC 15)
13. November 1999 monthly statement (MLCC 16)

14. December 1999 monthly statement (MLCC 18)
15. Approval Summary (MLCC 20)
16. October 28, 1999 appraisal (MLCC 29)
17. May 15, 2001 appraisal (MLCC 31)
18. http://mlcc.ml.com/public/products/AboutMLCC (MLCC 34)
19. Pledge Agreement (MLCC 36)
20. April 2002 monthly statement (MLCC 54)
21. May 2002 monthly statement (MLCC 55)
22. June 2002 monthly statement (MLCC 56)
23. February 2003 monthly statement (MLCC 61)
24. November 17, 1999 commitment letter (MLCC 64)
25. December 7, 1999 adjustable rate note (MLCC 67)
26. Color copy of power of attorney as recorded
27. Copy of version of power of attorney (MLCC 69)
28. Copy of version of power of attorney (MLCC 70)
29. December 2, 1999 fax from Falini to Huben (MLCC 71)
30. December 2, 1999 fax from Falini to Huben (MLCC 72)
31. Referral fee statement (MLCC 81)
32. Emails between MLCC and MLPFS (MLCC 82)
33. Marc Seifer expert report
34. Dennis Ryan expert report
35. Ralph DePanfilis expert report

BEGOS & HORGAN, LLP

By: _____
Patrick W. Begos (ct19090)
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on April 22, 2004 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Patrick W. Begos