UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>                     Plaintiff<br><br>    - against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>               Defendant and<br>               Counterclaimant. | CIVIL ACTION NO. 3:03-CV-1016 (RNC)<br><br>April 22, 2004 |

## NOTICE OF POSTING SURETY BOND BY DEFENDANT

Pursuant to the terms of the Court's Order dated March 24, 2004, approving the Stipulation and Consent Order to Resolve Plaintiff's Motion for Prejudgment Remedy dated November 19, 2003, Defendant and Counterclaimant Merrill Lynch Credit Corporation respectfully submits this Notice of Posting Surety Bond along with the enclosed Surety Bond in the amount of One Million Six Hundred Thousand Dollars, which shall be held by the Deputy in Charge of the United States District Court in Hartford, District of Connecticut. The Surety Bond shall be held without prejudice to either party pending further Order of the Court, a final judgment or written agreement of the parties.

Dated:    Stamford, Connecticut
              April 22, 2004

                                      PAUL, HASTINGS, JANOFSKY &
                                      WALKER, LLP

                                      By: _____
                                      Douglas C. Conroy, ct11555
                                      Thomas P. Friedman, ct24947
                                      1055 Washington Boulevard
                                      Stamford, CT 06901-2217
                                      (203) 961-7400

BRYAN CAVE LLP

Dennis C. Fleischmann, ct11013
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of April 2004, a copy of the foregoing NOTICE OF POSTING SURETY BOND BY DEFENDANT and Accompanying SURETY BOND was delivered via U.S. first class mail to:

>Patrick W. Begos, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880
>
>Dennis C. Fleischmann, Esq.
>Bryan Cave LLP
>1290 Avenue of the Americas
>New York, New York 10104

_____
Thomas P. Friedman