UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26  A 10: 29
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM)<br><br><br><br><br><br>April 23, 2004 |

**DEFENDANT'S MOTION TO AMEND THE SCHEDULE APPLICABLE TO DEFENDANT'S APPLICATION FOR PREJUDGMENT REMEDY**

In furtherance of the efficient administration of this proceeding, Defendant brings this Motion to Amend the Schedule Applicable to Defendant's Application for Prejudgment Remedy (the "Motion to Amend"). Plaintiff consents to the granting of this Motion.

This is the first motion to amend the schedule applicable to Defendant's application for prejudgment remedy. Importantly, Defendant is not seeking to extend the dates set by the Court for adjudication of Defendant's Application for Prejudgment Remedy ("Defendant's Application") -- May 6, 20, 21 and 25, 2004. Rather, for the following reasons, there is good cause to extend certain pre-hearing dates which will not impact the aforementioned hearing dates.

First, the parties are currently seeking to negotiate a Stipulation which would eliminate the need for any hearing on Defendant's Application for Prejudgment Remedy. These discussions are continuing and, if successful, will result in a more expeditious resolution of

Defendant's Application than a hearing on the merits. Defendant is still encouraged that such a Stipulation may be possible.

Second, should the parties fail to negotiate a Stipulation to eliminate the need for a hearing on the merits, Defendant requests additional time for the parties to stipulate to as many facts and exhibits as possible and the parties believe that additional time is necessary to meet and confer in good faith in this regard.

After reviewing this Motion, and finding good cause, the Court hereby ORDERS:

(i) A fifteen-day extension for the parties to meet and confer in an attempt to arrive at stipulations of fact and to agree on exhibits that may be introduced without objection;

(ii) A fifteen-day extension for the parties to file their respective memoranda of law, stipulations of facts not in dispute, and list of exhibits that may be introduced without objection;

(iii) The Amended Scheduling Order Dated April 2, 2004 shall otherwise remain unchanged.

                                              Hon. Donna F. Martinez
                                              United States Magistrate Judge

Dated: April 23, 2004

                                                PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _/s/ Thomas P. Friedman_
Douglas C. Conroy, ct11555
Thomas P. Friedman, ct24947
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
       thomasfriedman@paulhastings.com

Dennis C. Fleischmann, ct11013
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of April, 2003, a copy of the foregoing Defendant's Motion To Amend The Schedule Applicable To Defendant's Application For Prejudgment Remedy was delivered via U.S. first class mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880
>
> Dennis C. Fleischmann, Esq.
> Bryan Cave LLP
> 1290 Avenue of the Americas
> New York, New York 10104

_____
Thomas P. Friedman

STM/272785.1
11413.00021