UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | NO. 3:03-CV-1016 (RNC)(DFM) |
| Plaintiff and Counterclaim Defendant, | |
| - against - | |
| MERRILL LYNCH CREDIT CORPORATION, | April 23, 2004 |
| Defendant and Counterclaimant. | |

## JOINT MOTION TO AMEND PRE-TRIAL SCHEDULE

**Whereas,** the parties to this action diligently have conducted discovery in good faith, and had sought to complete discovery by the original deadline of March 15, 2004, since extended to April 30, 2004 including twenty depositions since the inception of this action;

**Whereas,** the parties have filed four previous motions to amend the pre-trial schedule. The first two motions sought extensions only of certain intermediate pre-trial deadlines, without extending the discovery cut-off date. The third motion, filed December 11, 2003 sought an extension of the discovery cut-off to either February 13, 2004 (as requested by defendant) or thirty days after the Court ruled on plaintiff's December 3, 2003 motion to compel (as requested by plaintiff). By order dated December 22, 2003, the Court extended the discovery cutoff to March 15, 2004. By further order dated March 25, 2004, the Court extended the discovery cutoff to April 30, 2004 based, in part, on the fact that certain discovery motions argued before this Court on January 20, 2004 remained sub judice before this Court;

**Whereas,** certain bona fide discovery disputes delayed the discovery process, resulting in the filing of a motion to compel by each party ("Motions to Compel") which were

argued before this Court on January 20, 2004 and those motions remain sub judice since the Court's last order;

**Whereas,** additional bona fide discovery disputes led to the filing by plaintiff of a motion to compel further production on or about March 25, 2004, a response to which is due from defendant no later than April 26, 2004;

**Whereas,** the parties agree that contemplated discovery cannot be completed prior to the Court's rulings on the parties' Motions to Compel;

**Whereas,** the parties each have depositions to conduct that they believe in good faith are material to the proper adjudication of this action and cannot be completed by April 30, 2004 despite the best efforts of counsel, including completion of the Plaintiff's deposition, which has been recessed pending the Court's ruling on Defendant's Motion to Compel the production of additional documents by plaintiff;

**Whereas,** plaintiff's counsel have supplied a privilege log to defendant's counsel on April 15, 2004, concerning discovery sought from the files of third parties involved in the representation of plaintiff in other capacities, which is still being reviewed by defendant's counsel;

**Whereas,** the parties continue to prosecute this case having spent time since the Court's last order attempting to resolve in good faith, by stipulation, defendant's pending motion for a pre-judgment remedy now scheduled for hearing beginning on May 6, 2004, pursuing document production and possible depositions from third parties, and expert witness discovery.

**Accordingly,** the parties respectfully request that the Court extend the discovery cut-off date until June 30, 2004 as well as corresponding pre-trial dates as set forth below pursuant to Fed. R. Civ. Proc. 6(b) and Local Civil Rule 9(b) to allow ruling upon and

compliance with the Court's orders on the pending discovery motions and the completion of certain depositions, including plaintiff's deposition.

After reviewing the Joint Motion, and finding good cause, the Court hereby ORDERS:

(i) That the Discovery Cut-Off is extended from April 30, 2004 to June 30, 2004;

(ii) That the Joint Trial Memoranda will be filed by August 16, 2004;

(iii) That the case be placed on the Trial Ready List for September 2004.

                                              Hon. Donna F. Martinez
                                              United States Magistrate Judge

Dated: _April 23_, 2004

| | |
|---|---|
| BEGOS & HORGAN LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: _/s/ Patrick W. Begos_ | By: _/s/ Thomas P. Friedman_ |
| Patrick W. Begos, ct19090 | Douglas C. Conroy, ct11555 |
| Christopher G. Brown, ct 18216 | Thomas P. Friedman, ct24947 |
| 327 Riverside Avenue | 1055 Washington Boulevard |
| Westport, CT 06880 | Stamford, CT 06901-2217 |
| Telephone:(203) 226-9990 | Telephone: (203) 961-7400 |
| Facsimile:(203) 222-4833 | Facsimile: (203) 359-3031 |
| Email: pwb@begoshorgan.com | Email: douglasconroy@paulhastings.com |
|        cgb@begoshorgan.com |        thomasfriedman@paulhastings.com |
| Counsel for Plaintiff and Counterclaim Defendant JULIE DILLON RIPLEY MILLER | Counsel for Defendant and Counterclaimant MERRILL LYNCH CREDIT CORPORATION |

Case 3:03-cv-01016-WWE     Document 87     Filed 04/26/2004     Page 5 of 5

## CERTIFICATE OF SERVICE

This is to certify that on this 23nd day of April 2004, a copy of the foregoing JOINT MOTION TO AMEND PRE-TRIAL SCHEDULE was delivered via U.S. first class mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880
>
> Dennis C. Fleischmann, Esq.
> Bryan Cave LLP
> 1290 Avenue of the Americas
> New York, New York 10104

_____
Thomas P. Friedman

STM/269681.2