UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>　　　　Plaintiff and Counterclaim<br>　　　　Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>　　　　Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM)<br><br><br><br><br>April 26, 2004 |

**AFFIDAVIT OF THOMAS P. FRIEDMAN
IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

In accordance with Rule 37 of the Local Civil Rules of the District of Connecticut, Thomas P. Friedman hereby certifies as follows:

1.　I am an associate with the law firm of Paul, Hastings, Janofsky & Walker, LLP, counsel of record for Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC") in the above-captioned action.

2.　I have worked on discovery matters for Defendant and am personally familiar with the efforts of both parties to obtain discovery in this matter.

3.　Although the parties have engaged in limited correspondence in an attempt to settle their discovery differences, Plaintiff's counsel did not discuss with Defendant's counsel the discovery issues now before the Court prior to filing this motion as required by the Federal and Local Rules.

4.　MLCC timely responded to the plaintiff's First Request for Production of Documents on September 8, 2003, which called for, *inter alia*, "all documents referring or relating to Miller." MLCC's Responses and Objections to Plaintiff's First Request for

Production of Documents is attached hereto as Exhibit A. Plaintiff's First Request for Production of Documents is attached hereto as Exhibit B.

5. In response to MLCC Second Document Request, which was served in part due due to an apparent gap in Plaintiff's production, she objected, stating that "It is beyond the scope of Fed. R. Civ. P. 34 to seek production of documents a second time[.]" See Ex. C attached to hereto at 3.

6. Plaintiff's loan expert, Mr. Homberger, relies on Fannie Mae's guidelines in his assessment of this loan—guidelines which he admits apply to loans under $333,700. See Ex. D attached hereto at 39, lines 3-6.

DATED: April 26, 2004.

_____
Thomas P. Friedman

2

## CERTIFICATE OF SERVICE

      This is to certify that on this 26th day of April, 2004, a copy of the foregoing AFFIDAVIT OF THOMAS P. FRIEDMAN IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL was delivered via first class U.S. mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880
>
> Dennis C. Fleischmann, Esq.
> Bryan Cave, LLP
> 1290 Avenue of the Americas
> New York, New York 10104

                                     Thomas P. Friedman

STM/272973.1
11413.00021