UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,             :
                                        :   Case No. 3:03CV1016 (RNC) (DFM)
          Plaintiff,                    :
                                        :
     – against –                        :   April 30, 2004
                                        :
MERRILL LYNCH CREDIT CORPORATION,       :
                                        :
          Defendant.                    :
------------------------------------------------------------x

**DECLARATION OF PATRICK W. BEGOS IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

PATRICK W. BEGOS declares the following to be true under penalty of perjury:

1. I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in further support of Ms. Miller's motion to compel defendant, Merrill Lynch Credit Corporation ("MLCC"), to comply with Plaintiff's Second and Third Requests for Production of Documents.

2. Annexed hereto is a true copy of my March 23, 2004 email to Thomas Friedman, and his reply of the same date.

                                        _____
                                        Patrick W. Begos (ct19090)
                                        BEGOS & HORGAN, LLP
                                        Attorneys for Plaintiff
                                        327 Riverside Avenue
                                        Westport, CT 06880
                                        (203) 226-9990
                                        (203) 222-4833 (fax)

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on December 3, 2003 to:

Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Patrick W. Begos

4/28/2004

| | |
|---|---|
| **From:** | "Friedman, Thomas P." <thomasfriedman@paulhastings.com> |
| **To:** | "'Patrick W. Begos'" <pwb@begoshorgan.com> <br> <76C9D4BDBDA6CA4BAFAF87A4D4C9840927EC99@stmexch1.phjw.paulhastings.net> |
| **Sent:** | 3/23/2004   7:16PM |
| **Subject:** | RE: Keller deposition |

In order:

(1) As for Mr. Keller, I would propose April 8 or 13.
(2) We will not be responding to your most recent letter.
(3) Although we have co-counsel, please continue to deal with Doug and myself at this juncture.

Regards,
Tom

-----Original Message-----
From: Patrick W. Begos [mailto:pwb@begoshorgan.com]
Sent: Tuesday, March 23, 2004 3:56 PM
To: Thomas Friedman
Subject: Keller deposition


When last we spoke, you were going to get me dates for Peter Keller's deposition before he left for vacation. Do you have anything?

Also, I expect to be making a motion to compel shortly. If you are going to respond to my most recent letter on the disputes, I ask that you please do so promptly.

Finally, I see you now have co-counsel. Will I still be dealing with you and Doug on all these issues, or should I start talking to the good folks at Bryan Cave?

Patrick W. Begos
Begos & Horgan, LLP
NY and CT
pwb@begoshorgan.com
http://www.begoshorgan.com
Member, Riverside West, LLC
http://www.riversidewest.net

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.