

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26 A 10: 29
U.S. DISTRICT COURT
HARTFORD, CT.

NO. 3:03-CV-1016 (RNC)(DFM)

JULIE DILLON RIPLEY MILLER,

    Plaintiff and Counterclaim Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

    Defendant and Counterclaimant.

April 23, 2004

**DEFENDANT'S MOTION TO AMEND THE SCHEDULE APPLICABLE TO DEFENDANT'S APPLICATION FOR PREJUDGMENT REMEDY**

    In furtherance of the efficient administration of this proceeding, Defendant brings this Motion to Amend the Schedule Applicable to Defendant's Application for Prejudgment Remedy (the "Motion to Amend"). Plaintiff consents to the granting of this Motion.

    This is the first motion to amend the schedule applicable to Defendant's application for prejudgment remedy. Importantly, Defendant is not seeking to extend the dates set by the Court for adjudication of Defendant's Application for Prejudgment Remedy ("Defendant's Application") – May 6, 20, 21 and 25, 2004. Rather, for the following reasons, there is good cause to extend certain pre-hearing dates which will not impact the aforementioned hearing dates.

    First, the parties are currently seeking to negotiate a Stipulation which would eliminate the need for any hearing on Defendant's Application for Prejudgment Remedy. These discussions are continuing and, if successful, will result in a more expeditious resolution of

DENIED as moot / See doc. #68.   SO ORDERED.
Donna F. Martinez, U.S.M.J.
5/12/04

FILED
2004 MAY 12 P 1: 14
U.S. DISTRICT COURT
HARTFORD, CT