*SO ORDERED.*

*DENIED as moot based on the parties' representation that they have reached an agreement.*

*Donna F. Martinez, U.S.M.J.*
*5/12/04*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | CIVIL ACTION NO. 3:03-CV-1016 (RNC) |
| Plaintiff, | |
| - against - | APPLICATION FOR PREJUDGMENT REMEDY |
| MERRILL LYNCH CREDIT CORPORATION, | |
| Defendant and Counterclaimant. | March 19, 2004 |

*FILED 2004 MAR 22 A 9:16 U.S. DISTRICT COURT HARTFORD, CT.*

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The undersigned represents:

1. That Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC"), located at 4802 Deer Lake Drive East, Jacksonville, Florida, has asserted a counterclaim in this action against Plaintiff Julie Dillon Ripley Miller ("Miller"), 21 Point Road, Norwalk, Connecticut, pursuant to the attached proposed unsigned Writ, Answer to Amended Complaint and Counterclaim and Affidavits.

2. That there is probable cause that a judgment will be rendered in such matter in favor of MLCC and, to secure such judgment, MLCC seeks an order from this Court directing that the following prejudgment remedy be issued to secure the $8,680,233.57 which is the amount due to MLCC as of February 28, 2004 and which continues to accrue interest and other expenses:

(a) An attachment of that certain real property of Miller known as and located at 21 Point Road, Norwalk, Connecticut together with the improvements thereon (the "Premises");

*FILED 2004 MAY 12 P 4:14 U.S. DISTRICT COURT HARTFORD, CT.*