

GRANTED. All discovery shall be completed (not propounded) by **June 30, 2004.** The joint trial memorandum shall be filed by **August 16, 2004.** The case shall be placed on the trial ready list for **September 2004.** SO ORDERED.

Donna F. Martinez, U.S.M.J.
5/12/04

FILED
2004 MAY 12  P 4: 13
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26  A 10: 29
U.S. DISTRICT COURT
HARTFORD, CT.

JULIE DILLON RIPLEY MILLER,

    Plaintiff and Counterclaim Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

    Defendant and Counterclaimant.

NO. 3:03-CV-1016 (RNC)(DFM)

April 23, 2004

### JOINT MOTION TO AMEND PRE-TRIAL SCHEDULE

**Whereas,** the parties to this action diligently have conducted discovery in good faith, and had sought to complete discovery by the original deadline of March 15, 2004, since extended to April 30, 2004 including twenty depositions since the inception of this action;

**Whereas,** the parties have filed four previous motions to amend the pre-trial schedule. The first two motions sought extensions only of certain intermediate pre-trial deadlines, without extending the discovery cut-off date. The third motion, filed December 11, 2003 sought an extension of the discovery cut-off to either February 13, 2004 (as requested by defendant) or thirty days after the Court ruled on plaintiff's December 3, 2003 motion to compel (as requested by plaintiff). By order dated December 22, 2003, the Court extended the discovery cutoff to March 15, 2004. By further order dated March 25, 2004, the Court extended the discovery cutoff to April 30, 2004 based, in part, on the fact that certain discovery motions argued before this Court on January 20, 2004 remained sub judice before this Court;

**Whereas,** certain bona fide discovery disputes delayed the discovery process, resulting in the filing of a motion to compel by each party ("Motions to Compel") which were