UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM)<br><br>PJR Referred to Magistrate Judge Donna F. Martinez<br><br>May 17, 2004 |

STIPULATION AND ORDER TO RESOLVE
DEFENDANT'S MOTION FOR PREJUDGMENT REMEDY

WHEREAS, defendant and counterclaimant Merrill Lynch Credit Corporation ("MLCC") has asserted counterclaims (the "counterclaims") against plaintiff, Julie Dillon Ripley Miller ("Miller") based upon an Adjustable Rate Note and Mortgage dated December 7, 1999 and a Modification Agreement dated January 30, 2001 (collectively referred to as the "Debt"); and

WHEREAS, Miller has disputed the counterclaims, the Debt and MLCC's security for the Debt; and

WHEREAS, as a result of the fact that Miller has disputed the counterclaims, the Debt and the security for the Debt, MLCC filed a Motion for Prejudgment Remedy ("Motion") against Miller to secure the sum of $8,680,233.57; and

WHEREAS, pursuant to the Motion, MLCC seeks to attach (i) that certain real property of Miller known as and located at 21 Point Road, Norwalk, Connecticut (the "Premises"); and (ii) all funds (the "Funds") in that certain account presently numbered 5AX-12860 for "MS.

JULIE D.R. MILLER F/B/O MLCC AND/OR ASSIGNS" (the "Account") maintained by Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("MLPF&S");[1/] and

WHEREAS, Miller has opposed the Motion, and a hearing thereon has been scheduled for May 6, 21, 21 and 25; and

WHEREAS, in order to resolve the issues raised in the Motion without the need for any additional burden on the Court or the parties, the parties have agreed that the posting of security as specified herein, shall be given, and accepted, in lieu of the relief sought by MLCC in the Motion and pursuant to the terms and conditions of this Stipulation and Consent Order ("Stipulation and Order").

NOW, THEREFORE, upon the consent of undersigned counsel for all parties to this action, IT IS HEREBY STIPULATED AND ORDERED that:

1. Effective upon the Court's approval of this Stipulation and Order, Miller grants MLCC a lien upon the Premises to the extent of $8,680,233.57 as security for the Debt and authorizes MLCC to record this Stipulation and Order in the Records of the Clerk of the City of Norwalk to evidence and perfect such lien. (A legal description of the Premises is attached hereto as Exhibit 1). This lien shall remain effective pending further order of the Court or written agreement of the parties. If and when, after all appeals have been exhausted, a final judgment is entered dismissing MLCC's counterclaims, the lien shall be automatically discharged.

2. Effective upon the Court's approval of this Stipulation and Order, Miller grants MLCC a security interest in the Funds in the Account as security for the Debt of MLCC in the aggregate amount of $8,680,233.57 and authorizes MLCC to file a UCC-1 statement to perfect

---

[1/]   A copy of the ~~April~~ Feb. 27, 2004 statement for the Account is attached as Exhibit A hereto.

such security interest. This security interest shall remain effective pending further order of the Court or written agreement of the parties. If and when, after all appeals have been exhausted, a final judgment is entered dismissing MLCC's counterclaims, the security interest shall be automatically discharged.

3. Upon the Court's approval of this Stipulation and Order, the temporary restraining order set forth in the Order to Show Cause With Temporary Restraining Order dated March 24, 2004 shall be, and hereby is, vacated.

4. The parties agree that this Stipulation and Order is entered into solely to expedite the disposition of this action, and that neither party admits any wrongdoing or the truth of any allegations by entering into this Stipulation and Order. It is further agreed that this Stipulation is not intended to prejudice the rights or claims of the parties as to any proceedings in this matter, including but not limited to, trial and appeals in this matter.

5. This Stipulation and Order shall constitute the resolution of MLCC's Motion. Accordingly, the hearings scheduled on the Motion (for May 6, 20, 21 and 25, 2004) shall be removed from the Court's calendar, the Amended Scheduling Order dated April 2, 2004 (No. 79) is hereby withdrawn, and MLCC's motion for extension of certain of the deadlines in the Amended Scheduling Order (No. 86) is hereby withdrawn.

6.    The parties hereby consent to the entry of this Stipulation and Order by Magistrate Judge Donna F. Martinez, and to its acceptance, if necessary, by Judge Robert N. Chatigny.

                                                                                                          _____
                                                                                                          Hon. Donna F. Martinez
                                                                                                          United States Magistrate Judge

C048519/0175359/1140354.5

Dated: May 12, 2004

AGREED TO AND ACCEPTED

| | |
|---|---|
| BEGOS & HORGAN LLP<br><br>By: *[signature]*<br>Patrick W. Begos, ct19090<br>Christopher G. Brown, ct18216<br>327 Riverside Avenue<br>Westport, CT 06880<br>Telephone:(203) 226-9990<br>Facsimile:(203) 222-4833<br>Email: pwb@begoshorgan.com<br>Counsel for Plaintiff and Counterclaim Defendant<br>JULIE DILLON RIPLEY MILLER<br><br>*[signature]*<br>JULIE DILLON RIPLEY MILLER | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>By: *[signature]*<br>Douglas C. Conroy, ct11555<br>Thomas P. Friedman, ct24947<br>1055 Washington Boulevard<br>Stamford, CT 06901-2217<br>Telephone: (203) 961-7400<br>Facsimile: (203) 359-3031<br>Email: douglasconroy@paulhastings.com<br>      thomasfriedman@paulhastings.com<br>Co-Counsel for Defendant and Counterclaimant<br>MERRILL LYNCH CREDIT CORPORATION<br><br>BRYAN CAVE LLP<br><br>By: *[signature]*<br>Dennis C. Fleischmann, ct11013<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2000<br>Facsimile: (212) 541-4630<br>Email: dcfleischmann@bryancave.com<br>Co-Counsel for Defendant and Counterclaimant<br>MERRILL LYNCH CREDIT CORPORATION |

C048519/0175359/1140354.5

C048519/0175359/1140354.5

State of Connecticut

County of Fairfield

The foregoing Stipulation and Order was executed and acknowledged before me this 12th day of May, 2004 by Julie Dillon Ripley Miller.

_____
~~Notary Public~~
Commissioner of Superior Court

State of Connecticut

County of Fairfield

The foregoing Stipulation and Order was executed and acknowledged before me this 12 day of May, 2004 by Julie Dillon Ripley Miller.

_____
~~Notary Public~~
Commissioner of Superior Court

C048519/0175359/1151074.1