UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 19 A 9:39
U.S. DISTRICT COURT
HARTFORD, CT.

| JULIE DILLON RIPLEY MILLER, | NO. 3:03-CV-1016 (RNC)(DFM) |
| Plaintiff and Counterclaim Defendant, | |
| - against - | |
| MERRILL LYNCH CREDIT CORPORATION, | PJR Referred to Magistrate Judge Donna F. Martinez |
| Defendant and Counterclaimant. | May 17, 2004 |

STIPULATION AND ORDER TO RESOLVE
DEFENDANT'S MOTION FOR PREJUDGMENT REMEDY

WHEREAS, defendant and counterclaimant Merrill Lynch Credit Corporation ("MLCC") has asserted counterclaims (the "counterclaims") against plaintiff, Julie Dillon Ripley Miller ("Miller") based upon an Adjustable Rate Note and Mortgage dated December 7, 1999 and a Modification Agreement dated January 30, 2001 (collectively referred to as the "Debt"); and

WHEREAS, Miller has disputed the counterclaims, the Debt and MLCC's security for the Debt; and

WHEREAS, as a result of the fact that Miller has disputed the counterclaims, the Debt and the security for the Debt, MLCC filed a Motion for Prejudgment Remedy ("Motion") against Miller to secure the sum of $8,680,233.57; and

WHEREAS, pursuant to the Motion, MLCC seeks to attach (i) that certain real property of Miller known as and located at 21 Point Road, Norwalk, Connecticut (the "Premises"); and (ii) all funds (the "Funds") in that certain account presently numbered 5AX-12860 for "MS.

FILED
2004 MAY 21 P 1:04
U.S. DISTRICT COURT
HARTFORD, CT.

SO ORDERED. 5/21/04 /s/ USAJ

C048519/0175359/1140354.5