UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIE DILLON RIPLEY MILLER | : | Civil Action No.: 303CV01016 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| MERRILL LYNCH CREDIT CORP. | : | |
| Defendant. | : | September 24, 2004 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above-captioned case as counsel for defendant, Merrill Lynch Credit Corp.

    I certify that I am admitted to practice in this Court.

                                                  By:_____
                                                Jonathan S. Bowman, Esq.
                                                Federal Bar No. ct08526
                                                Cohen and Wolf, P.C.
                                                1115 Broad Street
                                                Bridgeport, CT  06604
                                                Tele:  (203) 337-4255
                                                Fax:   (203) 394-9901
                                                E-mail: jbowman@cohenandwolf.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on this 24th day of September, 2004, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

Patrick Walter Begos, Esq.
Begos & Horgan
327 Riverside Ave.
Westport, CT 06880

Dennis C. Fleischmann, Esq.
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104

Douglas C. Conroy, Esq.
Thomas P. Friedman, Esq.
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

                                                                _____
                                                                  Ari J. Hoffman