UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DILLON RIPLEY MILLER,      :
                                 :
        Plaintiff,               :
                                 :
        v.                       :        CASE NO.  3:03CV1016(RNC)
                                 :
MERRILL LYNCH CREDIT             :
CORPORATION,                     :
                                 :
        Defendant.               :


RULING ON PLAINTIFF'S MOTION TO COMPEL

        Pending before the court is the plaintiff's motion to compel.
(Doc. #76.)   After hearing oral argument, the court rules as
follows:

        1.   Requests for Production 1 and 2 of the plaintiff's Second
Request for Production of Documents and Request for Production 1 of
the plaintiff's Third Request for Production of Documents are
GRANTED.

        2.   Request for Production 3 of the plaintiff's Second
Request for Production requesting email concerning Miller is
GRANTED.   The defendant's burdensomeness objection is overruled.
The party resisting production bears the responsibility of
establishing undue burden.   Obiajulu v. City of Rochester, 166
F.R.D. 293, 295 (W.D.N.Y. 1996).   "The party claiming that a
discovery request is unduly burdensome must allege specific facts
that indicate the nature and extent of the burden, usually by
affidavits or other reliable evidence."   Jackson v. Montgomery Ward

& Co., 173 F.R.D. 524, 528-29 (D. Nev. 1997).  See Chubb Integrated

Systems Limited, v. National Bank of Washington, 103 F.R.D. 52,

59-60 (D.D.C. 1984)("Generally, a party seeking to avoid discovery

on a burdensomeness argument must substantiate that position with

detailed affidavits or other evidence establishing an undue burden.

An objection must show specifically how a [discovery request] is

overly broad, burdensome or oppressive, by submitting evidence or

offering evidence which reveals the nature of the burden.")  In

this case, the defendant has not made a sufficient showing to

sustain its objection that responding to this request would create

an undue burden.

SO ORDERED at Hartford, Connecticut this 10th day of November,

2004.


_____/s_____
Donna F. Martinez
United States Magistrate Judge