FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 19 P 12: 01

U.S. DISTRICT COURT
HARTFORD, CT.

JULIE DILLON RIPLEY MILLER,

Plaintiff,

- against -

MERRILL LYNCH CREDIT CORPORATION,

Defendant.

CIVIL ACTION NO. 3:03-CV-1016 (RNC)

October 27, 2004

## STIPULATION OF WITHDRAWAL OF APPEARANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Dennis C. Fleischmann of the law firm Bryan Cave LLP hereby withdraws his appearance as attorney for defendant Merrill Lynch Credit Corporation ("MLCC"). The appearances of Jonathan S. Bowman and Ari J. Hoffman of the law firm Cohen & Wolf, P.C. and Douglas C. Conroy and Thomas P. Friedman of Paul, Hastings, Janofsky & Walker as attorneys for MLCC remain unchanged. This Stipulation may be executed in counterparts. A facsimile copy of any signature to this Stipulation shall be deemed the same as the original.

Dated: October 27, 2004

BEGOS & HORGAN LLP

By: /s/
Patrick W. Begos, ct19090
Christopher G. Brown, ct18216
327 Riverside Avenue
Westport, CT 06880
Telephone: (203) 226-9990
Facsimile: (203) 222-4833
Email: pwb@begoshorgan.com
*Counsel for Plaintiff*

BRYAN CAVE LLP

By: /s/ Dennis C. Fleischmann
Dennis C. Fleischmann, ct11013
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: dcfleischmann@bryancave.com
*Co-Counsel for Defendant*

C048519/0175359/1192115.1

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: _____/s/ Thomas P. Fried_____
Douglas C. Conroy, ct11555
Thomas P. Friedman, ct24947
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
　　　　thomasfriedman@paulhastings.com
*Co-Counsel for Defendant*

COHEN & WOLF. P.C.


By: _____
Jonathan S. Bowman, ct08526
Ari J. Hoffman, ct22516
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 394-9901
Email: jbowan@cohenandwolf.com
　　　　ahoffman@cohenandwolf.com
*Co-Counsel for Defendant*


SO-ORDERED:

_____

-2-

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: _____
Douglas C. Conroy, ct11555
Thomas P. Friedman, ct24947
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
　　　thomasfriedman@paulhastings.com
*Co-Counsel for Defendant*

COHEN & WOLF, P.C.

By: _____
Jonathan S. Bowman, ct08526
Ari J. Hoffman, ct22516
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 394-9901
Email: jbowan@cohenandwolf.com
　　　ahoffman@cohenandwolf.com
*Co-Counsel for Defendant*

SO-ORDERED:

_____

-2-