UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 19 P 12: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 3:03-CV-1016 (RNC)<br><br>October 27, 2004 |

### STIPULATION OF WITHDRAWAL OF APPEARANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Dennis C. Fleischmann of the law firm Bryan Cave LLP hereby withdraws his appearance as attorney for defendant Merrill Lynch Credit Corporation ("MLCC"). The appearances of Jonathan S. Bowman and Ari J. Hoffman of the law firm Cohen & Wolf, P.C. and Douglas C. Conroy and Thomas P. Friedman of Paul, Hastings, Janofsky & Walker as attorneys for MLCC remain unchanged. This Stipulation may be executed in counterparts. A facsimile copy of any signature to this Stipulation shall be deemed the same as the original.

Dated: October 27, 2004

BEGOS & HORGAN LLP

By: _____
Patrick W. Begos, ct19090
Christopher G. Brown, ct18216
327 Riverside Avenue
Westport, CT 06880
Telephone: (203) 226-9990
Facsimile: (203) 222-4833
Email: pwb@begoshorgan.com
*Counsel for Plaintiff*

BRYAN CAVE LLP

By: _____
Dennis C. Fleischmann, ct11013
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: dcfleischmann@bryancave.com
*Co-Counsel for Defendant*

C048519/0175359/1192115.1