UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | CIVIL NO. 3:03-CV-1016 (RNC) |
| Plaintiff and Counterclaim Defendant, | |
| - against - | |
| MERRILL LYNCH CREDIT CORPORATION | December 20, 2004 |
| Defendant and Counterclaimant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order Regarding Case Management dated November 16, 2004, the parties hereby submit the following Joint Status Report addressing the matters listed in Fed. R. Civ. P. 16(c).

### I.    BRIEF DESCRIPTION OF CASE

#### A.    Claims of Plaintiff

Relying on an invalid pledge agreement, Defendant converted Plaintiff's securities account to its own use and incurred tax liabilities for Plaintiff. Plaintiff further alleges that Defendant acted negligently, fraudulently, and deceptively in connection with its purported construction loan to Plaintiff.

#### B.    Defenses and Claims of Defendant

Defendant denies Plaintiff's substantive allegations as to invalidity, asserts numerous affirmative defenses including laches, waiver, estoppel, statute of limitations, and ratification and counterclaims for foreclosure, or in the alternative, payment on the note.

Defendant denies that it acted negligently, fraudulently or deceptively in connection with the loan to Plaintiff.

## II.    RULE 16(C) ISSUES

1.    **Rule 16(c)1:**  The issues have been simplified to date by Plaintiff's voluntary withdrawal of her emotional distress claims.  Both parties seek the opportunity to narrow the disputed issues during the mediation scheduled for February 3, 2005.  Both parties contemplate filing summary judgment motions and/or motions for summary adjudication and have sought a pre-filing conference with the Court.

2.    **Rule 16(c)2:** Defendant seeks to add a claim of equitable subrogation. Plaintiff will oppose such a request as, *inter alia*, untimely.

3.    **Rule 16(c)3:** The parties are currently conducting substantial discovery and will be in a superior position to address admissibility issues upon the close of discovery on January 7, 2005.

4.    **Rule 16(c)4:** The parties will confer regarding the avoidance of unnecessary and cumulative evidence upon the close of discovery.

5.    **Rule 16(c)5:** Plaintiff anticipates seeking summary adjudication on her conversion claim and with respect to certain of Defendant's defenses.  Defendant will seek summary judgment on its counterclaims of foreclosure and for payment on the note, as well as on each of Plaintiff's affirmative claims following the close of discovery.  Plaintiff requests that any dispositive motion practice be deferred until after the mediation, scheduled for February 3, 2005.

6.    **Rule 16(c)6:** Discovery is scheduled to close on January 7, 2005.  Defendant is in the process of obtaining and reviewing archived e-mails of over two dozen of its current and

former employees. Due to the magnitude of the search and backlog of e-mail requests, MLCC will, despite its best efforts, be unable to provide all such e-mail by that date. Plaintiff has been apprised of the situation. The parties are endeavoring to complete all discovery (except for production of e-mail) by the discovery cut-off date; plaintiff reserves her right to seek additional discovery based on the content of e-mails, when they are produced.

7.    **Rule 16(c)7:** The parties anticipate that Plaintiff Julie Dillon Ripley Miller and former Merrill Lynch, Pierce, Fenner & Smith employee, Jay K. Falini, will be witnesses. The parties have each designated expert witnesses. The parties will confer regarding further witnesses and evidence.

8.    **Rule 16(c)8:** The parties welcome the mediation set for February 3, 2005 and are not seeking additional referral to the Magistrate Judge at this time.

9.    **Rule 16(c)9:** The parties have conducted informal settlement negotiations, and a mediation with Magistrate Judge Martinez is scheduled for February 3, 2005.

10.    **Rule 16(c)10:** The parties respectfully defer at this time regarding the form and substance of the pretrial order.

11.    **Rule 16(c)11:** There are no motions pending at this time, although Defendant expects to file a motion to amend its Answer and Counterclaims to include a claim for equitable subrogation. Plaintiff anticipates seeking an extension of the discovery cutoff only in connection with defendant's production of e-mails, and follow-up discovery, if any, flowing from that production (as set forth in paragraph 6, *supra*).

12.    **Rule 16(c)12:** Not applicable at this time.

13.     **Rule 16(c)13:** Neither party is currently contemplating seeking a bifurcated

trial, although they may seek such relief well in advance of trial.

14.     **Rule 16(c)14:** Not applicable at this time.

15.     **Rule 16(c)15:** The parties agree that it is premature at this time to determine

the amount of time required for presenting evidence at trial.

As officers of the Court, undersigned counsel agree to cooperate with each other and

the Court to promote the just, speedy and inexpensive determination of this action.

By: _____ Date: Dec. __, 2004
Patrick W. Begos, ct19090
Begos and Horgan LLP
327 Riverside Avenue
Westport, CT 06880
Telephone: (203) 226-9990
Facsimile: (203) 222-4833
Email: pwb@begoshorgan.com

Counsel for Plaintiff JULIE DILLON
RIPLEY MILLER


By: _____ Date: Dec. __, 2004
Jonathan S. Bowman, ct 08526
Cohen & Wolf
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: jbowman@cohenandwolf.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

By: *Thomas P. Friedman* Date:Dec 20, 200
Thomas P. Friedman, ct24947
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: thomasfriedman@paulhastings.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

13.    **Rule 16(c)13:** Neither party is currently contemplating seeking a bifurcated trial, although they may seek such relief well in advance of trial.

14.    **Rule 16(c)14:** Not applicable at this time.

15.    **Rule 16(c)15:** The parties agree that it is premature at this time to determine the amount of time required for presenting evidence at trial.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

By: _____ Date: Dec. 20, 2004
Patrick W. Begos, ct19090
Begos and Horgan LLP
327 Riverside Avenue
Westport, CT 06880
Telephone: (203) 226-9990
Facsimile: (203) 222-4833
Email: pwb@begoshorgan.com

Counsel for Plaintiff JULIE DILLON
RIPLEY MILLER

By: _____ Date:Dec. __, 20
Thomas P. Friedman, ct24947
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: thomasfriedman@paulhastings.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

By: _____ Date: Dec. __, 2004
Jonathan S. Bowman, ct 08526
Cohen & Wolf
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: jbowman@cohenandwolf.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

-4-

TOTAL P.05

13.    **Rule 16(c)13**: Neither party is currently contemplating seeking a bifurcated trial, although they may seek such relief well in advance of trial.

14.    **Rule 16(c)14**: Not applicable at this time.

15.    **Rule 16(c)15**: The parties agree that it is premature at this time to determine the amount of time required for presenting evidence at trial.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

By: _____ Date: Dec. __, 2004
Patrick W. Begos, ct19090
Begos and Horgan LLP
327 Riverside Avenue
Westport, CT 06880
Telephone: (203) 226-9990
Facsimile: (203) 222-4833
Email: pwb@begoshorgan.com

Counsel for Plaintiff JULIE DILLON
RIPLEY MILLER


By: _____ Date: Dec 20, 2004
Jonathan S. Bowman, ct 08526
Cohen & Wolf
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: jbowman@cohenandwolf.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

By: _____ Date:Dec. __, 200
Thomas P. Friedman, ct24947
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: thomasfriedman@paulhastings.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this _20_ day of December, 2005, a copy of the foregoing Joint Status

Report was sent via first class U.S. Mail to:

> Patrick W. Begos, Esq.
> BEGOS & HORGAN, LLP
> 327 Riverside Avenue
> Westport, CT 06880
>
> Jonathan S. Bowman
> Cohen & Wolf
> 1115 Broad Street
> P. O. Box 1821

_____
Thomas P. Friedman

STM/287777.1

-5-