UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | CIVIL ACTION NO.<br>3:03-CV-1016 (RNC)<br><br><br><br><br><br>December 30, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant Merrill Lynch Credit Corporation has manually filed the following document or thing:

Exhibits A through E to the Amended Answer to Second Amended Complaint and Counterclaim dated December 30, 2004.

This document has not been filed electronically because

[   ]    the document or thing cannot be converted to an electronic format
[ X ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                          Respectfully submitted,

By: _____
       Jonathan S. Bowman, Esq. (ct 08526)
       Ari J. Hoffman, Esq. (ct 22516)
       1115 Broad Street
       Bridgeport, CT 06604
       Tel: 203-368-0211
       Fax: 203-576-8504
       Email:   jbowman@cohenandwolf.com
                     ahoffman@cohenandwolf.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Douglas C. Conroy (ct11555)
Thomas P. Friedman (ct24947)
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
thomasfriedman@paulhastings.com


Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of December, 2004, a copy of the foregoing NOTICE OF MANUAL FILING TO THE AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIM was delivered via facsimile and U.S. first class mail to:

Patrick W. Begos, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

*[signature]*
Ari J. Hoffman