UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DILLON RIPLEY MILLER,     CIVIL ACTION NO.
    3:03-CV-1016 (RNC)
    Plaintiff and Counterclaim
    Defendant,

- against -

MERRILL LYNCH CREDIT CORPORATION,

    December 30, 2004

    Defendant and Counterclaimant.

FILED 2004 DEC 30 P 12: 37 U.S. DISTRICT COURT HARTFORD, CT.

## DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendant Merrill Lynch Credit Corp. ("MLCC") hereby seeks leave of the Court to file an Amended Answer to Second Amended Complaint and Counterclaims in the above-captioned action. In support of this motion, MLCC states:

1. By virtue of the proposed Amended Answer to Second Amended Complaint and Counterclaims, a copy of which is attached as Exhibit 1, MLCC seeks only to add an equitable subrogation counterclaim as its Third Claim for Relief against Plaintiff Julie Dillon Ripley Miller ("Miller"). The doctrine of equitable subrogation was first recognized in Connecticut in Home Owners Loan Corp. v. Sears, Roebuck & Co., 123 Conn. 232 (1937), and has since been

---

February 25, 2005.  Miller v. Merrill Lynch Credit Corp.
                             3:03CV01016 (RNC)

Re: Motion for leave to file (Doc. # 112).

Granted on the understanding that further discovery is not required. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2005 FEB 28 A 7 30 U.S. DISTRICT COURT HARTFORD, CT