UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant and Counterclaimant. | NO. 3:03 CV 1016 (RNC)<br><br><br><br>March 24, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned, Thomas P. Friedman, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this motion, the undersigned states as follows:

1. The undersigned is presently an attorney at the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), counsel for the defendant, Merrill Lynch Credit Corporation ("Merrill Lynch"), in this case.

2. As of March 25, 2005, the undersigned will no longer be employed by Paul Hastings. The remaining counsel at Paul Hastings will continue to represent the defendant, Merrill Lynch, in this case.

3. Allowing the undersigned to withdraw as counsel of record for defendant, Merrill Lynch, will not cause any prejudice to the parties and will not affect the administration of this case. Plaintiffs' counsel has consented to the withdrawal of Attorney Friedman.

4. Counsel for all parties will receive notice that the undersigned attorney is seeking to withdraw his appearance and they are also being served a copy of this motion by certified mail in accordance with Rule 7(e).

Wherefore, the undersigned respectfully requests the Court allow him to withdraw his appearance in this case.

Respectfully submitted,
DEFENDANT MERRILL LYNCH CREDIT CORPORATION

_____
Thomas P. Friedman, CT 24947
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Fax: (203) 359-3031
thomasfriedman@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of March 2005, a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was delivered via certified, return receipt, first class U.S. mail to:

Patrick W. Begos, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

Jonathan Bowman, Esq.
COHEN & WOLF, P.C.
1115 Broad Street
Bridgeport, CT 06604

_____
Thomas Friedman