UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER, | NO. 3:03 CV 1016 (RNC) |
| Plaintiff and Counterclaim Defendant, | |
| - against - | |
| MERRILL LYNCH CREDIT CORPORATION, | March 24, 2005 |
| Defendant and Counterclaimant. | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Thomas P. Friedman, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this motion, the undersigned states as follows:

1. The undersigned is presently an attorney at the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), counsel for the defendant, Merrill Lynch Credit Corporation ("Merrill Lynch"), in this case.

2. As of March 25, 2005, the undersigned will no longer be employed by Paul Hastings. The remaining counsel at Paul Hastings will continue to represent the defendant, Merrill Lynch, in this case.

3. Allowing the undersigned to withdraw as counsel of record for defendant, Merrill Lynch, will not cause any prejudice to the parties and will not affect the administration of this case. Plaintiffs' counsel has consented to the withdrawal of Attorney Friedman.

March 29, 2005.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.