# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT



JULIE DILLON RIPLEY MILLER,
    Plaintiff and Counterclaim Defendant,

    - against -

MERRILL LYNCH CREDIT CORPORATION,
    Defendant and Counterclaimant.

**APPEARANCE**

CASE NUMBER: 3:03 CV 1016 (RNC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Merrill Lynch Credit Corporation

| | |
|---|---|
| 5/10/2005 | *(signature)* |
| **Date** | **Signature** |
| 21036 | Matthew R. Paul |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 961-7400 | 1055 Washington Boulevard |
| **Telephone Number** | **Address** |
| (203) 359-3031 | Stamford, CT 06901 |
| **Fax Number** | |
| matthewpaul@paulhastings.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Patrick W. Begos, Esq.
BEGOS & HORGAN, LLP
327 Riverside Ave.
Westport, CT 06880

Jonathan Bowman, Esq.
COHEN & WOLF, P.C.
1115 Broad Street
Bridgeport, CT 06604

*(signature)*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001