UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DILLON RIPLEY MILLER,

    Plaintiffs,

v.

CASE NO. 3:03CV1016(RNC)

MERRILL LYNCH CREDIT CORP.,

    Defendant.

### NOTICE AND ORDER

The parties shall submit a joint status report on or before May 31, 2005. The report will address the matters listed in Fed. R. Civ. P. 16(c).

SO ORDERED at Hartford, Connecticut this 10th day of May, 2005.

Donna F. Martinez
United States Magistrate Judge