UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03-CV-1016 (RNC)(DFM)<br><br><br><br>May 20, 2005 |

### MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AND COUNTERCLAIMANT MERRILL LYNCH CREDIT CORPORATION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Merrill Lynch Credit Corporation ("MLCC"), the owner of a note and mortgage securing an unpaid $7,500,000 loan to Plaintiff Julie Dillon Ripley Miller ("Miller"), hereby moves for summary judgment (i) awarding MLCC the relief requested in its first counterclaim for strict foreclosure of the mortgage or, alternatively, the relief requested in its second counterclaim for judgment on the note; and (ii) dismissing with prejudice Miller's Second Amended Complaint (the "Complaint").

Accompanying this motion, MLCC submits the following documents in further support of its motion for summary judgment: Memorandum of Law in Support, Affidavit of Douglas C. Conroy, Affidavit of Tara Stewart, Affidavit of Laurie Kamhi, and Local Rule 56(a)1 Statement of Undisputed Material Facts.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, MLCC respectfully requests that summary judgment be granted on its first or second Counterclaims and that Counts I through IX of Miller's Complaint be dismissed in their entirety.

Dated: May 20, 2005

          PAUL, HASTINGS, JANOFSKY & WALKER LLP

          By: _/s/ Douglas C. Conroy_
          Douglas C. Conroy (ct 11555)
          Matthew R. Paul (ct 21036)
          1055 Washington Boulevard
          Stamford, CT 06901-2217
          Telephone: (203) 961-7400
          Facsimile: (203) 359-3031
          Email: douglasconroy@paulhastings.com
                 matthewpaul@paulhastings.com

          COHEN AND WOLF
          Jonathan S. Bowman (ct 08526)
          Ari Hoffman (ct 22516)
          1115 Broad Street
          Bridgeport, CT 06604
          Tel: 203-368-0211
          Fax: 203-576-8504
          Email: jbowman@cohenandwolf.com
                 ahoffman@cohenandwolf.com

          Counsel for Defendant and Counterclaimant
          MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of May 2005, a copy of the foregoing Motion For Summary Judgment of Defendant And Counterclaimant Merrill Lynch Credit Corporation was delivered via U.S. first class mail to:

>Patrick W. Begos, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880
>
>Jonathan S. Bowman, Esq.
>Ari Hoffman, Esq.
>COHEN AND WOLF
>1115 Broad Street
>Bridgeport, CT 06604

_____
Douglas C. Conroy

STM/295599.1

2