UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03 CV 1016 (RNC)<br><br><br>March 24, 2005 |

### AFFIDAVIT OF LAURIE KAMHI

STATE OF NEW YORK   )
                                ) ss: New York
COUNTY OF NEW YORK )

     Laurie Kamhi, being first duly sworn, deposes and states:

     1.     I am a First Vice President and Private Wealth Advisor, employed by Merrill, Lynch, Pierce, Fenner & Smith ("MLPF&S"), with offices located at 2 World Financial Center, in New York City. I have been employed at MLPF&S since 1993 and I have been employed in my present capacity since approximately 2000. I worked closely with Steve Crowe, who was also employed by MLPF&S as a Private Wealth Advisor, during the dealings with Mrs. Miller described in this Affidavit.

     2.     In or about January 2001, Mr. Crowe and I were introduced to the plaintiff in this matter, Julie Miller, by a mortgage broker based in Connecticut.

     3.     At Mrs. Miller's request, following those introductions and subsequent conversations with her, Steve Crowe and I assumed responsibility for the various accounts maintained by Mrs. Miller at MLPF&S. That responsibility was transferred from the MLPF&S


office located in King of Prussia, Pennsylvania, where Andrew Billotta had succeeded Jay Falini as the MLPF&S Financial Consultant handling these accounts..

4. Mr. Crowe and I remained responsible for all MLPF&S dealings with Mrs. Miller from that time until 2003. In the process, I became generally familiar with the history of those accounts maintained by Mrs. Miller, including the accounts created and maintained for the purpose of holding stock pledged for the benefit of Merrill Lynch Credit Corporation ("MLCC") as security in connection with mortgage loans made to Mrs. Miller ( the "Pledge Accounts").

5. Attached as Exhibit 1 hereto from records maintained by MLPF&S are the first pages of the MLPF&S monthly statements from 1997 through November 1999 for the Pledge Account, then numbered 881-32513, valued at each month-end as reflected on those statements, amounting to less than $1,000,000.

6. Attached as Exhibit 2 hereto is a copy of the entire statement for Pledge Account 881-32513 for the month ended December 31, 1999. As shown on the first page of Exhibit 2, the amount of the Pledge Account had increased by approximately $5,300,000 to a total of over $6,000,000. The transfer accomplished for purposes of this increase are reflected on the subsequent pages of Exhibit 2.

7. Attached as Exhibit 3 hereto are the first pages of subsequent Pledge Account statements provided to Mrs. Miller on a monthly basis for the period from January 2000 through May 2003. The Pledge Account number was changed to 891-31R02 and, subsequently, 5AX 12860.

8. At all times, the account designation for purpose of these accounts remained the same: "MS. JULIE DR MILLER F/B/O MLCC AND OR ASSIGNS." All monthly statements

also contained the language it: "shall be deemed conclusive if not objected to within ten (10) days".

9. As an accommodation to Mrs. Miller so that she could cover various expenses, Mr. Crowe or I arranged several withdrawals of funds from the Pledge Account some of which were accommodations to Mrs. Miller beyond those provided by the Pledge Agreement. As of October 2, 2001, withdrawals from the Pledge Account for the year 1991 totaled $484,866, as reflected in a memorandum from me and Steve Crowe to Mrs. Miller dated October 2, 2001. A copy of that memorandum is attached as Exhibit 4. Subsequent withdrawals in 2001 raised this total to $694,000. In each instance, Mrs. Miller was made aware, based on conversations she had with me and/or Mr. Crowe, that those withdrawals were coming from the Pledge Account.

10. At various times during our relationship with Mrs. Miller, Mr. Crowe and I discussed with Mrs. Miller the possible sale of her house at 21 Point Road, Norwalk, Connecticut. In the context of those discussions, she provided us with sales brochures describing the home, copies of which are attached as Exhibit 5.

_____
Laurie Kamhi

Subscribed and sworn to
before me this ____ day of
March 2005.

PRUDENCE C NGAN
Notary Public · State of New York
NO. 01NG6089423
Qualified in New York County
My Commission Expires 3/07

_____
Notary Public
My Commission Expires: _____  please see attached notary page.

3

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _New York_
County of _New York_ } ss.

On this the _24th_ day of _March_, _2005_, before me, _PRUDENCE NGAN_, the undersigned Notary Public, personally appeared _Laurie Kamhi_,

☒ personally known to me – OR –

☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

PRUDENCE C. NGAN
Notary Public - State of New York
NO. 01NG6089423
Qualified in New York County
My Commission Expires 3/2007

_____
Signature of Notary Public

_____
Other Required Information (Printed Name of Notary, Residence, etc.)

Place Notary Seal and/or Any Stamp Above

———————————— **OPTIONAL** ————————————

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Right Thumbprint of Signer**
Top of thumb here

**Description of Attached Document**

Title or Type of Document: _Affidavit of Laurie Kamhi_

Document Date: _3/24/05_   Number of Pages: _4_

Signer(s) Other Than Named Above: _/_

© 2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5936                                    Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)