UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

-----------------------------------------------------------------------x

JULIE DILLON RIPLEY MILLER,

               Plaintiff,

     – against –

MERRILL LYNCH CREDIT CORPORATION,

              Defendant.

-----------------------------------------------------------------------x

:   Case No. 03-CV-1016 (RNC)

:

:   **APPEARANCE**

:

:

:

:

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     PLEASE enter my appearance as counsel in this case for:

        JULIE DILLON RIPLEY MILLER

Dated:    Westport, Connecticut
           May 20, 2005

                       BEGOS & HORGAN, LLP

                       By: _____
                          Christopher G. Brown (ct18216)
                       Attorneys for Plaintiff
                       327 Riverside Avenue
                       Westport, CT 06880
                       (203) 226-9990
                       (203) 222-4833 (fax)
                       email: cgb@begoshorgan.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on May 20, 2005 to:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

Christopher G. Brown