UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

--------------------------------------------------------------------x

JULIE DILLON RIPLEY MILLER,                            :

          Plaintiff,                                   :      Case No. 03-CV-1016 (RNC)

                                                     :

          – against –                                :

                                                       :

MERRILL LYNCH CREDIT CORPORATION,                      :

                                                       :

          Defendant.                                   :

--------------------------------------------------------------------x

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff moves for summary judgment as to defendant's liability as to Counts I through IX of plaintiff's Second Amended Complaint; dismissing defendant's counterclaims in their entirety; and setting the matter down for a hearing in damages

In connection with this motion, plaintiff submits Plaintiff's Brief in Support of Her Motion for Summary Judgment and her Local Rule 56(a)(1) Statement, which includes, as Exhibit N thereto, the Affidavit of Julie Dillon Ripley Miller, sworn to May 19, 2005.

Wherefore, plaintiff respectfully requests that motion for summary judgment be granted in her favor as to Counts I through IX of her Second Amended Complaint; dismissing defendant's counterclaims; and setting the matter down for a hearing in damages.

Dated:     Westport, Connecticut
              May 20, 2005

BEGOS & HORGAN, LLP

By: _____
Christopher G. Brown (ct18216)
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)
email: cgb@begoshorgan.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on May 20, 2005 to:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

_____
Christopher G. Brown

2