UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>                Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION<br><br>                Defendant and Counterclaimant. | CIVIL NO. 3:03-CV-1016 (RNC)<br><br><br><br>May 31, 2005 |

**JOINT STATUS REPORT**

Pursuant to the Court's May 10, 2005 Order, the parties hereby submit the following Joint Status Report addressing the matters listed in Fed. R. Civ. P. 16(c).

I. **BRIEF DESCRIPTION OF CASE**

    A. **Claims of Plaintiff**

Relying on an invalid pledge agreement, Defendant converted Plaintiff's securities account to its own use and incurred tax liabilities for Plaintiff. Plaintiff further alleges that Defendant acted negligently, fraudulently, and deceptively in connection with its purported construction loan to Plaintiff.

    B. **Defenses and Claims of Defendant**

Defendant denies Plaintiff's substantive allegations as to invalidity, asserts numerous affirmative defenses including laches, waiver, estoppel, statute of limitations, equitable subrogation and ratification and counterclaims for foreclosure, or in the alternative, payment on the

note. Defendant denies that it acted negligently, fraudulently or deceptively in connection with the loan to Plaintiff.

## II. RULE 16(C) ISSUES

1. **Rule 16(c)1:** The issues have been simplified to date by Plaintiff's voluntary withdrawal of her emotional distress claims. Both parties have filed summary judgment motions and/or motions for summary adjudication, which may further simplify the issues.

2. **Rule 16(c)2:** The parties do not anticipate any further requests for amendments to the pleadings.

3. **Rule 16(c)3:** The parties anticipate that the summary judgment motions and/or motions for summary adjudication will adduce admissions of fact and authenticity of documents. The parties will be in a superior position to address any remaining admissibility issues upon resolution of the motions.

4. **Rule 16(c)4:** The parties will confer regarding the avoidance of unnecessary and cumulative evidence.

5. **Rule 16(c)5:** Both parties have filed summary judgment motions and/or motions for summary adjudication. Plaintiff's opposition to defendant's motion is due by June 10, 2005 and defendant's opposition to plaintiff's motion is due by June 14, 2005.

6. **Rule 16(c)6:** Discovery has been completed.

7. **Rule 16(c)7:** The parties anticipate that Plaintiff Julie Dillon Ripley Miller and former Merrill Lynch, Pierce, Fenner & Smith employee, Jay K. Falini, will be witnesses. The parties have each designated expert witnesses. The parties will confer regarding further witnesses and evidence.

8. **Rule 16(c)8:** The parties are not seeking additional referral to the Magistrate Judge at this time.

9. **Rule 16(c)9:** The parties have conducted informal settlement negotiations, and Magistrate Judge Martinez conducted a mediation on February 3, 2005.

10. **Rule 16(c)10:** The parties respectfully defer at this time regarding the form and substance of the pretrial order.

11. **Rule 16(c)11:** The only pending motions are those set forth in item 5 above.

12. **Rule 16(c)12:** Not applicable at this time.

13. **Rule 16(c)13:** Neither party is currently contemplating seeking a bifurcated trial, although they may seek such relief well in advance of trial.

14. **Rule 16(c)14:** Not applicable at this time.

15. **Rule 16(c)15:** The parties agree that it is premature at this time to determine the amount of time required for presenting evidence at trial.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Dated: May 31, 2005

By: /s/ Christopher G. Brown
Christopher G. Brown, ct18216
Begos and Horgan LLP
327 Riverside Avenue
Westport, CT 06880
Telephone: (203) 226-9990
Facsimile: (203) 222-4833
Email: cgb@begoshorgan.com

Counsel for Plaintiff JULIE DILLON
RIPLEY MILLER

By: /s/ Matthew R. Paul /cgb/
Matthew R. Paul, ct21036
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: matthewpaul@paulhastings.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

By: /s/ Jonathan S. Bowman /cgb/
Jonathan S. Bowman
Cohen & Wolf
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: jbowman@cohenandwolf.com

Counsel for Defendant MERRILL LYNCH
CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2005, a copy of the foregoing Joint Status Report was sent via first class U.S. Mail to:

>Matthew R. Paul, Esq.
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT 06901-2217
>
>Jonathan S. Bowman, Esq.
>Cohen & Wolf
>1115 Broad Street
>P. O. Box 1821

*/s/ Christopher M. B—*
Christopher G. Brown