UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

--------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                    :

      Plaintiff,                                :   Case No. 03-CV-1016 (RNC)

      – against –                              :

MERRILL LYNCH CREDIT CORPORATION,              :

      Defendant.                                :
--------------------------------------------------------------------x

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Whereas, the parties to this action have both served motions for summary judgment in this action on May 20, 2005 (Doc Nos. 132 and 139);

Whereas, the Clerk has provided that plaintiff's opposition to defendant's motion is due June 10, 2005, and that defendant's opposition to plaintiff's motion is due June 14, 2005;

Whereas, undersigned counsel for plaintiff, Patrick W. Begos, was on trial when defendant's motion was served. Moreover, due to the breadth of the issues raised in the motions, as well as both parties' counsels' trial and other commitments, the parties jointly request that the briefing schedule be modified as follows:

- Plaintiff shall oppose defendant's motion by **June 27, 2005**.

- Defendant shall oppose plaintiff's motion by **July 1, 2005.**

- Both parties shall reply by **August 1, 2005**.

Whereas, no previous motion for extension of these briefing schedules has been filed;

Accordingly, the parties respectfully request that the Court extend the parties' time to oppose, and reply to, the respective summary judgment motions, pursuant to Local Civil Rule 7.

After reviewing the Joint Motion, and finding good cause, the Court hereby ORDERS:

That the briefing schedule for the parties' respective summary judgment motions (Doc Nos. 132 and 139) be extended as follows:

▸    Plaintiff shall oppose defendant's motion by **June 27, 2005**.

▸    Defendant shall oppose plaintiff's motion by **July 1, 2005.**

▸    Both parties shall reply by **August 1, 2005**.

Dated:    Westport, Connecticut
          June 6, 2005

_____
Hon. Robert N. Chatigny
Chief United States District Judge


BEGOS & HORGAN LLP                    PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____              By: _____
Patrick W. Begos (ct 19090)           Douglas C. Conroy (ct11555)
Counsel for Plaintiff                 Counsel for Defendant
327 Riverside Avenue                  1055 Washington Boulevard
Westport, CT 06880                    Stamford, CT 06901-2217
(203) 226-9990                        (203) 961-7400
(203) 222-4833 (fax)                  (203) 359-3031 (fax)
Email: pwb@begoshorgan.com            Email: douglasconroy@paulhastings.com


2

After reviewing the Joint Motion, and finding good cause, the Court hereby ORDERS:

That the briefing schedule for the parties' respective summary judgment motions (Doc Nos. 132 and 139) be extended as follows:

▸    Plaintiff shall oppose defendant's motion by **June 27, 2005.**

▸    Defendant shall oppose plaintiff's motion by **July 1, 2005.**

▸    Both parties shall reply by **August 1, 2005.**

Dated:    Westport, Connecticut
          June 6, 2005

_____
Hon. Robert N. Chatigny
Chief United States District Judge


BEGOS & HORGAN LLP                    PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____                  By: _____
Patrick W. Begos (ct 19090)          Douglas C. Conroy (ct11555)
Counsel for Plaintiff                Counsel for Defendant
327 Riverside Avenue                 1055 Washington Boulevard
Westport, CT 06880                   Stamford, CT 06901-2217
(203) 226-9990                       (203) 961-7400
(203) 222-4833 (fax)                 (203) 359-3031 (fax)
Email: pwb@begoshorgan.com           Email: douglasconroy@paulhastings.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on June 6, 2005 to:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

Patrick W. Begos (ct19090)

3