UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------x

JULIE DILLON RIPLEY MILLER,

    Plaintiff,

– against –

MERRILL LYNCH CREDIT CORPORATION,

    Defendant.

------------------------------------------------------------x

Case No. 03-CV-1016 (RNC)

FILED

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Whereas, the parties to this action have both served motions for summary judgment in this action on May 20, 2005 (Doc Nos. 132 and 139);

Whereas, the Clerk has provided that plaintiff's opposition to defendant's motion is due June 10, 2005, and that defendant's opposition to plaintiff's motion is due June 14, 2005;

Whereas, undersigned counsel for plaintiff, Patrick W. Begos, was on trial when defendant's motion was served. Moreover, due to the breadth of the issues raised in the motions, as well as both parties' counsels' trial and other commitments, the parties jointly request that the briefing schedule be modified as follows:

- Plaintiff shall oppose defendant's motion by **June 27, 2005**.

- Defendant shall oppose plaintiff's motion by **July 1, 2005.**

- Both parties shall reply by **August 1, 2005**.

Whereas, no previous motion for extension of these briefing schedules has been filed;

Accordingly, the parties respectfully request that the Court extend the parties' time to oppose, and reply to, the respective summary judgment motions, pursuant to Local Civil Rule 7.

June 8, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.