UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,  :
                                                                   :  Case No. 3:03CV1016 (RNC) (DFM)
           Plaintiff,  :

      – against –  :  June 24, 2005

MERRILL LYNCH CREDIT CORPORATION,  :

           Defendant.  :
------------------------------------------------------------------x

**DECLARATION OF PATRICK W. BEGOS IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PATRICK W. BEGOS declares the following to be true under penalty of perjury:

1. I am a member of the firm of Begos & Horgan, LLP, attorneys for plaintiff, Julie Dillon Ripley Miller, in this action. I submit this declaration in opposition to the summary judgment motion of defendant, Merrill Lynch Credit Corporation ("MLCC").

2. Submitted herewith are true copies of the following exhibits:

Exhibit 1: An excerpt from Merrill Lynch's website: http://askmerrill.ml.com/creditandlending/
Exhibit 2: Excerpts from the deposition transcript of Jay Falini
Exhibit 3: Excerpts from the deposition transcript of Andrew Jones
Exhibit 4: Excerpts from the deposition transcript of Robert Smith
Exhibit 5: Excerpts from the deposition transcript of Harvey Rosenblum
Exhibit 6: Excerpts from the deposition transcript of James Avery
Exhibit 7: Excerpts from the deposition transcript of Donald McEnerney
Exhibit 8: Excerpts from the deposition transcript of Peter Keller
Exhibit 9: Excerpts from the deposition transcript of Dennis Ryan
Exhibit 10: Excerpts from the deposition transcript of Barry Newman
Exhibit 11: Excerpts from the deposition transcript of Keith Brown
Exhibit 12: A true copy of the document designated as MLCC Deposition Exhibit 7

Exhibit 13: A true copy of the document designated as MLCC Deposition Exhibit 8

Exhibit 14: A true copy of the document designated as MLCC Deposition Exhibit 9

Exhibit 15: A true copy of the document designated as MLCC Deposition Exhibit 10

Exhibit 16: A true copy of the document designated as MLCC Deposition Exhibit 16

Exhibit 17: A true copy of the document designated as MLCC Deposition Exhibit 17

Exhibit 18: A true copy of the document designated as MLCC Deposition Exhibit 20

Exhibit 19: A true copy of the document designated as MLCC Deposition Exhibit 27

Exhibit 20: A true copy of the document designated as MLCC Deposition Exhibit 46

Exhibit 21: A true copy of the document designated as MLCC Deposition Exhibit 52

Exhibit 22: A true copy of the document designated as MLCC Deposition Exhibit 55

Exhibit 23: A true copy of the document designated as MLCC Deposition Exhibit 56

Exhibit 24: A true copy of the document designated as MLCC Deposition Exhibit 82

Exhibit 25: A true copy of the document designated as Falini Deposition Exhibit 20

Exhibit 26: A true copy of the document designated as Falini Deposition Exhibit 21

Exhibit 27: A true copy of the document designated as Falini Deposition Exhibit 22

Exhibit 28: A true copy of the expert disclosure provided by MLCC for Dennis Ryan

Dated:   June 24, 2005

/s/ Patrick W. Begos
Patrick W. Begos (ct19090)
BEGOS & HORGAN, LLP
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was served via Federal Express overnight delivery, on June 24, 2005 on:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

                                                      Patrick W. Begos