UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                :
                                           :   Case No. 03-CV-1016 (RNC)
            Plaintiff,                     :
                                           :
    – against –                            :
                                           :
MERRILL LYNCH CREDIT CORPORATION,          :
                                           :
            Defendant.                     :
------------------------------------------------------------------x

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiff, Julie Dillon Ripley Miller, has manually filed the exhibits to the Declaration of Patrick W. Begos in Opposition to Defendant's Motion for Summary Judgment, dated June 24, 2005.

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 mb.

Dated:   Westport, Connecticut
         June 24, 2005

                                        BEGOS & HORGAN, LLP

                                        By: /s/ Christopher G.B.
                                        Patrick W. Begos (ct19090)
                                        Christopher G. Brown (ct18216)
                                        Attorneys for Plaintiff
                                        327 Riverside Avenue
                                        Westport, CT 06880
                                        (203) 226-9990
                                        (203) 222-4833 (fax)
                                        email: pwb@begoshorgan.com
                                               cgb@begoshorgan.com