UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,           :
                                      :   Case No. 3:03CV1016 (RNC) (DFM)
         Plaintiff,                   :
                                      :
     – against –                      :   June 28, 2005
                                      :
MERRILL LYNCH CREDIT CORPORATION,     :
                                      :
         Defendant.                   :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that a copy of Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment was served via Federal Express overnight delivery, on June 24, 2005 on:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

_____
Patrick W. Begos