# MARC J. SEIFER, Ph.D.
## HANDWRITING EXPERT
### Box 32 • Kingston, RI 02881
### (401) 294-02414 • Fax: 294-8429

November 29, 2003

Patrick Begos
Begos & Horgan
327 Riverside Ave.
Westport, CT 06880

### Case: Julie Miller v. Merrill Lynch Credit Corp.

## Description

I have been retained to provide my independent analysis and conclusions regarding a Power of Attorney (No. 021515). This analysis involves an investigation of the authorship of certain handwritten aspects of this document. The analysis was performed on a color xerox of this document along with machine copies and original exemplars of Julie Miller and also two other renditions of the same #021505 document from copies of faxes sent by broker Jay Falini. The question is twofold: Did Julie Miller write the bottom paragraph in Documents 2 and 3 (D-2 and D-3) which begins "Approval of all contractor." And did she write the middle section in Document 3 with the letters JDRM listed many times.

In performing this analysis, I reviewed the following documents:

D-1    Copy of power of attorney faxed from Jay Falini to Kevin Hubens on 12/2/1999 at 11:11.
D-2    Copy of power of attorney faxed from Jay Falini to Kevin Hubens on 12/2/1999 at 12:10.
D-3    Color xerox of power of attorney No. 02515.

Copies of these documents are annexed hereto.

I was asked to answer three questions:

1. Are documents D-1, D-2 and D-3 different renditions of the same document?
2. Did Julie Miller write the bottom paragraph in documents D-2 and D-3 which begins "Approval of all contractor…"?
3. Did Julie Miller write the initials "JDRM" appearing on lines B,C, and E through L of document D-3?

## Analysis, Discussion & Conclusions

It is clear from studying the faxes which were sent at different times on December 2, 1999 (D-1 and D-2), that there are three renditions of this same document. Figures 1 through 8 describe some of the evidence for this including different handwriting styles of the word Barry Newman on two different documents (Figure 1-A), different bottom paragraph starting with the words "Approval of all contractor…" (Figures 1-B & 2), and different places where the letters

"JDRM" were written (Figures 1-B, 2 & 4). For instance, Figure 2 shows among other things, that the word "Brown" is closer to the typed portion in D-2 as compared to D-3. There are many other differences as well. Our first conclusion therefore is that without doubt, there are three renditions of this #021505 document. This conclusion is based on a reasonable degree of scientific certainty.

Turning to the second and third question: Did Julie Miller write the bottom paragraphs in documents D- 2 and D-3, (Figure 2)? Did Julie Miller write the letters "JDRM" in documents D-2 and D-3, (Figure 2)?

Figures 3, 5 and 6 outline many of the key differences between Julie Miller's known writing of the paragraph which begins "Approval of all contractor" which is the top paragraph in D-1, D-2 and D-3, with the bottom paragraphs in D-2 and D-3. Julie Miller also provided exemplars of this paragraph which were also used in this study. Since key differences were found throughout, outlined in these figures, it is therefore the conclusion of this handwriting examiner that the person who wrote the bottom paragraphs is not Julie Miller. This conclusion is based on a reasonable degree of scientific certainty.

Concerning the last question, Julie Miller states that she did write the letters "JDRM" in the top handwritten paragraph in D-3. She also wrote the initials appearing on lines A & D in document D-1 which were whited out in D-2 and D-3. These knowns and other knowns provided for this investigation were compared with the other JDRM letters on D-2 and D-3. Figures 7 and 8 outline many key differences between the two. It is therefore the conclusion that Julie Miller did not write the letters "JDRM" down the middle of D-2 and D-3. This conclusion is based on a reasonable degree of scientific certainty.

**Qualifications & Compensation**

Having received my training in all phases of handwriting identification and questioned documents in post graduate work at New School University for 5 semesters, I have also worked for the Crime Laboratory at the University of Rhode Island and also for the Department of Human Services and the Attorney General's Office of Rhode Island in Welfare and Food Stamp Fraud for many years. A handwriting expert for thirty years, I have testified over thirty times in court and hundreds of times in Welfare and Food Stamp hearings. Working for the State of Rhode Island, I have also analyzed over 5,000 handwritings as a questioned documents examiner. My full resume including publications is enclosed as an attachment. Also provided is a list of places where I have testified over the last four or more years. The compensation to be paid for my analysis and testimony is $175/hour plus expenses.

