# MARC J. SEIFER, Ph.D.
## HANDWRITING EXPERT
Box 32 • Kingston, RI 02881
(401) 294-02414 • Fax: 294-8429
mseifer@cox.net

January 25, 2005

Patrick Begos
Begos & Horgan
327 Riverside Ave.
Westport, CT 06880

**Case: Julie Miller v. Merrill Lynch Credit Corp.**

**Addendum**

I have been asked to re-examine this case to determine who wrote the JDRM's and bottom handwritten paragraph on D-3, which is the original #21505 Power of Attorney document. During the January 11, 2005 deposition, Jay Falini (JF) admitted to writing the JDRM's and the bottom paragraph to D-2, which was another version of this same document seen in my original 11/29/2003 report as Figure 4. JF has also admitted to writing on other documents he faxed such as the word "Disregard" on 12/2/99.

In an earlier report I compared D-3 and D-2 to Julie Miller's known handwriting and determined that Julie Miller did not write various aspects of these two documents. This present report will show that the person who wrote the key segments on D-2, which would be the bottom "Approval of all contractor" paragraph and the JDRM's is the same person who wrote the same words and letters on D-3.

Figure 1 is adapted from Figure 5 my original 11/29/2003 report. Figure 2 is adapted from the original 11/29/2003 Figure 8 with the addition of the word "Disregard," discussed above, which is a JF exemplar now labeled K-1. Since the time of the original report new information has come to light. JF has now admitted to having written Q-2, so this acronym has been changed to K-2 (for Known #2). K-1 on Figure 2 is another JF exemplar. Julie Miller's exemplars are now referred to as S-1 (for Standard #1).

**Analysis**

Figure 1 shows many similarities between Q-3 and K-2 (JF's handwriting) and corresponding dissimilarities between these two writings as compared to S-1 (JM's handwriting). Referring to Figure 1 and starting at the left, the second p in "Approval" is significantly higher in Q-3 and K-2. The connecting stroke on the word "of" is longer on Q-3 and K-2 as compared to S-1. The "a" in "contractor" in Q-3 and K-2 tends to turn up, whereas that "a" turns down in S-1. The ending "r" is v-like in Q-3 and K-2, but not in S-1. The "ad" in "advances" is disconnected in Q-3 and K-2 but connected in S-1. The "o" in "to" is open in Q-3 and K-2, but closed in S-1. The bottom of the "B" in "Brown" hooks right in Q-3 and K-2.

Figure 2 compares the "JDRM's". The "J" of K-2 has similar waviness to Q-3 (bottom "J"), whereas S-1's are smoothly written. The "D's" of Q-3 are similar to K-2 and K-1, last "D". Note that S-1's "D's" are written entirely differently. See the top of the letter overextending in S-1 only. The "R's" of K-1 and K-2 match Q-3, but do not match S-1. The last hump of the "M" in S-1 is sharp, but it is rounded in K-2 and Q-3.

**Conclusion**

It has already been established in a previous report that S-1 (Julie Miller's handwriting) does not match Q-3 or K-2 (formally called Q-2) which would be the bottom paragraphs of D-2 and D-3 (see Figure 4). JM's writing also does not match the "JDRM's" in question from D-2 and D-3. Jay Falini has admitted to writing much of D-2. Due to the great similarities between JF's handwriting seen in D-2 (called K-2 in Figures 1 and 2) and also in K-1 (the word "Disregard" from his 12/2/99 fax), it is the conclusion of this handwriting examiner that Jay Falini also wrote the bottom paragraph and the "JDRM's" in question in D-3, the original Power of Attorney. This conclusion is based on a reasonable degree of scientific certainty.

_Marc Seifer_                                     1/25/05
_____          _____
Marc J. Seifer, Ph.D.                              Date: 1/25/05
Court Qualified Forensic Documents Examiner



Figure 2. K-2 is from Document 2. Formally known as Q-2, K-2 is a known sample of Jay Falini's handwriting. K-1 is another known sample. Q-3 is the original document (021505) and S-1 are three samples of Julie Miller's known handwriting. The D's of Q-3 are similar to the last D of K-1. The J of K-2 has a wavy top line much like one of the J's of Q-3, and the R is a good match for K-1, K-2 and Q-3. Note also the M's. The second hump is a retraced angle in S-1, whereas the second hump degrades into a curve in K-2 and Q-3.

DEC-02-1999  11:11        MERRILL LYNCH                                    P.01/02


**Merrill Lynch**

Jay K. Falini
　　Financial Consultant
　　　Private Client Group
Certified Financial Manager

PO Box 61580
King of Prussia, PA 19406
1 800 937 0764
x 8411
1 610 265 1093  fax
jayfalini@pclient.ml.com

To: _Kevin Hubert_

Fax Number: _203 348 1674_
Telephone:

Date: _12/2/99_

# of pages: _2_

Assistants: Sue Leopold x8443/Dana Micelli x8441/Chris Hill x8437

Message: _RE: Mull_
_POA_

CONFIDENTIALITY NOTE:
This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that any retention, dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the United States Postal Service. Thank you.

