UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim<br>    Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03 CV 1016 (RNC)<br><br><br><br><br><br>AUGUST 1, 2005 |

## SECOND SUPPLEMENTAL AFFIDAVIT OF DOUGLAS C. CONROY

STATE OF CONNECTICUT )
                     ) ss: Stamford
COUNTY OF FAIRFIELD  )

Douglas C. Conroy, being first duly sworn, deposes and states:

1.  I am a member of Paul, Hastings, Janofsky & Walker LLP, 1055 Washington Boulevard, Stamford, Connecticut, 06901, and a member of the bar of this Court.

2.  I make this Affidavit in my capacity as counsel of record for Merrill Lynch Credit Corporation ("MLCC"), defendant and counterclaimant in the above-entitled action.

3.  In further support of MLCC's motion for summary judgment, the purpose of this Second Supplemental Affidavit is to place before the Court true and correct copies of additional portions of deposition testimony and certain related documents.

4.  The deposition of Plaintiff Julie Dillon Ripley Miller ("Miller") was taken on three separate occasions at my firm's office in Stamford, Connecticut: October 20, 2003, October 21, 2003, and January 5, 2005. Attached hereto as **Exhibit A** are the following pages from

Miller's deposition transcript: 43-46, 49-50, 59-74, 152-155, 158-161, 173-175, 201-212, 225-227, 234, 241, 273-275, and 425.

5. The deposition of Richard J. Homberger ("Homberger") was taken on two separate occasions at my firm's office in Stamford, Connecticut: December 17, 2003 and March 8, 2004. Attached hereto as **Exhibit B** are the following pages from Homberger's deposition transcript: 27, 38-39, 54-55, 58, 60, 163, 180, 195-199, 204-206, 213-217, 237-255.

6. Attached hereto as **Exhibit C** is a true and correct copy of a Statement of Forecasted Cash Receipts and Disbursements produced by Plaintiff Miller, and marked as Exhibit 15 to Miller's deposition.

7. Attached hereto as **Exhibit D** is a true and correct copy of a FDIC Press Release that was marked as Exhibit 16 to Homberger's deposition.

8. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff's Second Amended Complaint.

9. Attached hereto as **Exhibit F** is Plaintiff's Reply to Counterclaims dated April 4, 2005.

DOUGLAS C. CONROY

Subscribed and sworn to
before me this 1st day of
August 2005.

Notary Public
My Commission Expires:_____

DEBRA A. JOHNSTONE
NOTARY PUBLIC
Commission Expires April 30, 20 10

2

## CERTIFICATE OF SERVICE

This is to certify that on this August 1, 2005, a copy of the foregoing SECOND SUPPLEMENTAL AFFIDAVIT OF DOUGLAS C. CONROY was delivered via first class U.S. mail to:

>Patrick W. Begos, Esq.
>Christopher Brown, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880

>Jonathan S. Bowman, Esq.
>Ari Hoffman, Esq.
>COHEN AND WOLF
>1115 Broad Street
>Bridgeport, CT 06604

_____
Douglas C. Conroy

STM/300850.1

3