# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**COPY**

------------------------------X

JULIE DILLON RIPLEY MILLER,        :   CIVIL ACTION

    Plaintiff                      :   NO: 3:03-CV-1016

VS.                                :   (RNC)(DFM)

MERRILL LYNCH CREDIT CORPORATION,  :

    Defendant                      :

------------------------------X

VOLUME I, PAGES 1 - 188

DEPOSITION OF: JULIE DILLON RIPLEY MILLER

DATE: OCTOBER 20, 2003

HELD AT: PAUL, HASTINGS, JANOFSKY & WALKER

         1055 WASHINGTON BOULEVARD

         STAMFORD, CONNECTICUT

Reporter: Margaret A. Sharpe, LSR 00023

BRANDON SMITH REPORTING SERVICE

44 Capitol Avenue

Hartford, CT 06106

(860) 549-1850

John@brandonreporting.com

BRANDON SMITH REPORTING SERVICES

```
 1      A      Decorator.
 2      Q      -- decorating.  And all of these people
 3   would come to these meetings?
 4      A      Yes.
 5      Q      Is that a yes?
 6      A      Yes.
 7      Q      Okay.  Did any of them provide you with
 8   budgets?
 9      A      Good question, no.
10      Q      Okay.  So that you were not in the position
11   then to give Mr. Falini any budgets they gave to you?
12      A      Correct.
13      Q      Did you ask them for budgets?
14      A      No.
15      Q      As you sit here today, do you recall if
16   there was a reason why you did not ask them for budgets?
17      A      Again, I trusted Mr. Falini to give me
18   guidelines; and I never -- I never asked, no.
19      Q      How did you expect Mr. Falini to give you
20   guidelines if you yourself did not have budgets to work
21   from?
22      A      I don't know.
23      Q      Okay.  Did Mr. Falini ever say to you in
24   words, substance, or effect that you should get budgets
25   from any of these people?
```

Page 44

1    A    No. And that's why I encouraged him to come
2  to my meet -- our meetings so that he could, hopefully,
3  talk to some of these people.
4    Q    During any of these meetings, do you recall
5  him asking them for budgets?
6    A    I sometimes wasn't there every single
7  moment, so I don't know if he did or didn't; but I
8  certainly encouraged him to communicate with them, with all
9  the parties involved --
10    Q    Did Mr. --
11    A    -- on my behalf.
12    Q    Did you believe that Mr. Falini was
13  functioning as the construction manager?
14    A    No.
15    Q    Let's talk about plans for the improvements
16  on the house. At any point in time did you have a set of
17  plans that you regard to be the final plans for the
18  construction of the house?
19    A    Yes.
20    Q    And when was that?
21    A    Final plans -- final plans really would have
22  been somewhere around November 1999. There were different
23  changes made at different times.
24    Q    As you sit here, do you recall that the
25  final plans were created because you were going to obtain a

1  new loan from Merrill Lynch Credit Corp to allow completion
2  of the house?
3      A    Yes.
4      Q    Did you understand that Merrill, before it
5  made that loan, needed a set of what we regard as final
6  plans?
7      A    Yes.
8      Q    And up to that time, there had not been what
9  you regarded as final plans, correct?
10     A    Correct.
11     Q    Did you ever complain to your architect
12 about that?
13     A    Yes.
14     Q    And did he ever give you any reason for why
15 there had not been final plans up to that point in time?
16     A    No, he just kept revising the plans.
17     Q    Was he revising the plans at your request?
18     A    Again, I trusted a lot of these people to do
19 the right thing. Whether they did the right thing or not
20 is open for discussion, I suppose; but there were changes
21 made from the architect, decorator, and then the builder
22 would have to incorporate them.
23     Q    And some of those changes were made --
24 strike that.
25          Were any of those changes made without your

Page 46

1  approval?
2     A    No, I was always asked about the changes and
3  they made sense at the time.
4     Q.   Did you ever show Mr. Falini a copy of the
5  plans for the house?
6     A    Yes.
7     Q    Was it the final plans as we've just been
8  referring to it or was it an earlier version?
9     A    I showed him all of the steps along the way,
10 whatever we had, at whatever time, so we --
11    Q    Would this be when he came up for those
12 meetings?
13    A    Yes.
14    Q    And if there were plans there, would you
15 show them to them?
16    A    Yes.  There was a trailer on the back of the
17 property where all the plans were, and that's often where
18 we would meet and go over the plans.  So he had -- he saw
19 the plans every step of the way.
20    Q    Did Mr. Falini ever tell you he had any
21 expertise in architecture?
22    A    No, I did not expect him to.
23    Q    Did he ever tell you he had expertise in
24 interior decorating?
25    A    No.

