Page 71

```
 1         Q      Well, you learned at some point in time the
 2   $7.5 million was not going to -- all that money wasn't
 3   going to go to Mr. Brown, didn't you?
 4         A      No, I never learned that until -- I don't
 5   even -- actually, no. I don't know that I even knew that
 6   until now. I was always under the impression it was the
 7   construction loan.
 8         Q      Just so we clear, you understood this was
 9   going to be an additional $7.5 million on top of everything
10   you already paid?
11         A      Yes.
12         Q      And that all of that was going to go to
13   Condon-Brown?
14         A      Yes.
15         Q      Do you recall that after the construction
16   loan was provided, that you were asked to sign various
17   approvals for checks to be made payable to Condon-Brown?
18         A      Every month there would be a disbursement.
19   I think I have copies of some of them --
20         Q      Okay.
21         A      -- from Merrill Lynch's schedule for the
22   construction.
23         Q      And you would be asked to sign those,
24   correct?
25         A      I believe so. I'm not sure I remember that
```

Miller vs Merrill Lynch

10/20/2003                                                     Julie Dillon Ripley Miller

Page 72

1    I signed every single one.
2         Q    But you do recall signing some?
3         A    Yes.
4         Q.   Do you recall as you sit here today, being
5    generally aware of the amounts of those disbursement
6    approvals?
7         A    Not really.
8         Q    Did you ever read them before you signed
9    them?
10        A    Again, I trusted Jay to have read all of
11   these things. I'm not sure I really read them all. There
12   was also another name, John Fontana, who I believe was part
13   of Merrill Lynch. I'm not sure who he was. He would come
14   out and actually do all of the check off on the
15   disbursements with Mr. Brown.
16        Q    Did Mr. Falini ever tell you he was reading
17   these disbursement approvals?
18        A    I don't know if I ever asked him.
19        Q    So you just assumed that he was reading
20   them?
21        A    I assumed he was reading them.
22        Q    But do you know that Mr. Fontana would come
23   out and work with Mr. Brown and go over the work that had
24   been done?
25        A    Correct.

Page 73

1   Q   So that is it fair to state, based on your
2   earlier testimony, that you believe as you sit here today,
3   after the construction loan was approved, an additional
4   $7.5 million was paid to Condon-Brown?
5   A   That's what I believe.
6   Q   After the construction loan was approved,
7   did Mr. Falini come up to meet with you?
8   A   No.
9   Q   I'm excluding the January '01 meeting.
10  A   Right. Not very often, because then it was
11  sort of out of his hands.
12  Q   Did you ever meet a gentleman named
13  Greenbaum?
14  A   No.
15      MR. BEGOS:   Rosenbloom?
16  BY MR. CONROY:
17  Q   You ever meet anyone named Rosenbloom?
18  A   No, I never met Mr. Rosenbloom.
19  Q   Did you ever ask Mr. Fontana any questions
20  about the progress of the construction?
21  A   Yes.
22  Q   This would be during his visits?
23  A   During his visits, yes.
24  Q   And would he respond to your questions?
25  A   Yes, he'd show me -- if I was there, he

Page 74

1   would show me how things were progressing. There was a
2   check list. He would check off how things were going.
3        Q    Do you have any reason to question Mr.
4   Fontana's work on the construction project?
5        A    No, he seemed to know what he was doing.
6        Q    As you sit here today, do you believe any of
7   the expenditures on the construction project, after the
8   construction loan was provided to you, were improper?
9        A    No.
10       Q    Did the construction loan cover payments to
11  Mr. Mann or Greenbaum-Mann?
12       A    No.
13       Q    And did you continue to receive bills from
14  Mr. Mann or his company after the construction loan was
15  written?
16       A    Yes.
17       Q    And you paid those yourself?
18       A    Yes.
19       Q    Did you continue to pay the interior
20  decorator after the construction loan was approved?
21       A    Yes.
22       Q    What other expenses in connection with the
23  improvements to the house were you continuing to pay after
24  the construction loan was approved?
25       A    Basically, that was it.

Page 152

1   her, asked Mr. Falini to make arrangements for you to gain
2   access to funds that were being held in an account for the
3   benefit of Merrill Lynch Credit Corporation?
4       A.   No, I don't remember.
5       Q    Did you become aware at some point in time
6   that one of your accounts was held for the benefit of
7   Merrill Lynch Credit Corporation?
8       A    Yes, I did.  Somewhere in the year of 2000.
9   I'd say the latter part of 2000.
10      Q    The latter part of 2000?
11      A    Yep.
12      Q    And how did you learn of that?
13      A    I believe it was when the construction loan
14  no longer was in existence; and they sent a letter saying
15  congratulations, you now have a permanent loan.  Then I
16  started seeing the statements with not just my name, but
17  FBO MLCC and assigned to whoever it was.
18      Q    And that's the first time you recall seeing
19  such statements?
20      A    Yes.
21      Q    And what did you do when you saw those
22  statements?
23      A    I was very confused and talked to Jay about
24  what that was all about; and that's when I learned it was a
25  pledge account, which I had not been aware of.  And that

