Page 160

1  say that led you to that conclusion?
2      A   He just said that there wasn't any way that
3  I could afford to pay the mortgage, so he wanted to sell
4  the house.
5      Q   And what did Mr. Falini say that led you to
6  think he was depressed or disgusted?
7      A   He kept saying that he wanted to try to make
8  twenty percent yields on some investments to get my money
9  back, and that's when Mr. Vaughn-Flam said that was
10 ridiculous. In a down market we were in, how could anybody
11 get twenty percent? And that's all I remember really is
12 that.
13     Q   When you said Mr. Falini said something
14 about being sorry that he disappointed you; is that
15 correct?
16     A   Yes.
17     Q   Was that in response to some remark that you
18 had made?
19     A   I told him that I didn't like the way he had
20 handled my account, and I wasn't going to follow him to
21 Solomon Smith Barney.
22     Q   And that was it?
23     A   Yeah.
24     Q   And you did not give any particulars as to
25 what you didn't like about it?

1    A    Well, I didn't like having a pledge account,
2 I didn't understand that even happened, and that was about
3 it.
4    Q    Did you say that to him?
5    A    Yes.
6    Q    And what did he say, other than he was sorry
7 he disappointed you?
8    A    He said that that was the way it had been
9 set up.
10   Q    Did he tell you the reasons it had been set
11 up that way?
12   A    Don't remember now.
13   Q    Now, you indicated that during your earlier
14 conversations with him, when he said he had it under
15 control and was taking care of it, he then, following that,
16 left Merrill, Lynch, Pierce, Fenner and Smith?
17   A    Yes.
18   Q    Did you then follow up with Mr. Bilotta as
19 to any concerns you had about the account --
20   A    I really didn't --
21   Q    -- that showed it was for the benefit of
22 the Merrill Lynch Credit Corporation?
23   A    No, I didn't.
24   Q    Did you raise this issue with Ms. Kamhi or
25 Mr. Crowe during your initial meeting with them?

Page 173

1   A   I don't remember if I knew that or not.

2   Q   So you don't know whether you knew you were
3   buying 21 Point Road without a down payment?

4   A   Right. I don't remember if I knew that or
5   not.

6   Q   Are you aware at the present time that you
7   did not make a down payment on the property?

8   A   At the present time I'm aware, yes.

9   Q   When did you become aware?

10  A   Very recently within -- today with these
11  documents that I see.

12  Q   Okay.

13      MR. CONROY: I'm going to ask the reporter
14  to mark this exhibit next in order, a letter to Peter and
15  Julie Miller with enclosure, dated January 25, 2001. I
16  will represent that it came from the files of Mr. Newman's
17  which consists of the covering letter and five pages
18  entitled, Statement of Forecast of cash receipts and
19  disbursements.

20          (Defendant's Exhibit Number 15 was marked
21          for identification)

22  BY MR. CONROY:

23  Q   Do you recognize Exhibit 15, Mrs. Miller?

24  A   Yes, I do.

25  Q   And was this prepared at your request by Mr.

Page 174

1  Newman's firm?
2     A    Yes, it was.
3     Q    Do you recall why you asked him to prepare
4  this?
5     A    Because I wanted to know where we were going
6  with all of the expenses that we had.
7     Q    Was this prepared after the meeting you
8  described on January 15th?
9     A    Yes.
10    Q    And did you provide copies of this to
11 anybody?
12    A    Yes, I provided copies to Mr. Vaughn-Flam,
13 and Mr. Falini; and later on Mr. Ballen, Lori Kamhi and
14 Peter Crowe.
15    Q    What's his name?
16    A    Steve Crowe.
17    Q    Steve Crowe.  Well, given the way that your
18 meeting with Mr. Falini had ended on January 15, are you
19 sure you provided him with a copy of this? Dated January
20 25th?
21    A    Oh well, again, we may have had -- that may
22 have been an incorrect date of January 15th.  I'm pretty
23 sure Mr. Falini has a copy of this, so he may have been
24 present at that meeting.  January 25th may have been the
25 last time I saw him.  I may be incorrect with the 15th.

Page 175

1   Q   And you say you wanted to see where we were
2   going?
3   A   Right.
4   Q   "We" referring to you and your husband?
5   A   Correct.
6   Q   Had you ever gone through the exercise
7   before of having Mr. Newman or any other accountant prepare
8   a statement of forecast of the cash receipts and
9   disbursements?
10  A   No.
11  Q   Had somebody suggested that you ask Mr.
12  Newman to do this?
13  A   Mr. Vaughn-Flam did and Mr. Falini may also
14  have suggested that.
15  Q   Did you undertake any efforts to refinance
16  the property based on your receipt of this forecast?
17  A   Yes.
18  Q   Was this what led you to do so?
19  A   Yes.
20  Q   Okay. And would you describe to me how you
21  went about attempting to refinance the property, beginning
22  after January 25, 2001? If you can keep them in order,
23  what source you attempted to use to refinance the property?
24  A   Well, let's see. Somewhere around March or
25  April 2001, Mr. Vaughn-Flam put me in touch with -- okay.