Page 189

1                UNITED STATES DISTRICT COURT

2                  DISTRICT OF CONNECTICUT

3

4    _____X

5    JULIE DILLON RIPLEY MILLER,        :    CIVIL ACTION

6                   Plaintiff           :    NO: 3:03-CV-1016

7    VS.                                :    (RNC)(DFM)

8    MERRILL LYNCH CREDIT CORPORATION,  :

9                   Defendant           :

10   _____X

11             VOLUME II, PAGES 189 - 318

12        DEPOSITION OF:  JULIE DILLON RIPLEY MILLER

13        DATE:  OCTOBER 21, 2003

14        HELD AT:  PAUL, HASTINGS, JANOFSKY & WALKER

15                    1055 WASHINGTON BOULEVARD

16                    STAMFORD, CONNECTICUT

17

18

19        Reporter:  Margaret A. Sharpe, LSR 00023

20          BRANDON SMITH REPORTING SERVICE

21              44 Capitol Avenue

22              Hartford, CT  06106

23              (860) 549-1850

24           john@brandonreporting.com

25

Page 201

1    documents, let me ask you some questions about your visits

2    with Mr. Falini.  We talked about the visit where he came

3    up and helped you find an accountant.

4          A      Yes.

5          Q      And the visit where he looked at the 21

6    Point Road house before you purchased it, in what I will

7    call, the construction meetings.

8          A      Yes.

9          Q      And we will get to the meeting where you

10   were certain that affidavit he came up to get the power of

11   attorney.

12               Putting all of those meetings to the side,

13   do you recall any other meetings in Connecticut with Mr.

14   Falini?

15         A      Actually, yes.  I do remember in September

16   of 1999 he came up to Westport to meet with Mr.

17   Vaughn-Flam, my attorney at that point, and also Mr.

18   Davino, who was also an attorney who was going over tax

19   issues and trust documents to do with my grandmother's

20   trust.  And we met in Mr. Vaughn-Flam's office; and

21   basically, Mr. Falini was showing Mr. Vaughn-Flam all the

22   construction that we had done up until that time on 21

23   Point Road.

24               And that meeting I remember it was, I

25   believe, it was September of 1999.  It may have been

Miller vs Merrill Lynch

Page 202

1    October of 1999, but it was in the fall of 1999.

2          Q      How long did the meeting last?

3          A      I would say maybe an hour and a half, two

4    hours.

5          Q      Did you understand Mr. Falini drove up

6    again?

7          A      Yes.

8          Q      And you say Mr. Davino was present?

9          A      Yes.

10         Q      He was working on your mother's estate?

11         A      On my grandmother's trust, yes.

12         Q      I thought your grandmother's trust was the

13   trust that had already been split up three ways between you

14   and your sisters?

15         A      No, that was my grandfather's trust.

16         Q      Do you recall the name of your grandmother's

17   trust?

18         A      What we referred to it as EHL, Eleanor

19   Hoffman Livingston trust.

20         Q      By the way, while I think of it, you

21   mentioned that both your father and mother's estates are

22   subject to Probate proceedings.  Are those Probate

23   proceedings in Litchfield County?

24         A      Yes, they are.

25         Q      Do you happen to know what court in

2e443a25-67b3-4061-b7a7-6a451ffa8ef4

Case 3:03-cv-01016-WWE    Document 158-6   Filed 08/01/2005    Page 4 of 7
Miller vs Merrill Lynch
10/21/2003
Julie Dillon Ripley Miller

Page 203

1    Litchfield County?

2         A       I think there is only one in Litchfield, but

3    I'm not sure.

4         Q       Okay.

5         A       Litchfield is pretty small.

6         Q       I know there is a courthouse in Litchfield.

7    Do you believe the proceedings are there?

8         A       I think so.

9         Q       Okay.  Was there any discussion during

10   the meeting, while Mr. Falini was present, concerning your

11   grandmother's trust?

12        A       No.

13        Q       What did he have with him, if anything, to

14   describe the state of the house?

