Page 207

1   Q   During the meeting, Mr. Vaughn-Flam said he
2   was concerned about the costs and they seemed excessive?
3   A   Yes.
4   Q   And he was concerned with the whole picture?
5   A   Was screwy or out of --
6           MR. BEGOS:  Just make sure you are limiting
7   your answers to what Mr. Vaughn-Flam expressed in the
8   meeting with Mr. Falini present.  Not what he said to you,
9   if anything, after the meeting.
10          MRS. MILLER:  Okay.  He mentioned in the
11  meeting, with Jay present, Mr. Falini present, that he
12  thought the amount spent on 21 Point Road, based on only
13  the facts that he had at that point -- because I had not
14  given him all of the construction documents or shared much
15  about what was happening with 21 Point Road or the mortgage
16  situation with Merrill Lynch or anything -- I had not -- he
17  seemed to think it was -- he told Mr. Falini he thought the
18  costs were too high.
19  BY MR. CONROY:
20  Q   What was Mr. Falini's response?
21  A   He agreed.
22  Q   Did Mr. Davino get involved in the
23  conversation at all?
24  A   Only peripherally.
25  Q   What did he say?

Page 208

1    A    He agreed with Mr. Vaughn-Flam.

2    Q    Okay. And did Mr. Falini say why he agreed
3  the costs were too high?

4    A    No, he didn't get into specifics. He left
5  shortly after that and said he would try to figure out a
6  way to control costs and get things under more of a -- how
7  did he put it -- in a blanket protection for me.

8    Q    This is in a subsequent meeting or did he
9  say this at the time?

10   A    He said this at that time.

11   Q    At the meeting?

12   A    Yes.

13   Q    At the meeting, did he mention the
14 possibility that that could be done by a construction loan?

15   A    No, not at that meeting.

16   Q    Okay. Did he say anything else about the
17 issue of cost?

18   A    No.

19   Q    Now, you said, I think earlier, that there
20 was a subsequent meeting between you and Mr. Falini where
21 you discussed something about Mr. Vaughn-Flam saying that
22 Mr. Falini should be sued.

23   A    Right.

24        MR. BEGOS: Conversation, I think.

25        MRS. MILLER: Just a conversation. It

1  wasn't a meeting.
2  BY MR. CONROY:
3       Q    It wasn't a meeting?
4       A    No.
5       Q    So this is by phone?
6       A    Telephone, yes.
7       Q    How long after the meeting did you have this
8  telephone conversation?
9       A    Couple of days.
10      Q    Did he call you or did you call him?
11      A    I don't remember. I know I was on a boat
12 fishing, so I had my cell phone. He may have called me --
13      Q    Okay.
14      A    -- about something else, and I mentioned
15 that to him.
16      Q    What did you say?
17      A    I said that I was concerned because Mr.
18 Vaughn-Flam was concerned that there might be an issue to
19 sue Merrill Lynch and even himself about the way things
20 were going.
21      Q    With respect to the construction?
22      A    With respect to 21 Point Road, everything.
23      Q    Tell me, to the best of your recollection,
24 any specifics you gave him as to what Mr. Vaughn-Flam had
25 told you?

Page 210

1   A    That was about it. That Mr. Vaughn-Flam was
2   very concerned about the situation and that he felt that
3   there might be liability on Merrill Lynch's and Jay
4   Falini's part.
5            MR. CONROY: I'm sorry. Can I have the last
6   part of the question read back?
7            (Last part of question is read)
8   BY MR. CONROY:
9   Q    Did Mr. Falini ask you why Mr. Vaughn-Flam
10  felt that way?
11  A    No.
12  Q    How long did the conversation last?
13  A    As I said, I was on a boat, so not very
14  long; and I had people around me, so I was not feeling like
15  I wanted to talk about personal details.
16  Q    Who was on the boat with you?
17  A    Good friend Boo Tayler. His name is
18  actually officially Bill; but everyone called him Boo, a
19  baseball player for the Mets, and my brother-in-law, Chris
20  Miller.
21  Q    Is he the fellow that did the painting, CBM?
22  A    Correct.
23  Q    So there was just the three of you?
24  A    Yes.
25  Q    Was it your boat?

1     A     No, it was my brother-in-law's boat.

2     Q     Again, tell me what Mr. Falini's response

3  was during the telephone conversation?

4     A     He said that would never happen, referring

5  to a lawsuit, and he would take care of everything.

6     Q     Did he tell you how he proposed to take care

7  of everything?

8     A     No.

9     Q     Did he say anything about getting the cost

10 under control?

11    A     Yes.

12    Q     So you understood then that the construction

13 loan -- strike that.

14          Did you understand, then, that the proposed

15 construction loan was Mr. Falini's efforts to get costs

16 under control?

17    A     No. At that time, we still had no

18 discussions about a construction loan.

19    Q     You said that the meeting with Mr.

20 Vaughn-Flam and Mr. Davino took place in September?

21    A     Correct.

22    Q     The construction loan was finalized in early

23 December, --

24    A     Yes.

25    Q     -- correct?

Page 212

1   A   But the concept of the construction loan did
2   not start happening until, I would say, October or November
3   of 1999, subsequent to.
4   Q   And tell me, to the best of your
5   recollection, how the subject came up in October/November?
6   A   That's when I -- I don't really remember all
7   of those details. Again, I just -- you know, I'm
8   remembering little bits and pieces of fragments of time
9   from four years ago. I do remember, after this meeting
10  with Mr. Vaughn-Flam and Mr. Davino, that Mr. Falini
11  started -- whether it was several weeks later or a month
12  later -- all of a sudden this construction loan possibility
13  came about.
14  Q   Did Mr. Falini, during the meeting with Mr.
15  Vaughn-Flam and Mr. Davino, mention that you did not have
16  budgets with any of your people --
17  A   I don't remember that.
18  Q   -- working on the house?
19  A   He may have. I don't remember it.
20  Q   Do you recall -- again, putting aside the
21  meetings I've mentioned, excluding the power of attorney
22  you mentioned in your affidavit -- do you recall any other
23  meetings with Mr. Falini?
24  A   No.
25  Q   When Mr. Falini came up for these

1  A  No, we did not use Mr. Levey.

2  Q  Did you ever consult with Mr. Falini about

3  your selection of architects?

4  A  No.

5  Q  Did you ever ask any of the architects you

6  employed to provide copies of the house plans to Mr.

7  Falini?

8  A  I don't remember if I did.

9  Q  What would cause you to write checks for the

10 renovations and improvements on the checking account as

11 referred to in your interrogatory answers as opposed to the

12 21 PT account?

13 A  I don't remember. I had so many checking

14 accounts, I don't remember. I tried to keep most of the

15 expenses straight with 21 Point Road, but sometimes there

16 were other expenses that -- I don't know.

17 Q  So you didn't have any set methodology?

18 A  I tried to keep it that way, but

19 sometimes -- maybe I would run out of checks. I don't

20 know.

21 Q  In connection with the checks you were

22 writing, what efforts did you make to be sure that there

23 were sufficient funds in the accounts to cover the checks?

24    MR. BEGOS: I think this was asked and

25 answered yesterday, but you can answer it again.