UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COPY

----------------------------------X
JULIE DILLON RIPLEY MILLER        :
           Plaintiff              :
VS.                               :    NO. 3:03CV1016(RNC)
MERRILL LYNCH CREDIT CORP.        :    Volume III
           Defendant              :
----------------------------------X

D E P O S I T I O N

THE DEPOSITION OF JULIE DILLON RIPLEY MILLER, taken on behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure, before Melodie Ajello, Registered Professional Reporter, Notary Public within the State of Connecticut, on the 5th day of January, 2005, at 10:10 a.m, at the offices of PAUL, HASTINGS, JANOFSKY & WALKER, 1055 Washington Boulevard, Stamford, Connecticut  06902.

GOLDFARB AND AJELLO REPORTING SERVICES
24 East Avenue #1372
New Canaan, Connecticut  06840

DISK ENCLOSED

1  Q. Okay. There's a lot of references in here
2  to various moldings for the master bath, the dining room.
3  Were these ceiling moldings?
4  A. Ceiling moldings, yes.
5  Q. Were they to go around where the ceiling met
6  the wall?
7  A. Yes.
8  Q. Were they wood or another material?
9  A. Plaster.
10 Q. Were they rather ornate?
11 A. Some were.
12 Q. Mrs. Miller, when you built out the house,
13 were you trying to model it against any residence you'd
14 seen?
15 A. I had three houses in my memory bank. One
16 was my grandfather's house in southern Georgia, northern
17 Florida; one was my parents' house in Litchfield; and one
18 was my parents' house in Washington, D.C., but there are
19 elements of all three.
20 Q. I'm going to ask you some questions about
21 some of the contractors whose names appear on the billings
22 from Condon-Brown. I'll try to get through this as
23 quickly as possible. Generally, I would like a brief
24 description from you of what services they provided for
25 what materials they provided.