UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 AUG 31  P 1: 31

JULIE DILLON RIPLEY MILLER,  :
    Plaintiff,  :
      :
V.  :  CASE NO. 3:03CV1016 (RNC)
      :
MERRILL LYNCH CREDIT CORP.,  :
    Defendant.  :

### ORDER

In the interest of justice, the above identified case is hereby transferred to <u>Judge Warren W. Eginton</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Bridgeport</u> and bear the docket number <u>3:03cv1016(WWE)</u>. Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> Local Rule 7(a).

    So ordered.

    Dated at Hartford, Connecticut this 31 day of August 2005.

                                              Robert N. Chatigny
                                              United States District Judge