UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03-CV-1016 (WWE)<br><br><br><br><br>NOVEMBER 10, 2005 |

### RESPONSE BY MERRILL LYNCH CREDIT CORPORATION
### TO THE COURT'S ORDER DATED NOVEMBER 7, 2005

By Order dated November 7, 2005, the Court requested that Merrill Lynch Credit Corporation provide citation to the record in support of its assertion that plaintiff "was in fact advised by her counsel of potential claim against Falini, MLCC, and MLPF&S, all before she personally executed the Modification Agreement." (Quoting page 3 of MLCC's Reply Brief in Further Support of its Motion for Summary Judgment).

As support for the foregoing statement, the Court is referred to Pages 201 through 212 of Plaintiff Miller's deposition, which are attached as part of Exhibit A to the Second Supplemental Conroy Affidavit dated August 1, 2005. In particular, the Court is referred to: Page 206, Lines 14 to 25; Page 208, Lines 19 to 23; and Page 209, Line 16 to Page 210, Line 4.

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: /s/ Douglas C. Conroy
Douglas C. Conroy (ct 11555)
Matthew R. Paul (ct 21036)
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
matthewpaul@paulhastings.com

COHEN AND WOLF
Jonathan S. Bowman (ct 08526)
Ari Hoffman (ct 22516)
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-576-8504
Email: jbowman@cohenandwolf.com
ahoffman@cohenandwolf.com

Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this ____ day of November 2005, a copy of the foregoing was delivered via first class United States mail to:

Patrick W. Begos, Esq.
Christopher Brown, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

Jonathan S. Bowman, Esq.
Ari Hoffman, Esq.
COHEN AND WOLF
1115 Broad Street
Bridgeport, CT 06604

_____
Douglas J. Conroy

LEGAL_US_E # 70196899.1