UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                        :
                                                   :   Case No. 3:03CV1016 (RNC) (DFM)
           Plaintiff,                              :
                                                   :
       – against –                                 :   November 17, 2005
                                                   :
MERRILL LYNCH CREDIT CORPORATION,                  :
                                                   :
           Defendant.                              :
------------------------------------------------------------------x

### PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO THE COURT'S NOVEMBER 7, 2005 ORDER

Plaintiff submits this brief reply to defendant's response to the Court's November 7, 2005 order directing defendant to provide citation to support its assertion that plaintiff "was in fact advised by her counsel of potential claims against Falini, MLCC and MLPF&S, all before she personally executed the Modification Agreement."

Defendant's assertion is in effect an assertion that Ms. Miller's counsel advised her of potential claims arising out of the December 7, 1999 loan before she signed the January 2001 Modification Agreement relating to that loan. As "support," defendant cited plaintiff's deposition testimony relating to events that pre-date the December 7, 1999 loan. (Miller Dep 201:9-202:1; 206:4-25; 208:19-210:4). Indeed, the December 7, 1999 loan was Falini's response to a "mismanagement of funds" allegation. (Miller Dep 206:4-25). Self-evidently, Ms. Miller's counsel could not have advised her of wrongdoing with respect to a loan which had not even been proposed at the time of the allegation. Accordingly, defendant has not provided any record support for its assertion.

BEGOS & HORGAN, LLP

By: /s/ Christopher G. Brown
Patrick W. Begos (ct 19090)
Christopher G. Brown (ct18216)
Attorneys for Plaintiff
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990
(203) 222-4833 (fax)
Email: pwb@begoshorgan.com
cgb@begoshorgan.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on November 17, 2005 to:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

/s/ Christopher G. Brown
Christopher G. Brown