UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03-CV-1016 (WWE)<br><br><br><br><br><br>DECEMBER 20, 2005 |

### MOTION FOR RECONSIDERATION BY MERRILL LYNCH CREDIT CORPORATION

Pursuant to Rule 7(c) of the Local Rules of Civil Procedure, Merrill Lynch Credit Corporation ("MLCC") respectfully moves the Court to reconsider certain aspects of its "Ruling on Pending Motions" filed December 6, 2005. As detailed more fully in the accompanying memorandum of law, the Court should have found that Plaintiff's conversion claim was time-barred based on Plaintiff's own theory of the case. In short, since Plaintiff claims that the Power of Attorney was void from inception and never authorized MLCC's creation of the pledge account in 1999, any "conversion" of Plaintiff's securities occurred at the time of the pledge account's creation in 1999 and not at the time of the later account liquidation. In addition, MLCC moves that the Court's ruling be modified to confirm that summary judgment was granted in favor of MLCC on Plaintiff's claim of respondeat superior (Count IX).

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, MLCC respectfully requests that its motion for reconsideration be granted.

          PAUL, HASTINGS, JANOFSKY &
          WALKER LLP

By: _/s/ Douglas C. Conroy_
Douglas C. Conroy (ct 11555)
Matthew R. Paul (ct 21036)
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
       matthewpaul@paulhastings.com

COHEN AND WOLF
Jonathan S. Bowman (ct 08526)
Ari Hoffman (ct 22516)
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-576-8504
Email: jbowman@cohenandwolf.com
      ahoffman@cohenandwolf.com

Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of December 2005, a copy of the foregoing was delivered via first class United States mail to:

Patrick W. Begos, Esq.
Christopher Brown, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

Jonathan S. Bowman, Esq.
Ari Hoffman, Esq.
COHEN AND WOLF
1115 Broad Street
Bridgeport, CT 06604

_____
Douglas C. Conroy

LEGAL_US_E # 70319607.1