UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIE DILLON RIPLEY MILLER | : | CASE NO. 3:03CV 1016 (WWE) |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRILL LYNCH CREDIT CORPORATION, | : | |
| | : | |
| Defendant and Counterclaimant. | | |

## **RULING ON THE MOTION FOR RECONSIDERATION**

    The defendant's motion for reconsideration [doc. # 168] is GRANTED.  Upon review, the Court adheres to its previous denial of summary judgment in favor of defendant on the conversion claim.

    The Court hereby clarifies that it granted summary judgment in favor of defendant on the Respondeat Superior claim absent objection from plaintiff.


    SO ORDERED.


_____/s/_____
WARREN W. EGINTON, SENIOR U.S. DISTRICT JUDGE


Dated this 26th day of June 2006 in Bridgeport, Connecticut.