UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>　　　　Plaintiff and Counterclaim<br>　　　　Defendant,<br><br>　- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>　　　　Defendant and Counterclaimant. | NO. 3:03-CV-1016 (WWE)<br><br><br><br><br><br>JULY 19, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant and Counterclaimant Merrill Lynch Credit Corporation has manually filed the following document or thing:

    Exhibits A through E to the Answer to Third Amended Complaint and Counterclaims dated July 19, 2006.

This document has not been filed electronically because

    [ ]    the document or thing cannot be converted to an electronic format

    [X]    the electronic file size of the document exceeds 1.5 megabytes

    [ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

    [ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: /s/
Douglas C. Conroy (ct 11555)
Matthew R. Paul (ct 21036)
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com
       matthewpaul@paulhastings.com

COHEN AND WOLF
Jonathan S. Bowman (ct 08526)
Ari Hoffman (ct 22516)
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-576-8504
Email: jbowman@cohenandwolf.com
       ahoffman@cohenandwolf.com

Counsel for Defendant and Counterclaimant
MERRILL LYNCH CREDIT CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of July 2006, a copy of the foregoing was delivered via first class United States mail to:

>Patrick W. Begos, Esq.
>Christopher Brown, Esq.
>BEGOS & HORGAN, LLP
>327 Riverside Avenue
>Westport, CT 06880
>
>Jonathan S. Bowman, Esq.
>Ari Hoffman, Esq.
>COHEN AND WOLF
>1115 Broad Street
>Bridgeport, CT 06604

_____
Matthew R. Paul

LEGAL_US_E # 71443486.1