UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

------------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                    :
                                               :   Case No. 03-CV-1016 (WWE)
            Plaintiff,                         :
                                               :
    – against –                                :
                                               :
MERRILL LYNCH CREDIT CORPORATION,              :
                                               :
            Defendant.                         :
------------------------------------------------------------------------x

**REQUEST TO ADJOURN STATUS CONFERENCE ON CONSENT**

Plaintiff, Julie Dillon Ripley Miller, respectfully requests that the Court adjourn the status conference currently scheduled for September 12, 2006 because Ms. Miller and her counsel will be engaged in formally arbitrating a related securities matter from September 14, 2006 through September 21, 2006, which might have an effect on the status of this matter.  Defendant has no conflict with the current date but has no objection to the requested adjournment.  Counsel for both parties are available for a status conference between October 17, 2006 through October 20, 2006.

Dated:     Westport, Connecticut
           September 8, 2006

                                          BEGOS & HORGAN, LLP


                                          By:_____
                                               Christopher G. Brown (ct18216)
                                          Attorneys for Plaintiff
                                          327 Riverside Avenue
                                          Westport, CT 06880
                                          (203) 226-9990
                                          (203) 222-4833 (fax)
                                          cgb@begoshorgan.com

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on September 8, 2006 to:

Douglas C. Conroy, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

                                              Christopher G. Brown