UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLER, | : | 03CV1016(WWE) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRILL LYNCH CREDIT CORP., | : | |
|     Defendant. | : | |

**PRETRIAL ORDER**

This case is scheduled to begin trial the week of January 3, 2007. Jury selection will occur on January 3, 2007, with trial to begin thereafter. By December 1, 2006, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations

6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this September 25, 2006 at Bridgeport, Connecticut.

                                                                   _____/s/_____
                                                                     Warren W. Eginton
                                                                     Senior U.S. District Judge