# United States District Court
# District of Connecticut

| | |
|---|---|
| Julie Dillon Ripley Miller : | |
| *Plaintiff* : | |
| v. : | Case No. 3:03cv1016(WWE) |
| : | |
| Merrill Lynch Credit Corp. : | |
| *Defendant* | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☐ A ruling on the following motions which are currently pending:
Doc#

☒ A settlement conference

☐ A conference to discuss the following:

☐ Other:

SO ORDERED this  30th  day of  January , 2007  at Bridgeport, Connecticut.

/s/_____
Warren W. Eginton
Senior United States District Judge