UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>    Defendant and Counterclaimant. | NO. 3:03 CV 1016 (WWE)<br><br><br><br><br><br>January 30, 2007 |

## **MOTION TO WITHDRAW APPEARANCE**

    The undersigned, Matthew R. Paul, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this motion, the undersigned states as follows:

    1.    The undersigned is presently co-counsel for the defendant, Merrill Lynch Credit Corporation ("MLCC"), in this case.

    2.    The undersigned now seeks to withdraw his appearance for MLCC. MLCC will continue to be represented by Jonathan S. Bowman and Ari Hoffman of Cohen and Wolf, who already have appeared in this case. The undersigned is advised that Theodore Krebsbach and Barry Gold of Krebsbach & Snyder intend to appear in this case as co-counsel to MLCC.

    3.    Allowing the undersigned to withdraw as counsel of record for MLCC will not cause any prejudice to the parties and will not affect the administration of this case. Plaintiff's counsel has consented to the withdrawal of Attorney Paul.

4.      Counsel of record will receive a copy of this motion that the undersigned attorney is seeking to withdraw his appearance.

Wherefore, Matthew R. Paul respectfully requests that the Court allow him to withdraw his appearance in this case.

Respectfully submitted,

Matthew R. Paul (ct 21036)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone:  (203) 961-7400
Fax:    (203) 359-3031
matthewpaul@paulhastings.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 30th day of January 2007, a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was delivered via first class U.S. mail to:

      Patrick W. Begos, Esq.
      Christopher Brown, Esq.
      BEGOS & HORGAN, LLP
      327 Riverside Avenue
      Westport, CT 06880

      Jonathan Bowman, Esq.
      Ari Hoffman, Esq.
      COHEN & WOLF, P.C.
      1115 Broad Street
      Bridgeport, CT 06604

*/s/ Matthew R. Paul*
Matthew R. Paul

LEGAL_US_E # 74061270.1