UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
JULIE DILLON RIPLEY MILLER,                  :
                                             :
        Plaintiff and                        :    No. 3:03-CV-1016 (WWE)
        Counterclaim Defendant,              :
                                             :
    - against -                              :
                                             :
MERRILL LYNCH CREDIT CORPORATION,            :    January 31, 2007
                                             :
        Defendant and                        :
        Counterclaim Plaintiff,              :
------------------------------------------------X

## MOTION ON BEHALF OF DEFENDANT-COUNTERCLAIM PLAINTIFF FOR ADMISSON OF ATTORNEY BARRY S. GOLD, PRO HAC VICE

The undersigned attorneys for Defendant-Counterclaim Plaintiff Merrill Lynch Credit Corporation ("MLCC") respectfully move this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Barry S. Gold as a visiting lawyer to represent MLCC in the above-captioned action, and in support of this motion state:

1.    The office address, telephone number, fax number and email address of Attorney Gold are as follows:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY  10006
Phone: (212) 825-9811
Fax: (212) 825-9828
Email: bgold@krebsbach.com

2. Attorney Gold is a member in good standing of the bars of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the United States Court of Appeals.

3. Attorney Gold has not been denied admission or disciplined by this Court or any other court.

4. Attorney Gold has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. The purpose of this motion is to make it possible for Attorney Gold to represent MLCC with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or of any deadlines in this case established by the standing order on scheduling of civil cases.

6. The undersigned counsel, Jonathan S. Bowman, Esq. and Ari J. Hoffman, Esq., of Cohen and Wolf, P. C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P. C. who have appeared or who may appear herein, shall serve as local counsel for the Defendant-Counterclaim Plaintiff upon whom service of all papers may be made in accordance with Local Rule 83.1(c).

7. No previous motion has been filed with respect to the admission of Attorney Gold pro hac vice in this action.

8. An Affidavit of Attorney Gold in support of this motion is attached hereto as Exhibit A.

9. The payment of the fee of $25.00 to the Clerk of this Court for Attorney Gold accompanies this motion.

WHEREFORE, the above-named Defendant-Counterclaim Plaintiff respectfully requests that Attorney Gold be admitted as a visiting lawyer and granted permission to represent the above-named Defendant-Counterclaim Plaintiff in this action as counsel pro hac vice.

By: _____
Jonathan S. Bowman, Esq. (ct08526)
Ari J. Hoffman, Esq. (ct22516)
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
E-mail: jbowman@cohenandwolf.com
E-mail: ahoffman@cohenandwolf.com

A

Case 3:03-cv-01016-WWE    Document 190    Filed 01/31/2007    Page 4 of 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------X
JULIE DILLON RIPLEY MILLER,           :
                                      :
         Plaintiff and                : No. 3:03-CV-1016 (WWE)
         Counterclaim Defendant,      :
                                      :
    - against -                       :
                                      :
MERRILL LYNCH CREDIT CORPORATION,     : January 30, 2007
                                      :
         Defendant and                :
         Counterclaim Plaintiff,      :
-------------------------------------X

## AFFIDAVIT OF BARRY S. GOLD, ESQ. IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

BARRY S. GOLD, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of New York and a partner of Krebsbach & Snyder, P.C., which will be substituting in as counsel in this action on behalf of Defendant and Counterclaim Plaintiff Merrill Lynch Credit Corporation ("MLCC"). I submit this affidavit in support of MLCC's motion, pursuant to Rule 83.1(d) of the Rules of the United States District Court for the District of Connecticut (the "Local Rules"), for an order permitting me to appear *pro hac vice* on behalf of MLCC in this action.

2. My office address, telephone number, fax number and e-mail address are as follows:

   Barry S. Gold, Esq.
   Krebsbach & Snyder, P.C.
   One Exchange Plaza
   55 Broadway, Suite 1600
   New York, NY 10006
   Phone: (212) 825-9811
   Fax: (212) 825-9828

E-mail: bgold@krebsbach.com

3. I have been a member of the Bar of the State of New York since 1985. I was admitted to practice before the following courts on the following dates:

United States District Court for the Southern District of New York – May 14, 1985
United States District Court for the Eastern District of New York – 1985
United States Court of Appeals – 2d Cir. – March 5, 1996.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Local Rules.

BARRY S. GOLD, ESQ.

