UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant. | NO. 3:03-CV-1016 (WWE)<br><br><br>April 17, 2007 |
| MERRILL LYNCH BANK USA,,<br><br>Counterclaim-Plaintiff,<br><br>- against -<br><br>JULIE DILLON RIPLEY MILLER,<br><br>Counterclaim-Defendant. | |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

WHEREAS, plaintiff served motions in limine on April 4, 2007 (Doc. No. 195);

WHEREAS, the Clerk has provided that defendant's opposition to plaintiff's motions is due April 25, 2007;

WHEREAS, due to undersigned defendant's counsel's time commitments, including that he was out of town the week the motions were served and will be out of town again next week, the parties jointly request that the briefing schedule be modified as follows:

- Defendant's papers in opposition to plaintiff's motions in limine shall be served so that they are received by plaintiff's counsel on or before May 9, 2007.

- Plaintiff's reply papers, if any, shall be served so that they are received by defendant's counsel on or before May 23, 2007.

WHEREAS, no previous motion for extension of this briefing schedule has been filed.

Accordingly, the parties respectfully request that the Court extend the parties' time to oppose and reply to the motions in limine pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby

ORDERS:

- Defendant's papers in opposition to plaintiff's motions in limine shall be served so that they are received by plaintiff's counsel on or before May 9, 2007.

- Plaintiff's reply papers, if any, shall be served so that they are received by defendant's counsel on or before May 23, 2007.

Dated: April 17, 2007

_____
Hon. Warren W. Eginton
Senior United States District Judge

BEGOS & HORGAN, LLP
Attorneys for Plaintiff

/s/ Patrick W. Begos
_____
Patrick W. Begos, Esq. (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
203-222-4833 (fax)
E-Mail: pwb@begoshorgan.com

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

/s/ Barry S. Gold
_____
Barry S. Gold, Esq. (phv01650)
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
212-825-9828 (fax)
E-Mail: bgold@krebsbach.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of April, 2007, a copy of the foregoing was delivered via first class United States mail to:

Patrick W. Begos, Esq.
Christopher Brown, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

Jonathan S. Bowman, Esq.
Ari Hoffman, Esq.
COHEN AND WOLF
1115 Broad Street
Bridgeport, CT 06604

_____
Barry S. Gold