UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE DILLON RIPLEY MILLER,<br><br>Plaintiff,<br><br>- against -<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>Defendant. | NO. 3:03-CV-1016 (WWE)<br><br><br><br><br><br>May 4, 2007 |
| MERRILL LYNCH BANK USA,,<br><br>Counterclaim-Plaintiff,<br><br>- against -<br><br>JULIE DILLON RIPLEY MILLER,<br><br>Counterclaim-Defendant. | |

### JOINT MOTION TO EXTEND BRIEFING SCHEDULE

WHEREAS, plaintiff served motions in limine on April 4, 2007 (Doc. No. 195);

WHEREAS, the parties submitted a Joint Motion to Extend Briefing Schedule, dated April 17, 2007, which motion was granted by the Court;

WHEREAS, due to undersigned defendant's counsel's time commitments and scheduling conflicts, the parties jointly request that the briefing schedule be modified as follows:

- Defendant's papers in opposition to plaintiff's motions in limine shall be served so that they are received by plaintiff's counsel on or before May 18, 2007.

- Plaintiff's reply papers, if any, shall be served so that they are received by defendant's counsel on or before June 1, 2007.

Accordingly, the parties respectfully request that the Court extend the parties' time to oppose and reply to the motions in limine pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby

ORDERS:

- Defendant's papers in opposition to plaintiff's motions in limine shall be served so that they are received by plaintiff's counsel on or before May 18, 2007.

- Plaintiff's reply papers, if any, shall be served so that they are received by defendant's counsel on or before June 1, 2007.

Dated: May __, 2007

_____
Hon. Warren W. Eginton
Senior United States District Judge

BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff

_/s/ Christopher G. Brown_____
Christopher G. Brown, Esq. (ct 18216)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
203-222-4833 (fax)
E-Mail: cgb@begoshorgan.com

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

_/s/ Barry S. Gold_____
Barry S. Gold, Esq. (phv01650)
One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
212-825-9828 (fax)
E-Mail: bgold@krebsbach.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of May, 2007, a copy of the foregoing was delivered via e-mail and first class United States mail to:

Patrick W. Begos, Esq.
Christopher Brown, Esq.
BEGOS & HORGAN, LLP
327 Riverside Avenue
Westport, CT 06880

Jonathan S. Bowman, Esq.
Ari Hoffman, Esq.
COHEN AND WOLF
1115 Broad Street
Bridgeport, CT 06604

*[signature]*
Barry S. Gold