UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

---------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,              :
                                          :  Case No. 03-CV-1016 (WWE)
            Plaintiff,                    :
                                          :
     – against –                          :  May 29, 2007
                                          :
MERRILL LYNCH CREDIT CORPORATION,         :
                                          :
            Defendant.                    :
---------------------------------------------------------------x

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

WHEREAS, plaintiff served motions *in limine* on April 4, 2007 (Doc. No. 195);

WHEREAS, by joint motion filed on April 19, 2007 (Doc. No. 196), which was granted on April 26, 2007 (Doc. No. 197), defendant's time to serve opposition was extended to May 9, 2007 and plaintiff's time to reply was extended to May 23, 2007

WHEREAS, by joint motion filed May 7, 2007 (Doc. No. 198), which was granted on May 10, 2007 (Doc No. 199), defendant's time to serve opposition was extended to May 19, 2007, and plaintiff's time to reply was extended to June 1, 2007;

WHEREAS, defendant served opposition to plaintiff's motions on May 18, 2007 (Doc Nos. 201 and 202);

WHEREAS, by order dated May 23, 2007 (Doc. No. 203), the Court, *sua sponte*, adjourned the trial of this action, from July 9, 2007 to August 13, 2007;

WHEREAS, due to time commitments of counsel for plaintiff, the parties jointly request that the briefing schedule be modified as follows:

▸   Plaintiff's reply papers in further support of her motions *in limine* shall be served on or before June 15, 2007.

WHEREAS, except as set forth above, no other motions for extension of this briefing schedule have been filed.

Accordingly, the parties respectfully request that the Court extend plaintiff's time to reply to the motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

▸ Plaintiff's reply papers in further support of her motions *in limine* shall be served on or before June 15, 2007.

Dated: May 29, 2007

_____
Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

S/Barry S. Gold / pwb
_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
212-825-9828 (fax)
bgold@krebsbach.com

BEGOS & HORGAN, LLP
Attorneys for Plaintiff

_____
Patrick W. Begos (ct19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
203-222-4833 (fax)
pwb@begoshorgan.com

WHEREAS, except as set forth above, no other motions for extension of this briefing schedule have been filed.

Accordingly, the parties respectfully request that the Court extend plaintiff's time to reply to the motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* shall be served on or before June 15, 2007.

Dated: May 29, 2007

_____
Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

_/s/ Barry S. Gold_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
212-825-9828 (fax)
bgold@krebsbach.com

BEGOS & HORGAN, LLP
Attorneys for Plaintiff

_/s/ Patrick W. Begos_____
Patrick W. Begos (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
203-222-4833 (fax)
pwb@begoshorgan.com

2

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on May 30, 2007 to:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
55 Broadway, Suite 1600
New York, NY 10006

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

                                                    Patrick W. Begos (ct19090)