UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

---------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,  :
                                        : Case No. 03-CV-1016 (WWE)
        Plaintiff,  :
                                        :
   – against –  : June 13, 2007
                                        :
MERRILL LYNCH CREDIT CORPORATION,  :
                                        :
        Defendant.  :
---------------------------------------------------------------x

**JOINT MOTION TO EXTEND BRIEFING SCHEDULES ON MOTIONS *IN LIMINE*
(DOC NOS. 195 AND 207)**

WHEREAS, plaintiff served motions *in limine* on April 4, 2007 (Doc. No. 195);

WHEREAS, by order dated May 23, 2007 (Doc. No. 203), the Court, *sua sponte*, adjourned the trial of this action, from July 9, 2007 to August 13, 2007; the parties have advised the Court that various attorneys' and/or witnesses are unavailable on that date, they have requested the trial be adjourned to a date on or about September 24, 2007, and they have been informed by Judge Eginton's clerk that she was marking September 24, 2007 as the new trial date;

WHEREAS, defendant served motions *in limine* on June 5, 2007 (Doc. No. 207), plaintiff's opposition to which is due June 26, 2007;

WHEREAS the parties began settlement discussions with Magistrate Judge Fitzsimmons on June 6, 2007, which discussions the Magistrate Judge has continued to at least June 14, 2007;

WHEREAS, in order to allow counsel to focus on potential settlement of the action, and due to the adjournment of the trial, the parties jointly request that the briefing schedule be modified as follows:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before June 29, 2007.

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 13, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before July 31, 2007.

The parties have previously sought three extensions of the briefing schedule for plaintiff's motions *in limine*, all of which motions were granted: Document Nos. 196, 198 and 204; the parties have not previously sought any extension of the briefing schedule for defendant's motions *in limine*.

Accordingly, the parties respectfully request that the Court extend the briefing schedules on the parties motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before June 29, 2007.

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 13, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before July 31, 2007.

---

Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

S/ *Barry S. Gold* /pwb
_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
212-825-9828 (fax)
bgold@krebsbach.com

BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff

_____
Patrick W. Begos (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
203-222-4833 (fax)
pwb@begoshorgan.com

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 13, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before July 31, 2007.

The parties have previously sought three extensions of the briefing schedule for plaintiff's motions *in limine*, all of which motions were granted: Document Nos. 196, 198 and 204; the parties have not previously sought any extension of the briefing schedule for defendant's motions *in limine*.

Accordingly, the parties respectfully request that the Court extend the briefing schedules on the parties motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before June 29, 2007.

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 13, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before July 31, 2007.

---

Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
212-825-9828 (fax)
bgold@krebsbach.com

BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff

_____
Patrick W. Begos (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
203-222-4833 (fax)
pwb@begoshorgan.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on June 13, 2007 to:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
55 Broadway, Suite 1600
New York, NY 10006

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

Patrick W. Begos (ct19090)