UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

---------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER, :
: Case No. 03-CV-1016 (WWE)
Plaintiff, :
:
-- against -- : June 27, 2007
:
MERRILL LYNCH CREDIT CORPORATION, :
:
Defendant. :
---------------------------------------------------------------x

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTIONS *IN LIMINE***

WHEREAS, plaintiff served motions *in limine* on April 4, 2007 (Doc. No. 195);

WHEREAS, by order dated May 23, 2007 (Doc. No. 203), the Court, *sua sponte*, adjourned the trial of this action, from July 9, 2007 to August 13, 2007; the parties have advised the Court that various attorneys' and/or witnesses are unavailable on that date, they have requested the trial be adjourned to a date on or about September 24, 2007, and they have been informed by Judge Eginton's clerk that she was marking September 24, 2007 as the new trial date;

WHEREAS the parties began settlement discussions with Magistrate Judge Fitzsimmons on June 6, 2007, which discussions have continued thereafter and are still continuing;

WHEREAS, in order to allow counsel to focus on potential settlement of the action, and due to the adjournment of the trial, the parties jointly request that the briefing schedule be modified as follows:

▸ Plaintiff's reply papers in further support of her motions *in limine* shall be served on or before July 13, 2007.

The parties have previously sought four extensions of the briefing schedule for plaintiff's motions *in limine*: Document Nos. 196, 198, 204 and 207. All of these motions were granted.

Accordingly, the parties respectfully request that the Court extend the briefing schedule on the plaintiff's motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before July 13, 2007.

_____
Hon. Warren W. Eginton
Senior United States District Judge

| KREBSBACH & SNYDER, P.C. | BEGOS HORGAN & BROWN LLP |
| Attorneys for Defendant | Attorneys for Plaintiff |

s/ Barry S. Gold /pwb
_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
bgold@krebsbach.com

_____
Patrick W. Begos (ct19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
pwb@begoshorgan.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on June 28, 2007 to:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
55 Broadway, Suite 1600
New York, NY 10006

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

_____
Patrick W. Begos (ct19090)

2

Accordingly, the parties respectfully request that the Court extend the briefing schedule on the plaintiff's motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before July 13, 2007.

_____
Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
bgold@krebsbach.com

BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff

_____
Patrick W. Begos (ct19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
pwb@begoshorgan.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on June 27, 2007 to:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
55 Broadway, Suite 1600
New York, NY 10006

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

_____
Patrick W. Begos (ct19090)

2