UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

------------------------------------------------------------------x
JULIE DILLON RIPLEY MILLER,                :
                                           :  Case No. 03-CV-1016 (WWE)
           Plaintiff,                      :
                                           :
    – against –                            :  July 11, 2007
                                           :
MERRILL LYNCH CREDIT CORPORATION,          :
                                           :
           Defendant.                      :
------------------------------------------------------------------x

**JOINT MOTION TO EXTEND BRIEFING SCHEDULES ON MOTIONS *IN LIMINE*
(DOC NOS. 195 AND 207)**

WHEREAS, plaintiff served motions *in limine* on April 4, 2007 (Doc. No. 195);

WHEREAS, defendant served motions *in limine* on June 5, 2007 (Doc. No. 207);

WHEREAS, the trial of this action is presently scheduled to begin with jury selection on September 10, 2007, and trial on September 24, 2007 (Doc. No. 211);

WHEREAS the parties began settlement discussions with Magistrate Judge Fitzsimmons on June 6, 2007, which discussions continued thereafter and are still continuing;

WHEREAS, in order to allow counsel to focus on potential settlement of the action, the parties jointly request that the briefing schedule be modified as follows:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before July 27, 2007.

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 27, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before August 10, 2007.

The parties have previously sought six extensions of the briefing schedule for plaintiff's motions *in limine*: Document Nos. 196, 198, 204, 207, 209 and 212; the parties have previously

sought two extensions of the briefing schedule for defendant's motions *in limine*: Document Nos. 207 and 209. All of these motions were granted.

Accordingly, the parties respectfully request that the Court extend the briefing schedules on the parties motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before July 27, 2007.

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 27, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before August 10, 2007.

_____
Hon. Warren W. Eginton
Senior United States District Judge

| | |
|---|---|
| KREBSBACH & SNYDER, P.C.<br>Attorneys for Defendant<br><br>S/Barry S. Gold /pwb<br>Barry S. Gold (phv01650)<br>55 Broadway, Suite 1600<br>New York, NY 10006<br>212-825-9811<br>bgold@krebsbach.com | BEGOS HORGAN & BROWN LLP<br>Attorneys for Plaintiff<br><br>_____<br>Patrick W. Begos (ct 19090)<br>327 Riverside Avenue<br>Westport, CT 06880<br>203-226-9990<br>pwb@begoshorgan.com |

2

sought two extensions of the briefing schedule for defendant's motions *in limine*: Document Nos. 207 and 209. All of these motions were granted.

Accordingly, the parties respectfully request that the Court extend the briefing schedules on the parties motions *in limine* pursuant to Local Civil Rule 7.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be served on or before July 27, 2007.

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be served on or before July 27, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be served on or before August 10, 2007.

_____
Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
bgold@krebsbach.com

BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff

_____
Patrick W. Begos (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
pwb@begoshorgan.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on July 11, 2007 to:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
55 Broadway, Suite 1600
New York, NY 10006

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

Patrick W. Begos (ct19090)