UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

-----------------------------------------------------------------------x

JULIE DILLON RIPLEY MILLER,                         :
                                                    :    Case No. 03-CV-1016 (WWE)
              Plaintiff,                             :
                                                    :
       – against –                                  :    July 25, 2007
                                                    :
MERRILL LYNCH CREDIT CORPORATION,                   :
                                                    :
              Defendant.                            :
-----------------------------------------------------------------------x

### JOINT MOTION TO EXTEND BRIEFING SCHEDULES ON MOTIONS *IN LIMINE* (DOC NOS. 195 AND 207) AND PRETRIAL MEMORANDA (DOC NO. 211)

WHEREAS, on or about July 20, 2007, after extensive discussions, the parties reached an agreement in principle to settle this action;

WHEREAS, the parties have begun to prepare and negotiate the documents required to effectuate the agreement; due to the nature of the prospective settlement, the parties expect that it may take several weeks to reach a final agreement;

WHEREAS, to allow the parties to devote their efforts to completing the proposed settlement, the parties jointly request that the Court modify the presently-existing schedule, as follows:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be delivered to defendant's counsel on or before August 17, 2007;

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be delivered to defendant's counsel on or before August 17, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be delivered to plaintiff's counsel on or before August 24, 2007; and

- Pretrial memoranda shall be submitted on or before August 31, 2007.

The parties have previously sought seven extensions of the briefing schedule for plaintiff's motions *in limine*: Document Nos. 196, 198, 204, 207, 209, 212 and 214; the parties have previously

sought three extensions of the briefing schedule for defendant's motions *in limine*: Document Nos. 207, 209 and 214. All of these motions were granted. The parties have not previously sought extension of the schedule for submission of pretrial memoranda.

Accordingly, the parties respectfully request that the Court extend the briefing schedules.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

- Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be delivered to defendant's counsel on or before August 17, 2007;

- Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be delivered to defendant's counsel on or before August 17, 2007;

- Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be delivered to plaintiff's counsel on or before August 24, 2007; and

- Pretrial memoranda shall be submitted on or before August 31, 2007.


_____

Hon. Warren W. Eginton
Senior United States District Judge


KREBSBACH & SNYDER, P.C.
Attorneys for Defendant


S /Barry S. Gold /pwb
_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
bgold@krebsbach.com


BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff


_____
Patrick W. Begos (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
pwb@begoshorgan.com

sought three extensions of the briefing schedule for defendant's motions *in limine*: Document Nos. 207, 209 and 214. All of these motions were granted. The parties have not previously sought extension of the schedule for submission of pretrial memoranda.

Accordingly, the parties respectfully request that the Court extend the briefing schedules.

After reviewing the Joint Motion and finding good cause, the Court hereby ORDERS:

▸ Plaintiff's reply papers in further support of her motions *in limine* (Doc No. 195) shall be delivered to defendant's counsel on or before August 17, 2007;

▸ Plaintiff's opposition to defendant's motions *in limine* (Doc. No. 207), shall be delivered to defendant's counsel on or before August 17, 2007;

▸ Defendant's reply papers in further support of its motions *in limine* (Doc. No. 207) shall be delivered to plaintiff's counsel on or before August 24, 2007; and

▸ Pretrial memoranda shall be submitted on or before August 31, 2007.

_____
Hon. Warren W. Eginton
Senior United States District Judge

KREBSBACH & SNYDER, P.C.
Attorneys for Defendant

_____
Barry S. Gold (phv01650)
55 Broadway, Suite 1600
New York, NY 10006
212-825-9811
bgold@krebsbach.com

BEGOS HORGAN & BROWN LLP
Attorneys for Plaintiff

_____
Patrick W. Begos (ct 19090)
327 Riverside Avenue
Westport, CT 06880
203-226-9990
pwb@begoshorgan.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on July 25, 2007 to:

Barry S. Gold, Esq.
Krebsbach & Snyder, P.C.
55 Broadway, Suite 1600
New York, NY 10006

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
Bridgeport, CT 06604

Patrick W. Begos (ct19090)