Marc J. Seifer, Ph.D.
Court Qualified Handwriting & Document Examiner



*do hereby appoint*                          **D-1**

*do hereby appoint*  BARRY Newman          **D-2**

*do hereby appoint*  Barry Newman          **D-3**

## Figure 1-A

To strike out any subdivision. The principal must draw a line through the text of that subdivision AND write initials in the box opposite.

| | | |
|---|---|---|
| (A) real estate transactions; | (JDRM) | Approval of all contractor |
| (B) chattel and goods transactions; | ( ) | loan advances to Condon- |
| (C) bond, share and commodity transactions; | ( ) | Brown, Inc.  JDRM |
| (D) banking transactions; | (JDRM) | |
| (E) business operating transactions; | ( ) | |

**D-1**

To strike out any subdivision the principal must draw a line through the text of that subdivision AND write initials in the box opposite.

| | | |
|---|---|---|
| (A) real estate transactions; | ( ) | Approval of all contractor |
| (B) chattel and goods transactions; | (JDRM) | loan advances to Condon- |
| (C) bond, share and commodity transactions; | (JDRM) | Brown, Inc.  JDRM |
| (D) banking transactions; | ( ) | |
| (E) business operating transactions; | (JDRM) | |
| (F) insurance transactions; | (JDRM) | |

**D-2**

To strike out any subdivision, the principal must draw a line through the text of that subdivision AND write initials in the box opposite.

| | | |
|---|---|---|
| (A) real estate transactions; | ( ) | Approval of all contractor |
| (B) chattel and goods transactions; | (JDRM) | loan advances to Condon- |
| (C) bond, share and commodity transactions; | (JDRM) | Brown, Inc.  JDRM |
| (D) banking transactions; | ( ) | |
| (E) business operating transactions; | (JDRM) | |
| (F) insurance transactions; | (JDRM) | |
| (G) estate transactions; | (JDRM) | |

**D-3**

## Figure 1-B

Figure 1. Note three renditions of the same document, see Figure 1-A. In Figure 1-B, D-1 differs from D-2 and D-3.



**Figure 2. Three renditions of the same document. Note the different "s" in "advances" and distance of the word "Brown" from the typed line in D-2 as compared to D-3.**

Approval of all contractor loan advances to Condon-Brown, Inc. JDRM

**D-3  Top paragraph**

Approval of all contractor loan advances to Condon-Brown, Inc. JDRM

Q-3

**D-3  Bottom paragraph**

Approval of all contractor loan advances to Condon-Brown, Inc. JDRM

**D-2  Top paragraph**

Approval of all contractor loan advances to Condon-Brown, Inc. JDRM

Q-2

**D-2  Bottom paragraph**

Approval of all contractor loan advances to Condon-Brown, Inc. JDRM

Approval of all contractor loan advances to Condon-Brown, Inc. JDRM

Figure 3. The top paragraph in D-3 and D-2, left side, are admitted samples of Julie Miller, as are the two paragraphs beneath them. Referring to the bottom paragraphs on the right side above, D-3 and D-2, these are in dispute and have therefore been labeled Q-3 which is in document D-3 and D-2 which is in document D-2.

D-1



D-2



D-3

Figure 4. Three renditions of the same document.



Figure 5. K-3 was written by Jule Miller. She states that she did not write Q-3 or Q-2. Note subtle similarities between Q-3 and Q-2 that are not exactly like K-3, see arrows.



Figure 6. In the knowns, the p's are rounder the a's tend to end down with a longer tail, the w swings back, the R has a curlicue inside, the f is not retraced, the last hump of the M is an angle and the ad combination is different.



Figure 7. The top known is from D-3, as are most of the QD's. Note the whited out sections which are also knowns. All other knowns on the left were provided 11/21/03.