PLAINTIFF'S EXHIBIT

DEC-02-1999   11:11      MERRILL LYNCH                                                      P.02/02

C 54 G – POWER OF ATTORNEY – STATUTORY SHORT FORM    A O  RVST-1         Copyright ©1995 ALL-STATE LEGAL SUPPLY CO.
(With Durable Power Clause)   (Revised Oct. 1990)                          One Commerce Drive, Cranford, N.J. 07016

NOTICE: The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, sections 1-42 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I, JULIE DILLON RIPLEY MILLER                                              (insert name and address of the principal)

do hereby appoint                                              (insert name and address of the agent, or such AGENTS, if more than one is designated)

my attorney(s)-in-fact TO ACT.
(If more than one agent is designated and the principal wishes each agent signed to be able to exercise the powers conferred, insert in this blank the word "severally." Failure to make any insertion or the insertion of the word "jointly" shall require the agents to act jointly.)

First: In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I may be permitted by law to act through an agent:

(Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).)

To strike out any subdivision, the principal must draw a line through the text of that subdivision AND write initials in the box opposite.

(A) real estate transactions;                    (JDRM)    Approval of all contractor
(B) chattel and goods transactions;              (    )     loan advances to Condon-
(C) bond, share and commodity transactions;     (    )     Brown, Inc.  JDRM
(D) banking transactions; JDRM                   (JDRM)
(E) business operating transactions;             (    )
(F) insurance transactions;                      (    )
(G) estate transactions;                         (    )
(H) claims and litigation;                       (    )
(I) personal relationships and affairs;          (    )
(J) benefits from military service;              (    )
(K) records, reports and statements;             (    )
(L) health care decisions;                       (    )
    (see definition on back)
(M) all other matters;                           (    )
    Special provisions

(Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of the Connecticut Statutory Short Form Power of Attorney Act.)

Second: With full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select.

Third: Hereby ratifying and confirming all that said attorney(s) or substitute(s) may do or may cause to be done.

SURVIVAL OF AUTHORITY UPON DISABILITY AND INCOMPETENCE OF PRINCIPALS

This Power of Attorney SHALL NOT be affected by the subsequent disability or incompetence of the principal.

Witness      hand      and seal      this   2   day of  December , 1999
SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_Nancy D Borchetta_                                      _Julie Dillon Ripley Miller_
Nancy D Borchetta                      Witness          Signature of Principal
_Theresa M Marsan_                                      JULIE DILLON RIPLEY MILLER
Theresa M Marsan                       Witness

DEC-02-1999 12:10    MERRILL LYNCH                                               P.01/03


**Merrill Lynch**

Jay K. Falini
    Financial Consultant
    Private Client Group
Certified Financial Manager

PO Box 61580
King of Prussia, PA 19406
1 800 937 0764
x 8411
1 610 265 1093 fax
jayfalini@pclient.ml.com

To: Kevin Huben

Fax Number: 203 348 1674
Telephone:

Date: 12/2/99

# of pages: 3

Assistants: Sue Leopold x8443/Dana Micelli x8441/Chris Hill x8437

Message: RE: Miller POA

DISREGARD prior fax

**CONFIDENTIALITY NOTE:**
This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that any retention, dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the United States Postal Service. Thank you.

PLAINTIFF'S EXHIBIT

DEC-02-1999  12:10         MERRILL LYNCH                                                P.02/03

NOTICE: The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, sections 1-48 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I, JULIE DILLON RIPLEY MILLER

(insert name and address of the principal)

do hereby appoint  BARRY NEWMAN

(insert name and address of the agent, or each agent, if more than one is designated)

my attorney(s)-in-fact TO ACT:

(If more than one agent is designated and the principal wishes each agent alone to be able to exercise the power conferred, insert in this blank the word "severally." Failure to make any insertion or the insertion of the word "jointly" shall require the agents to act jointly.)

First: In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I may be permitted by law to act through an agent:

(Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).)

To strike out any subdivision the principal must draw a line through the text of that subdivision AND write initials in the box opposite.

| | | |
|---|---|---|
| (A) real estate transactions; | ( ) | Approval of all contractor |
| (B) chattel and goods transactions; | (JDRM) | loan advances to Condon- |
| (C) bond, share and commodity transactions; | (JDRM) | Brown, Inc. JDRM |
| (D) banking transactions; | ( ) | |
| (E) business operating transactions; | (JDRM) | |
| (F) insurance transactions; | (JDRM) | |
| (G) estate transactions; | (JDRM) | |
| (H) claims and litigation; | (JDRM) | |
| (I) personal relationships and affairs; | (JDRM) | |
| (J) benefits from military services; | (JDRM) | |
| (K) records, reports and statements; | (JDRM) | |
| (L) health care decisions; (see definition on back) | (JDRM) | |
| (M) all other matters; | ( ) | Approval of all contractor |
| Special provisions | ( ) | loan advances to Condon-Brown, Inc. JDRM |

(Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of the Connecticut Statutory Short Form Power of Attorney Act.)