Miller vs Merrill Lynch

10/20/2003                                    Julie Dillon Ripley Miller

Page 49

1   because that was about the time the Mortgage 100 loan that
2   is the subject of your lawsuit was created -- how were you
3   financing the improvements that were being made on the
4   house?
5       A       Out of my different checking accounts.
6       Q       Were those all checking accounts at Merrill
7   Lynch?
8       A       Yes.
9       Q       And how, in turn, were you acquiring the
10  funds to write those checks against?
11      A       There were different accounts that were
12  created for my house on Winter Street and 21 Point Road
13  construction account. They were just whole different
14  accounts.
15      Q       I understand that. But money had to go into
16  those accounts to honor the checks that you were writing,
17  correct?
18      A       Correct.
19      Q       And how were you arranging for money to be
20  deposited into those accounts to cover those checks?
21      A       That was -- Jay Falini was doing that,
22  transferring money from different accounts.
23      Q       Well, if you didn't want to sell any stock
24  because of the capital gains concerns, --
25      A       Right.

Page 50

1   Q   -- how was Mr. Falini transferring money?

2   A   I'm not really sure. I just trusted him to
3   make sure that all of my checks were covered.

4   Q   Do you recall learning at some point in
5   time that you were, in effect, borrowing money against the
6   value of your account on margin?

7   A   No. I never, never thought we were doing
8   that.

9   Q   You never thought you were doing that?

10  A   No.

11  Q   So you have an estimate, as you sit here
12  today, as to approximately how much had been paid in
13  connection with the improvements on your house prior to
14  November 1999?

15  A   It was somewhere around three to four
16  million.

17  Q   And all of this money was coming out of your
18  accounts, correct?

19  A   Correct.

20  Q   And, therefore, you knew that Mr. Falini was
21  doing something to provide this cash to you, correct?

22  A   Correct.

23  Q   And you knew he wasn't selling your stocks,
24  correct?

25  A   Yes, I assumed he was not selling my stocks.

1       A       I did not have very many conversations with
2   him when he was at Smith Barney.
3       Q       Okay. I don't want to put a -- there was
4   more than one, correct?
5       A       He -- well, basically, he went to Smith
6   Barney in January and that was the end of our relationship.
7       Q       Okay. But during the conversations you had
8   after he left Merrill Lynch, you never told him you were
9   unhappy with what he had done for you at Merrill?
10      A       I think he was quite aware that I was, but I
11  don't remember if I actually spelled it out in black and
12  white.
13      Q       What do you base that on, that he was aware
14  that you were?
15      A       Because he came to the house before I had to
16  go down to Washington and -- with -- my attorney Eric
17  Vaughn-Flam was there then, and Barry Newman from Schwartz
18  and Hofflick, my accountant who did my taxes; and they were
19  saying that I should sell the house. And I was
20  disappointed in Jay that we had gotten to that point, and I
21  basically said goodbye to him then.
22      Q       You said this was before you had to go down
23  to Washington?
24      A       Yes, my father was in the hospital.
25      Q       Okay. And --

Page 60

1   A   It would have been around January 15, 2001,
2   I think; but I'm not sure of the date.
3   Q   And you believe Mr. Falini had left Merrill
4   Lynch at that point in time?
5   A   No, he had left Merrill at that point in
6   time.
7   Q   He came to your house?
8   A   Yes.
9   Q   The new house?
10  A   Yes.
11  Q   And you say Mr. Newman was there also?
12  A   Mr. Newman and Mr. John Vaughn-Flam.
13  Q   Had you asked him to meet with you and Mr.
14  Newman?
15  A   Yes.
16  Q   And Mr. Vaughn-Flam?
17  A   Yes.
18  Q   Had you told him the reason for the meeting?
19  A   Yes.
20  Q   And what did you say?
21  A   We were trying to figure out what to do.
22  Q   What to do in what sense?
23  A   Because the mortgage payments were -- I'm
24  trying to remember if that's when the construction loan
25  became permanent and the mortgage payments were just