1   there were certain assets that I couldn't do anything with
2   at that point.
3       Q   But you believe this was about the time
4   construction was completed?
5       A   Yes.
6       Q   And there was a conversion?
7       A   Well, the construction loan was basically
8   winding down, sothere was the conversion from the
9   construction interest rate, which was higher than the
10  permanent loan was, the rate was.
11      Q   So you were going to get a lower interest
12  rate as part of the conversion?
13      A   Right.
14      Q   And it was about that time that you started
15  noticing this FBO destination?
16      A   Right.
17      Q   Did you look back to see if the FBO
18  destination occurred earlier?
19      A   I don't think I did.
20      Q   And you called Mr. Falini?
21      A   Yes.
22      Q   And this is before the conversion, correct?
23      A   No, it was after I got that letter.
24      Q   Okay. But before the conversion -- before
25  you signed the letter or the documents enclosed with the

Page 154

1  letter?
2      A    I don't remember if I called him before or
3  after it was signed.
4      Q    Okay. And what did you say to Mr. Falini
5  and what did he say to you?
6      A    He said that -- I basically asked him why it
7  was in a pledge account, and he told me that that was how
8  the loan had to be done. That was when I started getting
9  concerned about the whole process.
10     Q    Was this before or after the meeting you had
11 on January 15, '01?
12     A    This was before.
13     Q    Before?
14     A    I would say it must have been around
15 October/November 2000 because then he called me
16 mid-November to say he would not be able to talk to me for
17 a month because that is when he was leaving Merrill Lynch.
18     Q    Okay. Did you ask him for any documentation
19 concerning the loan at that point in time?
20     A    I don't remember.
21     Q    Did you tell him that you didn't know it was
22 pledged?
23     A    Yes.
24     Q    And what was his response?
25     A    He had a way of sort of sloughing off my

Page 155

1   concerns and telling me everything was going to be fine.
2   So I basically got reassured that everything was going to
3   be fine, and I went on with --
4        Q    What did he say to you as best you can
5   recall?
6        A    He said that he had it under control. He
7   was taking care of it, and it was going to be all right.
8   To the best of my ability, I don't know if those were his
9   exact words.
10       Q    But you didn't ask him for any documents
11  that might have reflected your agreement to a pledge?
12       A    I don't know. I don't remember asking him
13  that.
14       Q    Did you ever ask anyone at Merrill Lynch for
15  such documents?
16       A    No, I don't think I did.
17            MR. CONROY: I'm going to ask the reporter
18  to mark as exhibits next in order, pledge agreement for
19  security account, dated December 7, '99, which shows
20  original stamp on the cover. This is evidently a copy of
21  the original; and then a Merrill Lynch pledge collateral
22  account control agreement, which is undated but consists of
23  five pages. The first exhibit bears destination JDRM 494
24  through 505 and JDRM 385 to 389.
25            (Defendant's Exhibits 11 and 12 were marked

Page 158

1    Q    Did you ask him for any details?

2    A    No.

3    Q    Did he refer you to any documentation that
4    had been sent to you about the Mortgage 100 program?

5    A    No.

6    Q    Did you go back and read any of that
7    documentation?

8    A    No.

9         MR. BEGOS: Object to the form.

10   BY MR. CONROY:

11   Q    Did you, at the time, did you know that you
12   had in your file -- as you've turned it over to us today --
13   documentation concerning what is called the Mortgage 100
14   program?

15   A    No.

16        MR. BEGOS: Object to the form.

17   BY MR. CONROY:

18   Q    Did you discuss the issue of this account
19   being set up for the benefit of Merrill Lynch Credit Corp
20   with Mr. Falini when you had the meeting with him on
21   January 15th?

22   A    I -- yes.

23   Q    What did you say and what did he say?

24   A    Well, at that point he was basically saying
25   goodbye because I wasn't going to follow him to Solomon

1   Smith Barney, and he apologized for disappointing me. That
2   was basically the end of that.
3       Q    But did you discuss in particular the
4   existence of this account that had been created for the
5   benefit of Merrill Lynch Credit Corp?
6       A    We referred to it, but I don't remember the
7   details of what we talked about.
8       Q    But that was in the context of this January
9   15th meeting --
10      A    Yep.
11      Q    -- with Mr. Vaughn-Flam present?
12      A    Yes.
13      Q    Who raised the subject? Was it Mr.
14  Vaughn-Flam or you or Mr. Newman or Mr. Falini?
15      A    I don't remember.
16      Q    You don't know?
17      A    I don't remember.
18      Q    And do you recall what was said about it?
19      A    I just remember everybody was distressed and
20  disgusted; and I was on an emotional level of despair about
21  my father, so I really wasn't focusing on anything other
22  than him.
23      Q    Okay. And I can understand that, but what
24  did other people say that led you to believe that they were
25  depressed or disgusted? One by one, what did Mr. Newman