15        A       I'm not sure he really had too many things.

16   It was primarily a meeting for him to get to meet Mr.

17   Vaughn-Flam, and I'm not sure if we went -- we did discuss

18   how much money had gone into the house at that point, but I

19   don't remember if there were specific documents that we

20   went over.

21               I just remember we did have a meeting with

22   Mr. Vaughn-Flam and Mr. Davino.  Again, what the original

23   purpose of the meeting was, I don't remember that.

24        Q       So you don't recall whether as part --

25   whether his visit was part of your overall discussion of

Page 204

1    your grandmother's estate?

2          A      I don't remember that.  I don't think we

3    would have talked about that with Jay.  It really had --

4    Mr. Falini had nothing really to do with him, per se.  It

5    was --

6          Q      What I am getting to, and I was -- I did not

7    ask a clear enough question.

8                 Do you recall your purpose in meeting with

9    Mr. Vaughn-Flam and Mr. Davino was two-fold; one, to have

10   this meeting with Mr. Falini; and separately, to have a

11   separate discussion with them about your grandmother's

12   estate?

13         A      That's what I am trying to remember.  I

14   don't -- I believe we had other issues to discuss, aside

15   from Mr. Vaughn-Flam meeting Mr. Falini.

16         Q      How long did Mr. Davino represent you in

17   connection with your grandmother's trust?

18         A      Not very long.  Maybe -- less than a year.

19         Q      Was he succeeded by anyone else in that

20   capacity?

21         A      No.  We basically put everything on hold.

22         Q      Did you ever provide Mr. Falini with copies

23   of any of the trusts or partnership documents that you had,

24   by which I mean -- strike that.

25         A      Yes, I believe I did.

2e443a25-67b3-4061-b7a7-6a451ffa8ef4

Page 205

1          Q       Let me make it clearer.  Did you ever

2   provide Mr. Falini with copies of the trusts themselves?

3          A       I believe I did, yes.

4          Q       Do you recall providing him with copies of

5   the partnership agreements for the partnerships you

6   referred to yesterday?

7          A       I may have.  I'm not positive.

8          Q       Do you know if you provided him with the

9   K-1s you received in connection with your interest in any

10  of those trusts or partnerships?

11         A       That, I don't remember.  I don't think I

12  did.  I may have, though, because he was supposedly a tax

13  expert analyst; he said he was.

14         Q       When did he tell you that?

15         A       When I first met him.

16         Q       But you don't have a specific recollection

17  of providing him with the K-1s?

18         A       No.

19         Q       Do you have a specific recollection of

20  providing him with copies of your tax returns?

21         A       Again, I may have; but I don't remember.  I

22  do remember, however, after that meeting with Mr.

23  Vaughn-Flam, Mr. Vaughn-Flam was very concerned about --

24              MR. BEGOS:  Don't talk about Mr.

25  Vaughn-Flam's conversations with you privately.  That's

Page 206

1   privileged.

2               MRS. MILLER:  All right.

3   BY MR. CONROY:

4         Q      What did Mr. Vaughn-Flam say during the

5   meeting?

6               MR. BEGOS:  This is the meeting with Mr.

7   Falini present?

8               MR. CONROY:  Correct.

9               MRS. MILLER:  He didn't say -- didn't say

10  much in front of Mr. Falini.  After --

11  BY MR. CONROY:

12        Q      I'm not entitled to learn what he said after

13  Mr. Falini left.

14        A      He was concerned about the -- I remember he

15  mentioned to Mr. Falini that he thought the costs seemed

16  excessive and there was something wrong with the whole

17  picture.

18              Then later I had a conversation with Mr.

19  Falini, in which I mentioned that Mr. Vaughn-Flam was

20  concerned and thought maybe there was a case to sue Merrill

21  Lynch and even him for mismanagement of funds.  And Mr.

22  Falini said, that will never happen because I will take

23  care of everything.  Not long after that is when all of

24  this -- he started a lot of pressure to get a construction

25  loan in process.