Sworn to before me this
30th day of January, 2007

Notary Public

PATRICK T. MCPARTLAND
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6010664
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 07/20/2010

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I caused a copy of the foregoing Motion on Behalf of Defendant-Counterclaim Plaintiff for Admission of Attorney Barry S. Gold, Pro Hac Vice to be served on the following counsel of record via First Class U.S. Mail:

>Patrick W. Begos, Esq.
>Christopher Brown, Esq.
>Begos & Horgan, LLP
>327 Riverside Avenue
>Westport, CT 06880
>
>Douglas C. Conroy, Esq.
>Mathew R. Paul, Esq.
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT 06901-2217

Dated: January 31, 2007

_____
Ari J. Hoffman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
JULIE DILLON RIPLEY MILLER,           :
                                      :
         Plaintiff and                :    No. 3:03-CV-1016 (WWE)
         Counterclaim Defendant,      :
                                      :
    - against -                       :
                                      :
MERRILL LYNCH CREDIT CORPORATION,     :    January 31, 2007
                                      :
         Defendant and                :
         Counterclaim Plaintiff,      :
---------------------------------------------------X

## MOTION ON BEHALF OF DEFENDANT-COUNTERCLAIM PLAINTIFF FOR ADMISSON OF ATTORNEY THEODORE A. KREBSBACH, PRO HAC VICE

The undersigned attorneys for Defendant-Counterclaim Plaintiff Merrill Lynch Credit Corporation ("MLCC") respectfully move this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Theodore A. Krebsbach as a visiting lawyer to represent MLCC in the above-captioned action, and in support of this motion state:

1.  The office address, telephone number, fax number and email address of Attorney Krebsbach are as follows:

Theodore A. Krebsbach, Esq.
Krebsbach & Snyder, P.C.
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY  10006
Phone: (212) 825-9811
Fax: (212) 825-9828
Email: tkrebsbach@krebsbach.com

2. Attorney Krebsbach is a member in good standing of the bars of New York, the United States Supreme Court, the United States Court of Appeals, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.

3. Attorney Krebsbach has not been denied admission or disciplined by this Court or any other court.

4. Attorney Krebsbach has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. The purpose of this motion is to make it possible for Attorney Krebsbach to represent MLCC with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or of any deadlines in this case established by the standing order on scheduling of civil cases.

6. The undersigned counsel, Jonathan S. Bowman, Esq. and Ari J. Hoffman, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for the Defendant-Counterclaim Plaintiff upon whom service of all papers may be made in accordance with Local Rule 83.1(c).

7. No previous motion has been filed with respect to the admission of Attorney Krebsbach pro hac vice in this action.

8. An Affidavit of Attorney Krebsbach in support of this motion is attached hereto as Exhibit A.

9. The payment of the fee of $25.00 to the Clerk of this Court for Attorney Krebsbach accompanies this motion.

WHEREFORE, the above-named Defendant-Counterclaim Plaintiff respectfully requests that Attorney Krebsbach be admitted as a visiting lawyer and granted permission to represent the above-named Defendant-Counterclaim Plaintiff in this action as counsel pro hac vice.

By: _____
Jonathan S. Bowman, Esq. (ct08526)
Ari J. Hoffman, Esq. (ct22516)
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
E-mail: jbowman@cohenandwolf.com
E-mail: ahoffman@cohenandwolf.com

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
JULIE DILLON RIPLEY MILLER,              :
                                          :
         Plaintiff and                    :    No. 3:03-CV-1016 (WWE)
         Counterclaim Defendant,          :
                                          :
    - against -                           :
                                          :
MERRILL LYNCH CREDIT CORPORATION,         :    January 30, 2007
                                          :
         Defendant and                    :
         Counterclaim Plaintiff,          :
---------------------------------------------------------X

## AFFIDAVIT OF THEODORE A. KREBSBACH, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

THEODORE A. KREBSBACH, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of New York and a partner of Krebsbach & Snyder, P.C., which will be substituting in as counsel in this action on behalf of Defendant and Counterclaim Plaintiff Merrill Lynch Credit Corporation ("MLCC"). I submit this affidavit in support of MLCC's motion, pursuant to Rule 83.1(d) of the Rules of the United States District Court for the District of Connecticut (the "Local Rules"), for an order permitting me to appear *pro hac vice* on behalf of MLCC in this action.

2. My office address, telephone number, fax number and e-mail address are as follows:

>Theodore A. Krebsbach, Esq.
>Krebsbach & Snyder, P.C.
>One Exchange Plaza
>55 Broadway, Suite 1600
>New York, NY 10006
>Phone: (212) 825-9811
>Fax: (212) 825-9828

E-mail: tkrebsbach@krebsbach.com

3. I have been a member of the Bar of the State of New York since 1979. I am also admitted to practice before the following courts:

United States Supreme Court
United States Court of Appeals – 2d Cir.
United States District Court for the Southern District of New York
United States District Court for the Eastern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Local Rules.

_____
THEODORE A. KREBSBACH, ESQ.

Sworn to before me this
30th day of January, 2007

_____
Notary Public

PATRICK T. MCPARTLAND
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6010664
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 07/20/2010

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I caused a copy of the foregoing Motion on Behalf of Defendant-Counterclaim Plaintiff for Admission of Attorney Theodore A. Krebsbach, Pro Hac Vice to be served on the following counsel of record via First Class U.S. Mail:

>Patrick W. Begos, Esq.
>Christopher Brown, Esq.
>Begos & Horgan, LLP
>327 Riverside Avenue
>Westport, CT 06880
>
>Douglas C. Conroy, Esq.
>Mathew R. Paul, Esq.
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT 06901-2217

Dated: January 31, 2007

_____
Ari J. Hoffman