Figure 8.  Starting at the left, the J tends to have a left slant in all the knowns, whereas it sometimes slants right in the QD's. The top of the D is curved in the QD only. The R tends to end down in the knowns and up in the QD's and has a c-like aspect in some QD's only. The M is pointed in last hump in knowns only.

Approval of all contractor
loan advances to Condon-
Brown, Inc. JDRM

Approval of all contractor
loan advances to Condon-
Brown, Inc. JDRM

Approval of all contractor
loan advances to Condon-
Brown, Inc. JDRM

Approval of all contractor
loan advances to Condon-
Brown, Inc. JDRM

JDRM
JDRM
JDRM
JDRM
JDRM
JDRM
JDRM
JDRM
JDRM
JDRM

Nov 29 03 05:25p    Seifer Handwriting       401 294-8429          p.5

# MARC J. SEIFER, PH.D.
## HANDWRITING EXPERT
Box 32, Kingston, RI 02881
Phone: (401) 294-2414 Fax: 294-8429

## COURT QUALIFIED

Federal and State Courts, Civil, Bankruptcy and Criminal Court,
State Superior Court, also Grand Jury experience.
Court experience qualified in:
Rhode Island, Connecticut, Massachusetts, New Hampshire, Maine, New York, Texas.
Questioned Documents Expert Certified: New School For Social Research

## SAMPLING OF CLIENTS

Laboratory of Criminological Sciences at University of Rhode Island; United Parcel Service;
Shawmut Bank; Fleet National Bank; Chubb Group Insurance, Arbella Mutual Insurance
Company, RI Board of Dentistry, Kent County Hospital, Warwick Police Department; Attorney
General's Office, RI; Fraud Unit, Naval Undersea Warfare US Navy; The Lawyer's Group, CT.

National clients include attorneys from:
Massachusetts, Rhode Island, Connecticut, New Hampshire, New York,
New Jersey, Washington DC, Georgia, Florida, Texas, Wisconsin, California.

## EDITOR
*Journal of the American Society of Professional Graphologists*

## FELLOW
American College of Forensic Examiners

## OPINIONS GIVEN ON
Forged signatures, disputed wills, stolen credit cards, threatening & anonymous
notes, bankruptcy, immigration & marriage certificates, medical records
falsified insurance claims, real estate embezzlement, graffiti
typewriter identification, fax machine identification
machine copies versus originals, illegible writing
disguised handwriting, domestic violence,
multiple personality, property disputes

## OFFICE & LABORATORY EQUIPMENT
RF Interscience Microscope, 6"X9" portable light box, Power Macintosh
Computer, Epson Perfection 2450 Scanner for duplicating &
enlarging, Pentax single lens camera, Sonagar close-up
lenses, measuring devices and gauges, Bausch & Lomb
magnifying glass, 5X aspheric loop and
12X jeweler's loop, darkroom facilities

## RESEARCH & EXPERIENCE

**2002**     Handwriting and brain trauma. MRI studies of multiple sclerosis and coma victim working with Department of Neurology, School of Medicine, Brown University, Syed Risvi, M.D., specialist in multiple sclerosis and neuro-immunology, Rhode Island Hospital, and Lorcan O'Tuama, M.D. Chief of Neuroradiology, VA Medical Center.

**2000-91**     Fraud Unit, DHS and Food Stamps, Department of Attorney General's Office, RI Topology for fraud cases recently investigated include disguise in handwriting by change of slant, handedness, capital letters, use of print-script instead of cursive, scribbling of exemplars, reduction of size, reversion to Palmer. Over 1000 handwritings involved in study.

**1994**     The Lawyer's Group, Waterbury, CT. $100,000,000 real estate scandal on Wall Street and in Connecticut involving numerous forgeries including free-hand forgeries, tracings and combinations thereof.

**1993**     British Institute of Graphology. Conscious, preconscious and unconscious determinants in handwriting. The least conscious aspects of a writing, such as beginning and ending strokes, use of diacritics, small interior loops, have implications for both branches of the field, for psychological assessment and separately for purposes of handwriting identification.