Second: With full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select.

Third: Hereby ratifying and confirming all that said attorney(s) or substitute(s) may do or may cause to be done.

SURVIVAL OF AUTHORITY UPON DISABILITY AND INCOMPETENCE OF PRINCIPALS

This Power of Attorney SHALL NOT be affected by the subsequent disability or incompetence of the principal.

Witness      hand      and seal      this  2  day of December , 1999
SIGNED, SEALED AND DELIVERED
    IN THE PRESENCE OF

_____          _____
Nancy D Borchetta                         JULIE DILLON RIPLEY MILLER
                          Witness                       Signature of Principal

_____
Theresa M Marsan
                          Witness

DEC-02-1999  12:11       MERRILL LYNCH                                                P.03/03

STATE OF CONNECTICUT  } ss. Rowayton
COUNTY OF Fairfield

The foregoing POWER OF ATTORNEY with provision for SURVIVAL OF AUTHORITY was acknowledged before me this 2 day of December, 1999.

by _____Nancy R. Perdella_____

Notary Public
My Commission Expires Oct. 31, 2002          Notary Public
                                             Commissioner of the Superior Court

**HEALTH CARE DECISIONS**

In this power of attorney, the language conferring general authority with respect to health care decisions shall be construed to mean that the principal, who, in the judgment of the attending physician, is unable to receive and effectively evaluate information pertaining to any health care decision, or to effectively and rationally communicate such decisions, authorizes the agent to consent to, refuse to consent to, or withdraw consent to any medical treatment other than that designed solely for the purpose of maintaining physical comfort, the withdrawal of life support systems or the withdrawal of nutrition or hydration.

**Power of Attorney**

TO

Dated _____ 19__

** TOTAL PAGE.005 **

**POWER OF ATTORNEY — STATUTORY SHORT FORM**
(With Durable Power Clause)    (Revised Oct. 1990)

Copyright ©1988 ALL-STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N. J. 07016

<u>NOTICE:</u> *The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, sections 1-42 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.*

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I, JULIE DILLON RIPLEY MILLER

(insert name and address of the principal)

do hereby appoint Barry Newman

(insert name and address of the agent, or each agent, if more than one is designated)

my attorney(s)-in-fact TO ACT:
(If more than one agent is designated and the principal wishes each agent alone to be able to exercise the power conferred, insert in this blank the word "severally." Failure to make any insertion or the insertion of the word "jointly" shall require the agents to act jointly)

**First:** *In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I may be permitted by law to act through an agent:*

[Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).]

To strike out any subdivision, the principal must draw a line through the text of that subdivision AND write initials in the box opposite.

| | | |
|---|---|---|
| (A) real estate transactions; | [ ] | Approval of all contractor loan advances to Condon-Brown, Inc. JDRM |
| (B) chattel and goods transactions; | [JDRM] | |
| (C) bond, share and commodity transactions; | [JDRM] | |
| (D) banking transactions; | [ ] | |
| (E) business operating transactions; | [JDRM] | |
| (F) insurance transactions; | [JDRM] | |
| (G) estate transactions; | [JDRM] | |
| (H) claims and litigation; | [JDRM] | |
| (I) personal relationships and affairs; | [JDRM] | |
| (J) benefits from military service; | [JDRM] | |
| (K) records, reports and statements; | [JDRM] | |
| (L) health care decisions; (see definition on back) | [JDRM] | |
| (M) all other matters; | [ ] | Approval of all contractor loan advances to Condon-Brown, Inc. JDRM |
| Special provisions | [ ] | |

(Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of the Connecticut Statutory Short Form Power of Attorney Act.)

**Second:** *With full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select.*

**Third:** *Hereby ratifying and confirming all that said attorney(s) or substitute(s) may do or may cause to be done.*

<u>SURVIVAL OF AUTHORITY UPON DISABILITY AND INCOMPETENCE OF PRINCIPALS</u>

This Power of Attorney SHALL NOT be affected by the subsequent disability or incompetence of the principal.

**Witness** hand and seal this 3 day of December, 19__

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_____
Nancy D Borchetta
Witness

_____
Theresa M Marsan
Witness

_____
Julie Dillon Ripley Miller
(Signature of Principal)
JULIE DILLON RIPLEY MILLER

RECORDED AS RECEIVED

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via Federal Express overnight delivery, on June 24, 2005 on:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

Patrick W. Begos