**1992**     Braintree Hospital, MA. Brain damage affects on handwriting in coma victim, head injury from car accidents. Handwriting samples analyzed before and after accident and during stages of recovery.

**1984-88**     University of California at Los Angeles. Neurophysiological investigation of the handwritings of split-brain (epileptic) patients for Warren TenHouten, Ph.D., and Joseph Bogen, MD. Separated these individuals from matches normal pairs on a blind basis by using an objective graphological scale.

**1985**     Saybrook Institute, San Francisco. Longitudinal study of 40 years of the handwriting of inventor Nikola Tesla. Discovered severe disruption of writing trail in 1906 samples which paired with possible nervous breakdown.

**1981**     National Society for Graphology, New York, NY. Questioned Documents Examination: Clifford Irving forgery and the Howard Hughes Mormon Will.

**1972-73**     Billings Hospital, University of Chicago. Muscle pathology and neurophysiological investigations of the handwritings of schizophrenics and normals for David Goode, MD, and Herbert Meltzer, MD. Successfully differentiated between two groups in blind study using objective handwriting measuring scale.

## SPECIALIZED TRAINING IN DOCUMENT EXAMINATION

2/99        The Handwriting Expert and the Courtroom, Ruth Holmes, instructor, American Society of Professional Graphologists, New York, NY

2/98        The Handwriting Expert and the Courtroom, Ruth Holmes, instructor, American Society of Professional Graphologists, New York, NY.

5/96        The Handwriting of Serial Killers. Patricia Siegel, M.A., instructor, Locust Valley, NY.

11/1991     Two-day Seminar, Questioned Documents Examination. The Institute of Graphological Sciences, TIGS Conference, Judith Housley instructor, Santa Fe, NM.

1974-75     Criminology Laboratory, University of Rhode Island. Questioned Documents Examiner for Dr. David DeFanti. Cases solved: bomb scare note, disguised handwriting of thief from fraternity (out of 45 possible handwritings), vandal's handwriting left on blackboard, scandalous note in police department, various forgeries. (Over 100 hours training.)

1970-72     Post graduate work in all phases of handwriting investigation at the New School for Social Research, New York, NY. Mentor: Professor Daniel Anthony, nationally known expert. Topics include: Handwriting and brain organization, unconscious determinants, questioned documents, laboratory techniques for determining forgeries, use of high magnification, microscope, transmitted light, measurement of significant variables, e.g., size, slant, spacing, pressure, design, details of fundamental structure. (Textbooks, qualifying tests; Over 250 hours training. Five semesters. Letter of certified expertise on file.)

## AFFILIATIONS

American College of Forensic Examiners (Fellow, Board certified)
American Society of Professional Graphologists (Board member)
American Association of Handwriting Analysts
National Society for Graphology

## PRESENTATIONS

5/2003      Handwriting and Brain Trauma. National Society for Graphology, NYC, NY.

8/2001      Handwriting as a tool of investigation in analysis of historical figures. American Association of Handwriting Analysts, Hawaii.

3/2001      Quantitative Analysis and Statistical Design, Roger Williams University

9/2000      Scientific Document Examination, Piccerelli, Gilstein & Company, LLP, Foxwoods, CT.

3/2000      Handwriting and Brain Organization, Brandeis University, Boston, MA

| | |
|---|---|
| 2/2000 | Disguise in Handwriting and Forgeries. American Society of Professional Graphologists, New York. |
| 2/98 | Comparison of John and Patsy Ramsey's handwriting to the JonBenet Ramsey ransom note, American Society of Professional Graphologists, NY |
| 8/1997 | Discussion of Authenticity of Franklin Roosevelt's Signature on a 1916 Document on Litigation on Wireless Communication when Roosevelt was Assistant Secretary of the Navy. Press Conference, United Nations. |
| 3/1994 | Questioned Documents. Two-hour seminar for police officers. Laboratory for Criminological Sciences. University of Rhode Island, Kingston, RI. |
| 7/1993 | Conscious, Preconscious & Unconscious Determinants in Handwriting. British Institute of Graphology, Cambridge University, England. |
| 8/1992 | Brain Damage & Handwriting. American Association of Handwriting Analysts, Denver, CO. |
| 11/1991 | Forgery Detection, (Featured Speaker). Institute of Graphological Sciences, Santa Fe, NM. |
| 11/1987 | Neurological Organization of Fine Motor Control in Split-brain Epileptics. American Society of Professional Graphologists, Washington, DC (co-presenter). |
| 8/1987 | Handwriting and the Stages of Development. The British Institute of Graphology, Oxford University, England. |
| 7/1986 | Handwriting Investigation and Analysis of First Person dDocuments as a Tool in Biography; also Handwriting & brain organization. Council of Graphological Sciences. University of British Columbia, Vancouver, Canada. |
| 3/1985 | The Neurophysiology of Handwriting. International Congress in Graphology, Jerusalem, Israel. |
| 1976-99 | Annual Speaker: National Society for Graphology, New York, NY. Topics: The signature, questioned documents, conscious, preconscious and unconscious determinants in handwriting, handwriting an brain organization, the epileptic split-brain writer, forgery detection |

## JOURNAL ARTICLES & CHAPTERS IN BOOKS

The Telltale Hand: How Writing Reveals the Damaged Brain (2002) *Cerebrum, The Dana Forum for Brain Science*, v. 4, #4, pp. 27-42.

Form Level. (2004) *Journal of the American Society of Professional Graphologists*, (accepted for publication).

Letter from Editor-in Chief. The Founding of the Journal. (1999) *Journal of the American Society of Professional Graphologists*, V, pp. 3-4.

High Stakes: The Gamble for the Howard Hughes Mormon Will. (Forensic analysis of the Mormon Will, Book review & commentary.) (1995/96) *Journal of the American Society of Professional Graphologists*, IV, pp. 111-128.

El Subconsciente en la Escritura. (6/1994) *Gramma: revista de grafologia y ciencias humanas*, V, 19, pp. 33-43, Madrid (translated into Spanish).

Graphology vs. the Questioned Documents Examiner. (10/1994) *The Vanguard.*, p.5.

Conscious, Preconscious & Unconscious Determinants in Handwriting. (1993) Cathy Bryant, (Ed.) *British Institute of Graphologists Tenth Anniversary Symposium Proceedings*. Cambridge, England: BIG Press, pp. 23-51.

The Preconscious in Handwriting. (Fall 1989) *Journal of the American Society of Professional Graphologists*, I, pp. 63-80.

A History of Graphology. (1989) M. Westergaard (Ed.) *Directory of Handwriting Analysts*. Warren, MI: MW Press, pp. 1-14. (Also in 1982, 1983, 1986, 1988 editions.)

Disguise in Handwriting. (Dec. 1988) *Rhode Island Bar Journal*, pp. 23-24.

The Gamble of the Howard Hughes Mormon Will. (Dec. 1988) *Lawyer's Weekly*, pp. 9, 13.

Alexithymia & the Split Brain. (Sept. 1988) *Psychiatric Clinics of North America*, pp. 331 338 (co-author).

Handwriting & Brain Functioning. (1988) A. Carmi & S. Schneider (Eds.) *Experiencing Graphology*. London: Freund Publishing House, pp. 95-123.

The Preconscious in Handwriting. International Graphology Institute, Haifa, Israel, 1985. (Translated into Hebrew.)

Handwriting: A Measure of Muscle Tension in Schizophrenics and Normals. *National Society for Graphology Newsletter*, 1974. (Co-author, David Goode, MD.)

## CONSULTANT

2002    bin Laden's signature, Associated Press International, TV appearance.
2001    The Howard Hughes Mormon Will, The History Channel, TV appearance.

## FEATURED IN

2000    *Rhode Island Monthly*. Analyze This, feature article, June 2000, pp. 48-52, 103-106.
1999    *Taunton Gazette*. Reading Between the Lines, January 2, 1999, Section D, pp. 1-2.
1997    *Scientific American*. Book review of Wizard: The Life & Times of Nikola Tesla, April, pp. 108-111.
1996    *Psychology: Principles & Applications* by S. Worchel and R. Shebliske. New York, NY: Prentice Hall, Publishers (College psychology text), p. 431.

1993    *Narragansett Times*, The Forensic Document Examiner. November 3, p. 12.
1993    *Washington Post*, Nikola Who? Expert on Nikola Tesla and his handwriting, May 4.
1990    *The Economist*, Investigating Handwriting. June, p. 62.

## EDUCATION

| | | |
|---|---|---|
| 1986 | Ph.D. | Saybrook Institute, San Francisco, CA. Major: Psychology. |
| 1974 | M.A. | University of Chicago, Chicago, IL. Major: Psychology. Minor: Neurophysiology |
| 1970-72 | | New School University, New York, NY Major: Handwriting Investigation (5 semesters). |
| 1971 | | School of Visual Arts, New York, NY. Major: Photography. |
| 1970 | B.S. | University of Rhode Island, Kingston, RI Major: Finance; Minor: Psychology |

## COLLEGE INSTRUCTOR

| | |
|---|---|
| 2001- | Roger William University, Bristol, RI. Psychology, Quantitative Analysis, Adjunct Faculty. |
| 1982- | Bristol Community College, Fall River, MA. Satellite campuses, Attleboro, New Bedford, Fall River Psychology Department, Adjunct Faculty. |
| 1988- | Community College of Rhode Island, Warwick, RI. Satellite campuses, Newport, Wakefield, Wickford, Westerly Psychology Department, Adjunct Faculty. |
| 1974-90 | Providence College School of Continuing Education, Providence RI. Interdisciplinary Department: Psychology & history, Dreams, Adjunct Faculty. |
| 1985 | Mass Bay Community College, Newton, MA. Handwriting Investigation. |
| 1976 | Rhode Island College, Providence, RI Third Curriculum Handwriting Investigation |
| 1975 | University of Rhode Island Summer School Handwriting Investigation |

## ADDITIONAL LIST OF CLIENTS

Adams Drug Store, Providence, RI
Arbella Mutual Insurance Company
Attorney General's Office, Providence, RI
Chubb Group of Insurance, Boston, MA
Department of Human Services, Fraud Unit, Providence, RI
Deutsche Credit Corporation, Worcester, MA
Edmund Place Health Center, E. Providence, RI
Fields Point Waste Treatment Center, Providence, RI
Fleet Bank, Providence, RI
RI Board of Examiners in Dentistry
Health Management Consultants, Miami, FL
Kent County Hospital, Warwick, RI
Office of Rehabilitation Services, Providence, RI
Metropolitan Life Insurance Company
Law Offices of Ciccone, Coughlin, Waldman & Maritinous, Providence, RI
Law Offices of Green, Kahn, Piotrkowski, Miami, FL
Law Offices of Edwards & Angel
Law Offices of Haronian, Paquinn, Bramley & Harrington, Warwick, RI
Law Offices of Hines & Patz, Providence, RI
Law Offices of Jack Cicilline, Providence, RI
Law Offices of Lewiss & Baverle, Westerly, RI
Law Offices of McKinnon & Harwood
Law Offices of McDonald, Ferdinandi and Mastrati, Cranston, RI
Law Offices of McGovern, Noel and Benik
Law Offices of Medeiros & Sanford
Law Offices of Michaelson & Michaelson & Zurier, Providence, RI
Law Offices of Packer, O'Keefe, Olner & Olsen, Wickford, RI
Law Offices of Paul DiMaio, Providence, RI
Law Offices of Robert Mann
Law Offices of Robert T. Karns, Providence, RI
Law Offices of Thomas Chester, Providence, RI
Law Offices of Tillinghaus, Licht & Semonoff, Providence, RI
Law Offices of William Hardman III, Cranston, RI
Naval Undersea Warfare, US Navy, Newport, RI
Peace Dale Elementary School, Peace Dale, RI
Phoenix-Griffin Group, Providence, RI
South County Police Department, RI
Shaumut Bank, New London, CT
United Parcel Service, Providence, RI
Warwick Police Dept., Warwick, RI

**Textbooks** include: *Suspect Documents* by Harrison, *Questioned Documents* by Osborne, *Document Examiner Textbook* by Dines, *Experiments in Handwriting* by Saudek, *Diagrams of the Unconscious* by Wolff, *International Journal of Forensic Document Examiners*.

# Marc J. Seifer, Ph.D.
### HANDWRITING EXPERT
**Box 32, Kingston, RI 02881**
Phone/Fax 401 294-2414
mseifer@cox.net

November 24, 2003

## Court Cases

Note: I have testified literally hundreds of times in the last 6 years at hearings for the Department of Human Services and also the Attorney General's Office in Rhode Island for Welfare and Food Stamp Fraud. The contact person at DHS is George Moriarity (401) 222-2844 and at the AG's office Adel Irizarri at (401) 274-4400.

The list below contains many cases within the last four or more years a number of which went to court or had depositions.

| | |
|---|---|
| Wesley Spears<br>Attorney at Law<br>53 Russ Street<br>Hartford, CT 06106 | Labor dispute as to whether or<br>not a piece of equipment was<br>legally removed from the premises.<br>Federal Court, Hartford 11/2 and 11/9/01<br>Deposition and court testimony. |
| Jack Cicilline<br>Attorney at Law<br>165 Atwells Ave<br>Providence, RI     02903 | Extradition case, 1990, aspects of this<br>case still in litigation. I appeared at the<br>trial for the defendant. Kent County<br>Court House, RI, Criminal Court. Judge: John Sheehan<br>I am on the witness list for the civil case which<br>Ended in a mistrial in Florida this September, 2003.<br>The case is being continued. |
| Peter Berman<br>Raskin and Berman<br>116 E. Manning St<br>Providence, RI 02906 | Goldblatt vs Sugerman Funeral Homes<br>This was a trial. I went to trial, but<br>case settled before I took stand. Providence, RI |
| Anthony Quentin<br>Sheffield & Harvey<br>47 Long wharf Mall<br>POB 339<br>Newport, RI 02840 | Dorothy Bates v. Fleet Bank<br>Newport, RI |
| Kennth Rampino<br>615 Jefferson Blvd, suite 104<br>Warwick, RI 02886 | Raynham Police Dept vs. K. Klapp<br>Massachusetts Trial |

Howard Birnback
111 Great Neck Rd
Great Neck, NY 11021

Citibank vs. Yvonne Johnson
State Supreme Court in NY

Christine Curley
275 Beacon Drive
N. Kingston, RI 02852

Becker vs. Interstate Litho Corp
Trial in Boston, MA

Raymond Baribeault
Suisman, Shapiro, et. al
POB 1591
New London, CT 06320

Shawmut Bank vs. Guiel
Federal Bankruptcy Court
Judge Krechevsky, Hartford, CT

Patricia Murphy
Raimo & Murphy
67 Central St
Manchester, NH 03101

Fedderson vs. Cannon
Divorce trial, NH

Richard van Nostrand
Mirick, O'Connell et. al
1700 Bank of Boston Tower
100 Front St
Worcester, Ma 01608

Deutsche Credit Corp vs. Edward White
MA trial

Harold Levy
Richard Gerter Law Offices
400 Garden City Plaza
Garden City, NY 11530

Lenmore vs. Genova
NY Trial
settled during trial date
before I got on stand

Jeff Rose
Providence, RI

Rose vs. Mahan
dispute over a lease
Maine trial 11/10/99

Carol Glick
Hines & Patz
1492 Turks Head Bldg
Providence RI 02901

Cok vs. Montes de Oca
Deposition, Providence RI

Sam Zurier
Michaelson, Michaelson & Zurier
321 South Main St
Providence, RI 02903

Orsini vs. Marano
Deposition

Paul DiMaio
215 Broadway
Providence, RI 02903

State vs. Edward Butola
Criminal court, RI

Stacey Veroni
Department of Attorney General
150 South Main Street
Providence, RI 02903

State vs. Melvin Fuentes
Criminal Court
Providence, RI

Jerry McIntyre
Skolnik, McIntyre &Tate
321 South Main St
Providence, RI 02903

Taylor vs. Taylor
I went to court (9/03)
however, case settled
before I took the stand